E-FILED
Friday, 29 September, 2017  02:10:35 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT FOR THE SIXTH
JUDICIAL CIRCUIT OF ILLINOIS
MACON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,

   -vs-
KIMBERLY E. ALLEN-JONES
DOB 7/19/69

NO. 2015-CF-1217

FILED
SEP 30 2015
LOIS A. DURBIN
CIRCUIT CLERK

Statutes violated: Ch. 720 ILCS
Section:  570/402(c)
a Class 4 crime.

INFORMATION
(Count II)

NOW COME the People of the State of Illinois by the State's Attorney of Macon County
and inform this court that on or about September 24, 2015, in the County of Macon, Illinois,
the above-named defendant did commit the offense of UNLAWFUL POSSESSION OF CONTROLLED
SUBSTANCE WITH A PRIOR CALCULATED CRIMINAL DRUG CONSPIRACY CONVICTION, in that the said
defendant knowingly and unlawfully had in her possession less than 15 grams of a substance
containing heroin, a controlled substance, other than as authorized in the Controlled
Substances Act, and said defendant, having been previously convicted of Calculated
Criminal Drug Conspiracy in the Circuit Court of the Sixth Judicial Circuit, Macon
County, Illinois in a case entitled the People of the State of Illinois vs.
Kimberly E. Allen, Criminal Number 1990-CF-114.

STATE'S ATTORNEY OF MACON COUNTY, ILLINOIS

By,
first being duly sworn, who states on oath
the above matters to be true.

Subscribed and sworn to before me on 9/30/15

NOTARY PUBLIC

"OFFICIAL SEAL"
STANLEY R WOODS JR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-30-2017

I hereby waive the right to a preliminary hearing in this cause.

_____Defendant

I hereby waive the right to trial by jury in this cause.

_____Defendant

Date:_____    Bond fixed at $

_____
JUDGE

MOTION FOR
SUMMARY JUDGMENT

Exhibit 1

TRW/sw



# Record Sheet

## Specific Case Information

You may select additional case information for this specific
case by selecting from one of the 5 tabs shown below.

**CASE #:** 2015 CF 001217
**LITIGANT NAME:** ALLEN-JONES, KIMBERLY E
**CLOSED DATE:** 05/26/2016

Bottom

| RECORD SHEET | CIVIL DISPOSITION | CRIMINAL DISPOSITION | COURT DATES | PAY SUM |
|---|---|---|---|---|

| DATE | REMARKS |
|---|---|
| 09/30/15 | Information filed 9/30/2015.cc |
| 09/30/15 | ------------------------------------------------------------------- |
| 09/30/15 | ------------------------------------------------------------------- |
| 09/30/15 | Authorization for Release filed 9/29/15 on file this date.cc |
| 09/30/15 | Sworn Statement of Police Officer filed 9/29/15 on file this date.cc |
| 09/30/15 | Pre-Trial Bond Report filed 9/29/15 on file this date.cc |
| 09/30/15 | ------------------------------------------------------------------- |
| 10/01/15 | People present by Assistant State's Attorney Ms. Radtke. |
| 10/01/15 | Defendant present in custody, tendered a copy of the Information, |
| 10/01/15 | and advised as to the nature of the charges and possible penalties. |
| 10/01/15 | Defendant's age is 46. |
| 10/01/15 | Application for Public Defender on file. Finding Defendant is |
| 10/01/15 | indigent. Public Defender appointed to represent the Defendant. |
| 10/01/15 | Cause continued for preliminary hearing. |
| 10/01/15 | Preliminary hrg set for 10/14/2015 at 09:00 in courtroom 1. |
| 10/01/15 | ------------------------------------------------------------------- |
| 10/14/15 | People present by State's Attorney, Mr. Scott. |
| 10/14/15 | Defendant present in custody with counsel, Mr. Forbes. |
| 10/14/15 | Defendant waives preliminary hearing. Written waiver on file. |
| 10/14/15 | Plea of not guilty. Cause assigned on the trial call of Judge |
| 10/14/15 | Griffith. |
| 10/14/15 | Pre-trial Discovery Order entered and on file. Answer to Pre-trial |
| 10/14/15 | Discovery Order on file. |
| 10/14/15 | Pre-trial motions to be filed within 30 days. Defendant admonished |
| 10/14/15 | as_to the possibility of trial in absentia. |
| 10/14/15 | Trial counsel for the State is Ms. Domash. |
| 10/14/15 | Trial counsel for the Defendant is Mr. Ellison. |
| 10/14/15 | On_motion of Defendant, cause allotted for pre-trial. |
| 10/14/15 | Pre-trial set for 11/25/2015 at 09:00 in courtroom 6A. |
| 10/14/15 | ------------------------------------------------------------------- |
| 11/24/15 | People's Additional Answer to Pre-Trial Discovery Order |
| 11/24/15 | on_file this date. (cc) |
| 11/24/15 | ------------------------------------------------------------------- |
| 11/25/15 | People present by Mr. Brown. |
| 11/25/15 | Defendant present by Mr. Ellison. |
| 11/25/15 | Representation Defendant is in custody. |
| 11/25/15 | On_motion of Defendant, no objection by the State, cause continued |
| 11/25/15 | for further pretrial. |
| 11/25/15 | Pre-trial set for 1/06/2016 at 09:00 in courtroom 6A. |

MOTION FOR
SUMMARY JUDGMENT

Exhibit 2

Macon County Search Results

| | |
|---|---|
| 11/25/15 | |
| 12/15/15 | People's Additional Answer to Pre-trial Discovery Order with |
| 12/15/15 | Affidavit of Service file marked 12/14/15 on file.(cc) |
| 12/15/15 | --------------------------------------------------------------- |
| 12/30/15 | Defendant's "Motion To Terminate Counsel And Pro SE Representation" |
| 12/30/15 | filed this date. (cc) |
| 12/30/15 | --------------------------------------------------------------- |
| 01/04/16 | Copy of Defendant's Motion to Terminate Counsel and Pro Se |
| 01/04/16 | Representation" electronically transmitted to Assistant State's |
| 01/04/16 | Attorney Ms. Domash and Assistant Public Defender Mr. Ellison on |
| 01/04/16 | today's date. |
| 01/04/16 | --------------------------------------------------------------- |
| 01/06/16 | People present by Assistant State's Attorney Ms. Radtke. |
| 01/06/16 | Mr. Ellison is present for the Defendant who is in custody. |
| 01/06/16 | On_Motion of the Defendant, |
| 01/06/16 | Status hearing set for 1/13/2016 at 09:00 in courtroom 6A. |
| 01/06/16 | --------------------------------------------------------------- |
| 01/13/16 | People present by Mr. Brown. |
| 01/13/16 | Mr. Ellison is present for the Defendant who is in custody. |
| 01/13/16 | Cause is allotted for hearing on the Defendant's Motion to |
| 01/13/16 | Terminate Counsel. |
| 01/13/16 | Motion hearing set for 1/28/2016 at 01:30 in courtroom 6A. |
| 01/13/16 | --------------------------------------------------------------- |
| 01/28/16 | People present by Mr. Brown. |
| 01/28/16 | Defendant is present in custody with Mr. Ellison. |
| 01/28/16 | The Court has reviewed the allegations contained in the Defendant's |
| 01/28/16 | Motion to Terminate Counsel with Ms. Allen-Jones and Mr. Ellison |
| 01/28/16 | and Ms. Allen-Jones wishes to keep Mr. Ellison as her attorney |
| 01/28/16 | at_this time. |
| 01/28/16 | Pre-trial set for 2/10/2016 at 09:00 in courtroom 6A. |
| 01/28/16 | --------------------------------------------------------------- |
| 02/10/16 | People present by Ms. Mullison. |
| 02/10/16 | Mr. Ellison is present for the Defendant who is in custody. |
| 02/10/16 | On_Motion of the Defendant, |
| 02/10/16 | Pre-trial set for 3/22/2016 at 09:00 in courtroom 6A. |
| 02/10/16 | --------------------------------------------------------------- |
| 03/22/16 | People present by Ms. Couri. |
| 03/22/16 | Mr. Ellison is present for the Defendant who is in custody. |
| 03/22/16 | On_Motion of the Defendant, |
| 03/22/16 | Pre-trial set for 4/20/2016 at 09:00 in courtroom 6A. |
| 03/22/16 | --------------------------------------------------------------- |
| 03/29/16 | People's Additional Answer to Pre-Trial Discovery Order |
| 03/29/16 | on_file this date. (cc) |
| 03/29/16 | --------------------------------------------------------------- |
| 04/20/16 | People present by Ms. Mullison. |
| 04/20/16 | Mr. Ellison is present for the Defendant who is in custody. |
| 04/20/16 | On_Motion of the Defendant, |
| 04/20/16 | Jury trial set for 5/10/2016 at 08:30 in courtroom 6A. |
| 04/20/16 | |
| 04/20/16 | --------------------------------------------------------------- |
| 04/22/16 | Defendant's "Second Motion To Terminate Counsel And Pro-Se |

| | |
|---|---|
| 04/22/16 | Representatr~~~ filed this date. (cc) |
| 04/25/16 | Copy of Defendant's Second Motion to Terminate Counsel and |
| 04/25/16 | Pro Se Representation transmitted to Assistant State's Attorney Mr. |
| 04/25/16 | Fischer and Assistant Public Defender Mr. Ellison on today's date, |
| 04/25/16 | including copy of docket entry today's date. |
| 04/25/16 | Status hearing set for 5/05/2016 at 09:00 in courtroom 6A. |
| 04/25/16 | ---------------------------------------------------------------------- |
| 05/03/16 | Subpoena ( Kristin Stiefvater ) on file with service on 05/03/2016 |
| 05/03/16 | . (cc) |
| 05/03/16 | ---------------------------------------------------------------- |
| 05/03/16 | Subpoena ( Lavonne Waller ) on file with service on 05/03/2016 . |
| 05/03/16 | (cc) |
| 05/03/16 | ---------------------------------------------------------------- |
| 05/05/16 | People present by Mr. Brown. |
| 05/05/16 | Mr. Ellison is present for the Defendant who is in custody. |
| 05/05/16 | The Defendant's Second Motion to Terminate Counsel and for Pro-Se |
| 05/05/16 | Representation is allotted for hearing. |
| 05/05/16 | Jury trial set for 5/10/2016 at 08:30 in courtroom 6A. |
| 05/05/16 | Due to the filing of Defendant's Motion which must be heard by |
| 05/05/16 | the Court prior to the jury trial, the jury trial of May 10, 2016 |
| 05/05/16 | is_vacated and the case is allotted for further status. |
| 05/05/16 | Motion hearing set for 5/26/2016 at 09:30 in courtroom 6A. |
| 05/05/16 | Status hearing set for 6/26/2016 at 9:30 in courtroom 6A. |
| 05/05/16 | ---------------------------------------------------------------------- |
| 05/09/16 | Subpoena ( Off L Sturdivant ) on file with service on 05/05/2016 . |
| 05/09/16 | (cc) |
| 05/09/16 | ---------------------------------------------------------------- |
| 05/09/16 | Subpoena ( Off J Sawyer ) on file with service on 05/05/2016 . (cc) |
| 05/09/16 | ---------------------------------------------------------------- |
| 05/09/16 | Subpoena ( Off J Hagemeyer ) on file with service on 05/05/2016 . |
| 05/09/16 | (cc) |
| 05/09/16 | ---------------------------------------------------------------- |
| 05/09/16 | Subpoena ( Off K Duffy ) on file with service on 05/05/2016 . (cc) |
| 05/09/16 | ---------------------------------------------------------------- |
| 05/09/16 | Subpoena ( Off J Closen ) on file with service on 05/05/2016 . (cc) |
| 05/09/16 | ---------------------------------------------------------------- |
| 05/17/16 | Entry of Appearance of Christopher K Bradley for Kimberly |
| 05/17/16 | Allen-Jones on file this date. (cc) |
| 05/17/16 | ---------------------------------------------------------------------- |
| 05/26/16 | People present by Mr. Brown. |
| 05/26/16 | Defendant is present in custody with Mr. Ellison. |
| 05/26/16 | Mr. Bradley enters his appearance for the Defendant. |
| 05/26/16 | Mr. Ellison is relieved of any further responsibility. |
| 05/26/16 | On_Court's own Motion, the Defendant's second Motion to Terminate |
| 05/26/16 | Cousnel and for Pro Se representation is rendered moot as Defendant |
| 05/26/16 | has retained private counsel. |
| 05/26/16 | Defendant offers to enter plea of guilty pursuant |
| 05/26/16 | to_a plea agreement. Plea is to Count I, a Class 4 felony. |
| 05/26/16 | On_motion of the People, pursuant to negotiations, Count II is |
| 05/26/16 | dismissed and stricken. Written jury trial waiver on file. |

| | |
|---|---|
| 05/26/16 | Defendant is _____ mined in open court. Finding by the court th___ ___ he |
| 05/26/16 | plea is knowingly, voluntarily and intelligently made. Further |
| 05/26/16 | finding by the court that there is a factual basis for the plea. |
| 05/26/16 | Acceptance and judgment on the plea and for costs. Parties offer |
| 05/26/16 | to_waive preparation of a pre-sentence report. The Court has |
| 05/26/16 | reviewed the Defendant's Pre-Trial Bond Report regarding the |
| 05/26/16 | Defendant's prior history of criminality. Concurrence |
| 05/26/16 | by_the court in the negotiations. Defendant is sentenced to |
| 05/26/16 | 18_months in the Illinois Department of Corrections to be followed |
| 05/26/16 | by_a 1-year period of Mandatory Supervised Release. |
| 05/26/16 | Defendant to be given credit for time previously served in custody |
| 05/26/16 | from September 24, 2015 through May 25, 2016. |
| 05/26/16 | Street Value Fine of $70 assessed. Crime Lab Fee of $100 assessed. |
| 05/26/16 | Mandatory Drug Treatment Assessment of $500 assessed, plus the |
| 05/26/16 | court costs. |
| 05/26/16 | Defendant to be given a credit against the Drug Treatment Assessment |
| 05/26/16 | in_the amount of $570 for time previously served in custody. |
| 05/26/16 | Order of Distribution of Street Value Fines and |
| 05/26/16 | Order Assessing Crime Laboratory Fee entered and filed. |
| 05/26/16 | Defendant admonished as to right to appeal under Supreme Court |
| 05/26/16 | Rule 605. |
| 05/26/16 | As_part of this plea agreement, the Defendant's term of Probation |
| 05/26/16 | in_Cause 13 CF 840 shall be terminated upon its return from the |
| 05/26/16 | Appellate Court. |
| 05/26/16 | ------------------------------------------------------------------------- |
| 05/26/16 | Judgment-Sentence to Illinois Department of Corrections on file. |
| 05/26/16 | ------------------------------------------------------------------------- |
| 05/27/16 | Certificate of Service on file.cc |
| 05/27/16 | ------------------------------------------------------------------------- |
| 05/31/16 | Statement of Facts on file. (cc) |
| 05/31/16 | ------------------------------------------------------------------------- |

Top

Copyright © 2016 Macon County, Illinois.  All Rights Reserved.  Disclaimer   Contact Us

FILED

MAY 27 2016

LOIS A. DURBIN
CIRCUIT CLERK

MACON COUNTY CIRCUIT CLERK
6TH JUDICIAL DISTRICT
DECATUR IL

THE PEOPLE OF THE STATE OF ILLINOIS
                                        )
VS                                      )      15-CF-1217
                                        )
KIMBERLY E ALLEN-JONES                  )

CERTIFICATE OF SERVICE

I LOIS  DURBIN, CLERK OF THE CIRCUIT COURT OF MACON COUNTY, ILLINOIS DO
HEREBY CERTIFY THAT ON: MAY 27, 2016. COPY OF
JUDGMENT

TO;

HAND DELIVERED:   SHERIFF OFFICE

_____
LOIS A DURBIN
MACON COUNTY CIRCUIT CLERK
LB

IN THE CIRCUIT COURT OF __MACON__ COUNTY, ILLINOIS
__SIXTH__ JUDICIAL CIRCUIT

**FILED**

**MAY 26 2016**

**LOIS A. DURBIN**
**CIRCUIT CLERK**

PEOPLE OF THE STATE OF ILLINOIS )
                                 )     Case No. __15 CF 1217__
        vs.                      )
                                 )
__Kimberly E. Allen-Jones__      )
        Defendant

Date of Sentence__May 26, 2016__
Date of Birth__████████████__
                (Defendant)

## JUDGMENT – SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant has been adjudged guilty of the offenses enumerated below; IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE | MSR |
|---|---|---|---|---|---|---|
| I | Unlawful Possession of Controlled Substance with a Prior Calculated Criminal Drug Conspiracy Conviction | September 24, 2015 | 720 570/402(c) | 4 | 1 Yrs. -6- Mos. | 1 Yr. |

To be served at 50% pursuant to 730 ILCS 5/3-6-3

| | | | | | ___Yrs. ___ Mos. | ___ Yrs. |
|---|---|---|---|---|---|---|

To run (concurrent with) (consecutively to) count(s)_____and served at 50%, 75%, 85%, 100% pursuant to 730 ILCS 5/3-6-3

| | | | | | ___ Yrs. ____ Mos. _____ Yrs. | |
|---|---|---|---|---|---|---|

To run (concurrent with) (consecutively to) count(s)_____and served at 50%, 75%, 85%, 100% pursuant to 730 ILCS 5/3-6-3

This Court finds that the defendant is:

_____ Convicted of a class _____ offense but sentenced as a Class X offender pursuant to 730 ILCS 5/5-4.5-95(b).

____X____The Court further finds that the defendant is entitled to receive credit for time actually served in custody from September 24, 2015 through May 25, 2016.    The defendant is entitled to receive credit for the additional time served in custody from the date of this order until defendant is received at the Illinois Department of Corrections.

_____The Court further finds that the conduct leading to conviction for the offenses enumerated in counts _____resulted in great bodily harm to the victim. (730 ILCS 5/3-6-3(a)(2)(iii)).

_____The Court further finds that the defendant meets the eligibility requirements for possible placement in the Impact Incarceration Program. (730 ILCS 5/5-4-1(a)).

_____The Court further finds that offense was committed as a result of the use of, abuse of, or addiction to alcohol or a controlled substance and recommends the defendant for placement in a substance abuse and mental health program. (730 ILCS 5/5-4-1(a)).

_____The defendant successfully completed a full-time (60-day or longer) Pre-Trial Program ____Educational/Vocational ___ Substance Abuse ___ Behavior Modification ___ Life Skills ___ Re-Entry Planning – provided by the county jail while held in pre-trial detention prior to this commitment and is eligible for sentence credit in accordance with 730 ILCS 5/3-6-3(a)(4). THEREFORE IT IS ORDERED that the defendant shall be awarded additional sentence credit as follows: total number of days in identified program(s)_____x 1.50 (1.25 for program participation before August 11, 1993) = _____days, if not previously awarded.

_____The defendant passed the high school level test for General Education and Development (GED) on _____ while held in pre-trial detention prior to this commitment and is eligible to receive Pre-Trial GED Program Credit in accordance with 730 ILCS 5/3-6-3(a)(4.1). THEREFORE IT IS ORDERED that the defendant shall be awarded 60 days of additional sentence credit, if not previously awarded.

_____IT IS FURTHER ORDERED the sentence imposed on Count ___ shall run concurrently with the sentence imposed in case number _____ in the Circuit Court of _____ County.

_____ IT IS FURTHER recommended that _____.

_____
*The Clerk of the Court shall deliver a certified copy of this order to the Sheriff.* The Sheriff shall take the defendant into custody and deliver defendant to the Department of Corrections which shall confine said defendant until expiration of this sentence or until otherwise released by operation of law.

This order is (____X_____effective immediately) (_____stayed until_____).

DATE: ___May 26, 2016___                ENTER:_____

_____
Thomas E. Griffith, Circuit Judge
(PLEASE PRINT JUDGE'S NAME HERE)

## CLERK'S CERTIFICATE

STATE OF ILLINOIS          )
                           )   SS.
COUNTY OF MACON )

The undersigned Clerk of the Circuit Court does hereby certify the above to be a true and complete copy of the Sentencing Judgment entered of record in said Court in the above entitled cause.

Signed and Sealed before me

_May 27_ , _2016_

_Lois A. Durbin_
Clerk of the Circuit Court

## SHERIFF'S CERTIFICATE

STATE OF ILLINOIS          )
                           )   SS.
COUNTY OF MACON )

I certify that I have delivered the person named in the within Sentencing Judgment to _____

_____ on

_____ , _____ .

Dated _____ , _____

By: _____
                    Sheriff

By: _____
                    Deputy

IN THE CIRCUIT COURT FOR THE SIXTH
JUDICIAL CIRCUIT OF ILLINOIS
MACON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,

-vs-
KIMBERLY E. ALLEN-JONES
DOB ▓/▓/▓

NO. 2015-CF-▓▓▓

**FILED**

OCT 14 2015

LOIS A. DURBIN
CIRCUIT CLERK

Statutes violated: Ch. 720 ILCS
Section:  570/402(c)
a Class 4 crime.
(min. 1 year to max. 6 years)

INFORMATION
(Count I)

NOW COME the People of the State of Illinois by the State's Attorney of
Macon County and inform this court that on or about September 24, 2015, in the
County of Macon, Illinois, the above-named defendant did commit the offense of
UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCE WITH A PRIOR CALCULATED CRIMINAL DRUG
CONSPIRACY CONVICTION, in that she knowingly and unlawfully had in her possession
less than 15 grams of a substance containing cocaine, a controlled substance,
other than as authorized in the Controlled Substances Act, and said defendant,
having been previously convicted of Calculated Criminal Drug Conspiracy in the
Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois in a case
entitled the People of the State of Illinois vs. Kimberly E. Allen, Criminal
Number 1990-CF-114.

STATE'S ATTORNEY OF MACON COUNTY, ILLINOIS

By, _____
first being duly sworn, who states on oath
the above matters to be true.

Subscribed and sworn to before me on 9/30/15

SEAL

_____
NOTARY PUBLIC

I hereby waive the right to a preliminary hearing in this cause.

_____ Defendant

I hereby waive the right to trial by jury in this cause.

_____ Defendant

Date:_____     Bond fixed at $

_____
JUDGE

TRW/sw

**FILED**

**MAY 26 2016**

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS

MACON COUNTY, ILLINOIS

LOIS A. DURBIN
CIRCUIT CLERK

THE PEOPLE OF THE STATE OF ILLINOIS )
)
          Plaintiff, )
)
-vs- )
)
Kimberly Allen- Jones )
)
          Defendant. )

NO. 15 CF 1217

## ORDER ASSESSING CRIME LABORATORY FEE

Pursuant to 730 ILCS 5/5-9-1.4(b) the Court does hereby assess a Crime Laboratory Analysis Fee of one hundred dollars ($100.00). The Clerk of the Court is hereby authorized and directed to collect the Crime Laboratory Analysis Fee and upon collection remit same to the appropriate fund as designated below:

[X]    State Crime Lab Fund

[ ]    Decatur Police Department Crime Lab Fund

[ ]    Macon County Sheriff's Department Crime Lab Fund

ENTERED:

5-26-16

_____
JUDGE

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS

**FILED**

MACON COUNTY, ILLINOIS

**MAY 26 2016**

LOIS A. DURBIN
CIRCUIT CLERK

THE PEOPLE OF THE STATE OF ILLINOIS )
                                     )
            Plaintiff,               )
                                     )      NO. 15 CF 1217
-vs-                                 )
                                     )
Kimberly Allen-Jones                 )
                                     )
            Defendant.               )

## ORDER OF DISTRIBUTION OF STREET VALUE FINE

The Court does hereby determine the street value of the drugs involved in the above-referenced case to be _____ 70 _____.

The Clerk of the Circuit Court is hereby ordered to distribute the street value fine pursuant to the Illinois Compiled Statues 720 ILCS 550/10.2 and/or 720 ILCS 570/413 as follows:

1. 12 ½ percent to the Juvenile Drug Abuse Fund.

2. 12 ½ percent to the Macon County State's Attorney's Drug Fund for use in the enforcement of laws regulating controlled substances and cannabis.

3. 37 ½ percent to the Decatur Police Department Drug Fund for use in the enforcement of laws regulating controlled substances and cannabis.

4. _____ percent to the Macon County Sheriff's Office Drug Fund for use in the enforcement of laws regulating controlled substances and cannabis.

5. _____ percent to the _____ Police Department Drug Fund for use in the enforcement of laws regulating controlled substances and cannabis.

6. _____ percent to the Illinois State Treasury for use in the enforcement of laws regulating controlled substances and cannabis.

7. 37 ½ or 50 percent to the Macon County Corporate Fund. (Circle One)

ENTER: _____ 5-26-16 _____

_____
JUDGE

FILED

MAY 26 2016

LOIS A. DURBIN
CIRCUIT CLERK

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,    )
           )
           )
           )   Case No: *15-CF-1217*
         vs.  )
           )
*Kimberly Allen-Jones*   )
         Defendant.  )

## JURY WAIVER

And now comes the above-named Defendant, in his or her own proper person, and waives trial by jury in the above-entitled cause.

Dated this _____ day of _May_, 2016.

## CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS

### MACON COUNTY, ILLINOIS

FILED

MAY 31 2016

LOIS A. DURBIN
CIRCUIT CLERK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS ) | |
| ) | |
| ) | |
| Plaintiff, ) | NO. 15-CF-1217 |
| ) | |
| -vs- ) | |
| ) | |
| KIMBERLY E. ALLEN-JONES, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

On or about September 24, 2015, in the County of Macon, Illinois, the above-named defendant did commit the offense of **UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCE WITH A PRIOR CALCULATED CRIMINAL DRUG CONSPIRACY CONVICTION,** in that said defendant knowingly and unlawfully had in her possession less than 15 grams of a substance containing cocaine, a controlled substance, other than as authorized in the Controlled Substance Act, and said defendant, having been previously convicted of Calculated Criminal Drug Conspiracy in the Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois in a case entitled the People of the State of Illinois vs. Kimberly E. Allen, Criminal Number 1990-CF-114.

DATED:  May 31, 2016         BY: _____

State's Attorney

**FILED**

**MAY 17 2016**

**LOIS A. DURBIN**
**CIRCUIT CLERK**

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,       )
      Plaintiff,                                   )
                                                    )
      vs.                                          )       No.   15-CF-1217
                                                    )
Kimberly Allen-Jones                               )
      Defendant.                                  )

## ENTRY OF APPEARANCE

NOW COMES Christopher K. Bradley of Bradley Law Office, Ltd., and enters

his appearance in this cause for Defendant, Kimberly Allen-Jones

BRADLEY LAW OFFICE, LTD.

By:  CHRISTOPHER K. BRADLEY

CHRISTOPHER K. BRADLEY
BRADLEY LAW OFFICE, LTD.
147 North Water Street, Suite 102
Decatur, Illinois  62523
Phone: 217.424.9916
Fax: 217.424.9918

## PROOF OF SERVICE

The undersigned, under penalty of perjury, hereby certifies that he served a copy of the foregoing Entry of Appearance on the following by placing it in an envelope, with postage prepaid, and depositing it with the U.S. Postal Service at Decatur, Illinois, on _____5/16_____, 2016, addressed as follows:


Macon County State's Attorney
Macon County Courthouse.
253 E. Wood St.
Decatur, IL  62523


Christopher K. Bradley


CHRISTOPHER K. BRADLEY
BRADLEY LAW OFFICE, LTD.
147 North Water Street, Suite 102
Decatur, Illinois  62523
Phone: 217.424.9916
Fax: 217.424.9918

**STATE OF ILLINOIS**
**SIXTH JUDICIAL CIRCUIT**
**MACON COUNTY, ILLINOIS**
**253 E. WOOD ST.**
**DECATUR, IL  62523**

THE PEOPLE OF THE STATE OF ILLINOIS,    )
             )    SO113383      **FILED**
    -vs-         )
             )    Case No.  15-CF-1217   **MAY 09 2016**

KIMBERLY ALLEN-JONES,      )
           **DEFENDANT.**   )                **LOIS A. DURBIN**
                                            **CIRCUIT CLERK**

## CRIMINAL SUBPOENA

**TO THE SHERIFF OF MACON COUNTY:**
**YOU ARE HEREBY COMMANDED** to summon the following person:

**OFFICER J. SAWYER**
**C/O DECATUR POLICE DEPARTMENT**

The above person is commanded to appear at the above address in Circuit Courtroom # 6A, on **May 10, 2016** at **1:00 p.m.**

**NOTICE TO PERSON SUBPONAED:**

Your failure to appear may result in your arrest and punishment for contempt of court.

You also are commanded to bring with you the following which is in your possession or under your control:  **DR15-10864**

WITNESS     _5/3/2016_
                Date

_Lois A. Durbin_
CLERK OF THE COURT

BY: _So_
           DEPUTY CLERK

I served this subpoena by handing a copy of it to _____,
on _____.
   Date
The total mileage, service and return fees are: _____.

_____
          Signature

The attorney requesting this subpoena is:                        JS/kd
NAME: JAY SCOTT/Macon Co. State's Attorney
ADDRESS: 253 E. Wood St., Decatur, Illinois
TELEPHONE: (217) 424-1400

SHERIFF'S FEES

MSO/339

Service and Return ..................................................... $ 35.00

Mileage ..................................................... $ 3.00

$ 38.00

I certify that I served this summons on defendant as follows:

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**
By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| KILTON | OFC S | | FEMALE | WHITE |

**(B) INDIVIDUAL DEFENDANTS-ABODE:**
By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| KILTON | OFC S | | FEMALE | WHITE |

**(C) CORPORATION DEFENDANTS:**
By leaving a copy, and copy of the complaint, with the registered agent, officer or agent of each defendant corporation, as follows:
BUSINESS TO SERVE

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

**(D) OTHER:**

COMMENTS:

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| SAWYER | OFC J | 15-CF-1217 | SUBPOENA | 113383 |
| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY | |
| 5/5/2016 | 3:17 PM | ROOT, JUSTIN | 5815 | |
| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | Sheriff of Macon Co. |
| 707 W SOUTHSIDE DR | DECATUR | ILLINOIS | SELF | Thomas P. Schneider |

SERVED BY Thomas Schneider

RETURN PROCESSED BY
JESSICA STODDARD #4310
MACON COUNTY SHERIFF'S OFFICE

**STATE OF ILLINOIS**
**SIXTH JUDICIAL CIRCUIT**
**MACON COUNTY, ILLINOIS**
**253 E. WOOD ST.**
**DECATUR, IL  62523**

**FILED**

**MAY 09 2016**

**LOIS A. DURBIN**
**CIRCUIT CLERK**

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) | 80113380 |
| -vs- | ) | |
| | ) | Case No.  15-CF-1217 |
| KIMBERLY ALLEN-JONES, | ) | |
| DEFENDANT. | ) | |

**CRIMINAL SUBPOENA**

**TO THE SHERIFF OF MACON COUNTY:**
**YOU ARE HEREBY COMMANDED** to summon the following person:

**OFFICER J. CLOSEN**
**C/O DECATUR POLICE DEPARTMENT**

The above person is commanded to appear at the above address in Circuit Courtroom # 6A, on **May 10, 2016** at **11:00 a.m.**

**NOTICE TO PERSON SUBPONAED:**

Your failure to appear may result in your arrest and punishment for contempt of court.

You also are commanded to bring with you the following which is in your possession or under your control:  DR15-10864

WITNESS _____5/3/2016_____
                                    Date

_Lois A Durbin_
CLERK OF THE COURT

BY: _SOf_ _____
                        DEPUTY CLERK

I served this subpoena by handing a copy of it to _____,

on _____.
        Date
The total mileage, service and return fees are: _____.

_____
Signature

The attorney requesting this subpoena is:
NAME: JAY SCOTT/Macon Co. State's Attorney
ADDRESS: 253 E. Wood St., Decatur, Illinois
TELEPHONE: (217) 424-1400

JS/kd

MSO/339

# SHERIFF'S FEES

Service and Return ............................................. $ 25.00

Mileage ............................................. $ 3.00

$ 38.00

I certify that I served this summons on defendant as follows:

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**

By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|

**(B) INDIVIDUAL DEFENDANTS-ABODE:**

By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| KILTON | OFC S | | FEMALE | WHITE |

**(C) CORPORATION DEFENDANTS:**

By leaving a copy, and copy of the complaint, with the registered agent, officer or agent of each defendant corporation, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| BUSINESS TO SERVE | | | | |

**(D) OTHER:**

COMMENTS:

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| CLOSEN | OFC J | 15-CF-1217 | SUBPOENA | 113380 |
| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY ID | |
| 5/5/2016 | 3:17 PM | ROOT, JUSTIN | 5815 | |
| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | |
| 707 W SOUTHSIDE DR | DECATUR | ILLINOIS | LAW ENFORCEMENT | |



_Thomas Schneider_

Sheriff of Macon Co.

Thomas P. Schneider

RETURN PROCESSED BY
JESSICA STODDARD #4310
MACON COUNTY SHERIFF'S OFFICE

**STATE OF ILLINOIS**
**SIXTH JUDICIAL CIRCUIT**
**MACON COUNTY, ILLINOIS**
**253 E. WOOD ST.**
**DECATUR, IL  62523**

FILED

MAY 09 2016

LOIS A. DURBIN
CIRCUIT CLERK

THE PEOPLE OF THE STATE OF ILLINOIS,          )       ISO113381
                                              )
                   -vs-                        )
                                              )
KIMBERLY ALLEN-JONES,                          )       Case No.  15-CF-1217
                   DEFENDANT.                  )
                                              )

### CRIMINAL SUBPOENA

**TO THE SHERIFF OF MACON COUNTY:**
**YOU ARE HEREBY COMMANDED** to summon the following person:

<u>OFFICER K. DUFFY</u>
**C/O DECATUR POLICE DEPARTMENT**

    The above person is commanded to appear at the above address in Circuit Courtroom # 6A, on **May 10, 2016 at 1:00 p.m.**

**NOTICE TO PERSON SUBPONAED:**

    Your failure to appear may result in your arrest and punishment for contempt of court.

    You also are commanded to bring with you the following which is in your possession or under your control:  **DR15-10864**

WITNESS _____5/3/2016_____
                          Date

_____
CLERK OF THE COURT

BY: _____
                          DEPUTY CLERK

I served this subpoena by handing a copy of it to _____,
on _____
          Date
The total mileage, service and return fees are: _____.

_____
          Signature

The attorney requesting this subpoena is:          JS/kd
NAME: JAY SCOTT/Macon Co. State's Attorney
ADDRESS: 253 E. Wood St., Decatur, Illinois
TELEPHONE: (217) 424-1400

# SHERIFF'S FEES

MSO/339

Service and Return ................................................................ $ 35.00

Mileage ................................................................................ $ 3.00

$ 38.00

I certify that I served this summons on defendant as follows:

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**
By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|

**(B) INDIVIDUAL DEFENDANTS-ABODE:**
By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| KILTON | OFC S | | FEMALE | WHITE |

**(C) CORPORATION DEFENDANTS:**
By leaving a copy, and copy of the complaint, with the registered agent, officer or agent of each defendant corporation, as follows:

| BUSINESS TO SERVE | | | | |
|---|---|---|---|---|
| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |

**(D) OTHER:**

COMMENTS:

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| DUFFY | OFC K | 15-CF-1217 | SUBPOENA | 113381 |
| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY | |
| 5/5/2016 | 3:17 PM | ROOT, JUSTIN | *Thomas Schneider* | |
| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | Sheriff of Macon Co. |
| 707 W SOUTHSIDE DR | DECATUR | ILLINOIS | LAW ENFORCEMENT | Thomas P. Schneider |

STATE OF ILLINOIS
SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS
253 E. WOOD ST.
DECATUR, IL 62523

FILED
MAY 09 2016
SO 113382  LOIS A. DURBIN
CIRCUIT CLERK

THE PEOPLE OF THE STATE OF ILLINOIS,              )
                                                   )
-vs-                                               )
                                                   )    Case No.  15-CF-1217
KIMBERLY ALLEN-JONES,                              )
                        DEFENDANT.                 )

## CRIMINAL SUBPOENA

TO THE SHERIFF OF MACON COUNTY:
YOU ARE HEREBY COMMANDED to summon the following person:

**OFFICER J. HAGEMEYER**
**C/O DECATUR POLICE DEPARTMENT**

The above person is commanded to appear at the above address in Circuit Courtroom
# 6A, on **May 10, 2016** at **1:00 p.m.**

NOTICE TO PERSON SUBPONAED:

Your failure to appear may result in your arrest and punishment for contempt of court.

You also are commanded to bring with you the following which is in your possession or under
your control:  **DR15-10864**

WITNESS _____5/3/2016_____
                           Date

_Lois A. Durbin_
CLERK OF THE COURT

BY: _____
                DEPUTY CLERK

I served this subpoena by handing a copy of it to _____,
on _____.
      Date
The total mileage, service and return fees are: _____.

_____
              Signature

The attorney requesting this subpoena is:                              JS/kd
NAME: JAY SCOTT/Macon Co. State's Attorney
ADDRESS: 253 E. Wood St., Decatur, Illinois
TELEPHONE: (217) 424-1400

# SHERIFF'S FEES

MSO/339

Service and Return ................................................ $ 35.00

Mileage ................................................ $ 3.00

$ 38.00

I certify that I served this summons on defendant as follows:

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**
By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|

**(B) INDIVIDUAL DEFENDANTS-ABODE:**
By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| KILTON | OFC S | | FEMALE | WHITE |

**(C) CORPORATION DEFENDANTS:**
By leaving a copy, and copy of the complaint, with the registered agent, officer or agent of each defendant corporation, as follows:

BUSINESS TO SERVE

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|

**(D) OTHER:**

COMMENTS:

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| HAGEMEYER | OFC J | 15-CF-1217 | SUBPOENA | 11382 |
| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY ID | |
| 5/5/2016 | 3:17 PM | ROOT, JUSTIN | 5815 Thomas Schneider | |
| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | Sheriff of Macon Co. |
| 707 W SOUTHSIDE DR | DECATUR | ILLINOIS | LAW ENFORCEMENT | Thomas P. Schneider |



RETURN PROCESSED BY
JESSICA STODDARD #4310
MACON COUNTY SHERIFF'S OFFICE

**STATE OF ILLINOIS**
**SIXTH JUDICIAL CIRCUIT**
**MACON COUNTY, ILLINOIS**
**253 E. WOOD ST.**
**DECATUR, IL 62523**

**FILED**

**MAY 09 2016**

LOIS A. DURBIN
CIRCUIT CLERK

THE PEOPLE OF THE STATE OF ILLINOIS,          )          SO113384

-vs-          )

          )          Case No. 15-CF-1217

KIMBERLY ALLEN-JONES,          )
          DEFENDANT.          )

**CRIMINAL SUBPOENA**

**TO THE SHERIFF OF MACON COUNTY:**
**YOU ARE HEREBY COMMANDED** to summon the following person:

**OFFICER L. STURDIVANT**
**C/O DECATUR POLICE DEPARTMENT**

The above person is commanded to appear at the above address in Circuit Courtroom # 6A, on **May 10, 2016** at **1:00 p.m.**

**NOTICE TO PERSON SUBPONAED:**

Your failure to appear may result in your arrest and punishment for contempt of court.

You also are commanded to bring with you the following which is in your possession or under your control: **DR15-10864**

WITNESS _____5/3/2016_____
                            Date

_Lois A. Durbin_

CLERK OF THE COURT

BY: _____
                    DEPUTY CLERK

I served this subpoena by handing a copy of it to _____,
on _____.
          Date
The total mileage, service and return fees are: _____.

_____
          Signature

The attorney requesting this subpoena is:          JS/kd
NAME: JAY SCOTT/Macon Co. State's Attorney
ADDRESS: 253 E. Wood St., Decatur, Illinois
TELEPHONE: (217) 424-1400

**SHERIFF'S FEES**

MSO/339

Service and Return ......................................................... $ 35.00

Mileage ......................................................... $ 3.00

36.00

I certify that I served this summons on defendant as follows:

(A) INDIVIDUAL DEFENDANTS-PERSONAL:

By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|

(B) INDIVIDUAL DEFENDANTS-ABODE:

By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| KILTON | OFC S | | FEMALE | WHITE |

(C) CORPORATION DEFENDANTS:

By leaving a copy, and copy of the complaint, with the registered agent, officer or agent of each defendant corporation, as follows:

BUSINESS TO SERVE

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|

(D) OTHER:

COMMENTS:

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| STURDIVANT | OFC L | 15-CF-1217 | SUBPOENA | 113384 |
| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY/H *Thomas Schneider* | |
| 5/5/2016 | 3:17 PM | ROOT, JUSTIN | 5815 | |
| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | Sheriff of Macon Co. |
| 707 W SOUTHSIDE DR | DECATUR | ILLINOIS | LAW ENFORCEMENT | Thomas P. Schneider |



RETURN PROCESSED BY
JESSICA STODDARD #4310
MACON COUNTY SHERIFF'S OFFICE

STATE OF ILLINOIS
SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS
253 E. WOOD ST.
DECATUR, IL 62523

*5/3/16 / faxed*
*mailed (KD)*

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) |
| | ) |
| -vs- | ) |
| | ) Case No. 15-CF-1217 |
| KIMBERLY ALLEN-JONES, | ) |
| DEFENDANT. | ) |

### CRIMINAL SUBPOENA

**TO THE SHERIFF OF MACON COUNTY:**
**YOU ARE HEREBY COMMANDED** to summon the following person:

**LAVONNE WALLER**
**C/O ISP SPRINGFIELD FORENSIC SCIENCE LABORATORY**

The above person is commanded to appear at the above address in Circuit Courtroom # 6A, on **May 10, 2016** at **3:00 p.m.**

**NOTICE TO PERSON SUBPONAED:**

Your failure to appear may result in your arrest and punishment for contempt of court.

You also are commanded to bring with you the following which is in your possession or under your control. 15-7210

WITNESS _____5/3/2016_____
Date

_(signature)_

CLERK OF THE COURT

BY: _____
DEPUTY CLERK

I served this subpoena by handing a copy of it to _____,
on _____
Date
The total mileage, service and return fees are: _____.

_____
Signature

The attorney requesting this subpoena is:
NAME: JAY SCOTT/Macon Co. State's Attorney
ADDRESS: 253 E. Wood St., Decatur, Illinois
TELEPHONE: (217) 424-1400

JS/kd

STATE OF ILLINOIS
SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS
253 E. WOOD ST.
DECATUR, IL 62523

*S/3/16 / faxed*
*mailed* FILED

MAY 03 2016

LOIS A. DURBIN
CIRCUIT CLERK

THE PEOPLE OF THE STATE OF ILLINOIS,    )
                                        )
                        -vs-            )
                                        )    Case No. 15-CF-1217
KIMBERLY ALLEN-JONES,                   )
                        DEFENDANT.      )

## CRIMINAL SUBPOENA

**TO THE SHERIFF OF MACON COUNTY:**
**YOU ARE HEREBY COMMANDED** to summon the following person:

**KRISTIN STIEFVATER**
**C/O ISP SPRINGFIELD FORENSIC SCIENCE LABORATORY**

        The above person is commanded to appear at the above address in Circuit Courtroom
**# 6A**, on **May 10, 2016** at **3:00 p.m.**

**NOTICE TO PERSON SUBPONAED:**

        Your failure to appear may result in your arrest and punishment for contempt of court.

        You also are commanded to bring with you the following which is in your possession or under
your control: ~~SPECIMEN~~

WITNESS _____5/3/2016_____
                                            Date

_signature_
CLERK OF THE COURT

BY: _signature_
                        DEPUTY CLERK

I served this subpoena by handing a copy of it to _____,
on _____.
        Date
The total mileage, service and return fees are: _____.

_____
                        Signature

The attorney requesting this subpoena is:                                JS/kd
NAME: JAY SCOTT/Macon Co. State's Attorney
ADDRESS: 253 E. Wood St., Decatur, Illinois
.TELEPHONE: (217) 424-1400

The People of the State of Illinois, )
         -vs-          )   Case no: 2015-cf-1217
Kimberly E. Allen-Jones )
       Defendant     )
                              4-20-16

## Second Motion to Terminate Counsel and Pro Se Representation

NOW COMES Defendant Kimberly E. Allen-Jones an inmate at the Macon County Jail asking this Honorable Court to Terminate my appointed Counsel and grant me pro se representation stating the following:

1. I, Kimberly E. Allen-Jones was arrested by the Decatur Police on 9-24-15 for Possession of Controlled Substance - Two Class 4 felony counts (cocaine and heroin).

2. Attorney David Ellison was appointed as my Public Defender in October of 2015.

3. After repeated requests for Attorney Ellison to request fingerprint and DNA analysis of the narcotics packaging and a Motion to Terminate Counsel, Attorney Ellison finally requested the fingerprint and DNA analysis in December of 2015.

4. I have repeatedly informed Attorney Ellison that the drugs were not mine, I never touched

Cas no: 2015-cf-217

(2 of 4)

the drugs and I never saw the drugs
until the driver of the vehicle, Darell Fox,
threw the drugs out of the passenger side
window when the Decatur Police pulled over
the car.

5. Darell Fox was never arrested but he was
fingerprinted in order to have his fingerprints
compared to any found on the narcotics packaging.

6. None of the six Decatur Police Officers present
at the incident ever reported seeing me in
physical possession of the drugs. They all
stated in their reports that the drugs were
found on the GROUND near me.

7. I was snatched out of the car and thrown
to the ground by Ofc. Duffy, a Decatur
Police Officer by his own admission.

8. Attorney Ellison has failed to submit a
Motion to Dismiss due to the absence of
any evidence that I was in possession of
the narcotics even after my repeated requests
for him to submit the motion.

Case No. 2015-CF-1217,

(3 of 4)

9. Attorney Ellison has failed to submit a motion for a bond reduction or an N.T.A. even though I have been incarcerated for seven months on a case with zero evidence against me and my bond is $50,000.⁰⁰

10. On 4-20-16 Attorney Ellison informed this Honorable Court that I was ready for trial and my trial date is set for 5-10-16.

11. Attorney Ellison has not spoken to me about going to trial and he should never have announced ready for trial when the fingerprint and DNA analysis is not back. I have a right to due process of the law.

12. Attorney Ellison has announced ready for trial even though he has not gotten depositions from the six Decatur Police officers involved in my case as I requested.

3. Attorney Ellison has repeatedly disregarded my requests, been non-communicative and shown a non-chalant attitude toward my case. This is a violation of my constitutional rights - inaffective assistance of counsel.

Case No: 2015 ... 1817

(4 of 4)

14. The State of Illinois has attorneys diligently working to convict me of the aforementioned criminal charges and I have a right to have an attorney working equally as hard on my defense, however, Attorney Ellison continuously demonstrates that he has neither the interest nor has he put any effort into my defense yet he has announced that "we" are ready for trial. This is a grave miscarriage of justice.

15. Historically, Macon County Public Defenders have systematically been over-burdened, inadequate and sometimes unwilling to fairly represent indigent defendants.

WHEREFORE, I Kimberly E. Allen-Jones based on the above mentioned statements requests this Honorable Court to grant my Motion to Terminate Counsel and grant me Pro' Se representation.

Respectfully Submitted

Kimberly E. Allen-Jones
Macon County Jail
333 S. Franklin
Decatur, I L 62523

Kimberly E. Allen-Jones
Defendant

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS

MACON COUNTY, ILLINOIS

FILED

MAR 29 2016

LOIS A. DURBIN
CIRCUIT CLERK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) NO.  15-CF-1217 |
| | ) |
| KIMBERLY ALLEN-JONES | ) |
| | ) |
| Defendant. | ) |

## ADDITIONAL ANSWER TO PRE-TRIAL DISCOVERY ORDER

NOW COME the People of the State of Illinois, by JAY SCOTT, State's Attorney of Macon County,

Illinois, and for Additional Answer to Pre-Trial Discovery Order, respectfully STATE:

1. See attached copy of lab report dated 03/28/2016 – 1 page.
2. See attached copy of curriculum vitae of LaVonne Waller.

THE PEOPLE OF THE STATE OF ILLINOIS

BY: _____
Jay Scott, State's Attorney
Of Macon County, Illinois

## AFFIDAVIT OF SERVICE

Pursuant to Rule 12 of the Illinois Supreme Court Rules, the undersigned does hereby attest upon
oath or affirmation that a true and correct copy of the foregoing ADDITIONAL ANSWER was served upon
Dave Ellison, Attorney for the Defendant, by causing same to be delivered to the reception area of the
Public Defender's Office.

_____
Kerrie A. Dingman
Administrative Assistant
Macon County State's Attorney's Office

Sworn/affirmed to before me on this
March 28, 2016

_____
NOTARY PUBLIC

OFFICIAL SEAL
KIM L SLOAN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 05-16-20

State of Illinois

-vs-

Kimberly Allen-Jones,

Case no: 2015 CF 1717

Page 1 of 15

DEC 30 2015

LAS 12 0 2015

## Motion to Terminate Counsel and Pro Se Representation

NOW COMES Defendant Kimberly Allen-Jones Requesting this Honorable Court to Terminate Counsel (Court appointed Public Defender Atty. David Ellison) and grant myself Pro Se Representation stating the following:

a. On 9-28-15 I was arrested and booked into the Macon County Jail (MCJ) for Unlawful Possession of a Controlled Substance (Cocaine) and Unlawful Possession of a Controlled Substance (Heroin)

b. On 10-14-15 Judge Geisler appointed Atty. David Ellison to represent me on the aforementioned charges.

c. On 10-14-15 I wrote to Atty. Ellison requesting him to obtain the Results of the fingerprint and DNA analysis of the baggies containing the controlled substances. I stated in the letter that if the Decatur Police did not have fingerprint and DNA analysis of the baggies then I asked Atty. Ellison to submit a pre-trial motion to the court requesting Judge Griffith to order the fingerprint and DNA analysis of all the baggies involved in this case.

d. According to my police report (15010814) the driver

State of

-vs-

Kimberly Allen-Jone

12-20-15

of the vehicle that I had been in at the time of this incident, Davell Fox, was never arrested. He was brought to the station and fingerprinted so his fingerprints could be compared to any found on the narcotics packaging and then he was released.

e. On 9-28-15 I informed Detective Sturdivant that I did not have any drugs and I never saw the drugs until Mr. Fox threw the drugs out the passenger side window where I was sitting.

f. According to the police report Mr. Fox stated that he did not see me with any drugs.

g. The multiple Decatur Police officers who wrote reports in this case state that the drugs were found on the ground near where I was lying but none of the officers state that they saw me in physical possession of the drugs on the ground.

h. A fingerprint and DNA analysis is vital to my defense.

i. The longer it takes to obtain fingerprint and DNA analysis then the longer it takes for me to be ready for trial thus denying me a speedy trial.

State of Illinois )  case no: 2015 f 1317
        -vs.-        )
Kimberly Allen-Jones )              (page 3 of 3)

                                              12-20-15

j. On 11-16-15 I wrote Atty. Ellison a second
letter requesting the same as in paragraph (c)
and I informed Atty. Ellison if he failed to
obtain the fingerprint and DNA analysis and if
he failed to submit a pre-trial motion
Requesting Judge Griffith to order fingerprint
and DNA analysis then I was going to file
a motion to terminate him and ask for pro
se representation.

k. Atty. Ellison's failure to obtain fingerprint and
DNA analysis and his failure to submit a motion
to Judge Griffith requesting him to order fingerprint
and DNA analysis constitutes ineffective counsel.

Wherefore, I Kimberly Allen-Jones, Defendant
Requests this Honorable Court to grant my
Motion to Terminate Counsel and that I be
allowed Pro se Representation.

                    Respectfully Submitted

                    Kimberly Ellen-Jones
                    Kimberly Allen-Jones

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS

MACON COUNTY, ILLINOIS

**FILED**

THE PEOPLE OF THE STATE OF ILLINOIS    )
                                       )        DEC 14 2015
                    Plaintiff,         )
                                       )        LOIS A. DURBIN
-vs-                                   )        CIRCUIT CLERK
                                       )   NO.  15-CF-1217
KIMBERLY ALLEN-JONES                   )
                                       )
                    Defendant.         )

### ADDITIONAL ANSWER TO PRE-TRIAL DISCOVERY ORDER

**NOW COME** the People of the State of Illinois, by JAY SCOTT, State's Attorney of Macon County,

Illinois, and for Additional Answer to Pre-Trial Discovery Order, respectfully STATE:

1. See attached copy of lab report dated 12/04/2015 – 1 page.

2. See attached copy of curriculum vitae of Kristin Stiefvater – 1 page.

THE PEOPLE OF THE STATE OF ILLINOIS

BY: _____
        Jay Scott, State's Attorney
        Of Macon County, Illinois

### AFFIDAVIT OF SERVICE

Pursuant to Rule 12 of the Illinois Supreme Court Rules, the undersigned does hereby attest upon oath or affirmation that a true and correct copy of the foregoing ADDITIONAL ANSWER was served upon David Ellison, Attorney for the Defendant, by causing same to be delivered to the reception area of the Public Defender's Office.

_____
Kerrie A. Dingman
Administrative Assistant
Macon County State's Attorney's Office

Sworn/affirmed to before me on this
December 14, 2015

_____
NOTARY PUBLIC

OFFICIAL SEAL
BRANDY M. CHISENALL
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 10-16-19

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS

MACON COUNTY, ILLINOIS

**FILED**

THE PEOPLE OF THE STATE OF ILLINOIS )
                       )
                Plaintiff, )
-vs-                        )
                       )    NO.   15-CF-1217
                       )
KIMBERLY ALLEN-JONES,        )
                       )
             Defendant. )

NOV 24 2015

**LOIS A. DURBIN
CIRCUIT CLERK**

## ADDITIONAL ANSWER TO PRE-TRIAL DISCOVERY ORDER

    **NOW COME** the People of the State of Illinois, by JAY SCOTT, State's Attorney of Macon County,

Illinois, and for Additional Answer to Pre-Trial Discovery Order, respectfully STATE:

    1.   See attached copy of lab report dated 10/01/15 - 1 page.

    2.   See attached curriculum vitae of S. Cline.

THE PEOPLE OF THE STATE OF ILLINOIS

BY: _Jay Scott_

Jay Scott, State's Attorney
Of Macon County, Illinois

## AFFIDAVIT OF SERVICE

    Pursuant to Rule 12 of the Illinois Supreme Court Rules, the undersigned does hereby attest upon oath or affirmation that a true and correct copy of the foregoing ADDITIONAL ANSWER was served upon David Ellison, Attorney for the Defendant, by causing same to be delivered to the reception area of the Public Defender's Office.

_Kerrie A. Dingman_
Kerrie A. Dingman
Administrative Assistant
Macon County State's Attorney's Office

Sworn/affirmed to before me on this
November 24, 2015

_Stanley R Woods Jr_
NOTARY PUBLIC

```
"OFFICIAL SEAL"
STANLEY R WOODS JR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-30-2017
```
[seal]

CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS **FILED**
MACON COUNTY, ILLINOIS

**OCT 14 2015**

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS | ) | **LOIS A. DURBIN**<br>**CIRCUIT CLERK** |
| | ) | |
| | ) | |
| Plaintiff, | ) | NO. 15-CF-1217 |
| | ) | |
| -vs- | ) | |
| | ) | |
| KIMBERLY E. ALLEN-JONES, | ) | |
| Defendant. | ) | |

## PRE-TRIAL DISCOVERY ORDER

**IT IS HEREBY ORDERED** that the State shall disclose to the defense counsel for the above-named Defendant, the following material and information within its possession or control:

1.   That names of persons whom the State intends to call as witnesses, together with their relevant written or recorded statements, memoranda reporting or summarizing their oral statements.  Upon written motion of defense counsel memoranda the court shall examine reporting or summarizing oral statements in camera and if found to be substantially verbatim reports of oral statements shall be disclosed to defense counsel.

2.   Any written or recorded statements and the substance of any oral statements made by the accused or by a co-Defendant, and a list of witnesses to the making and acknowledgement of such statements.

3.   If the Grand Jury minutes were recorded by a court reporter, a transcript of those portions of said minutes containing testimony of the accused and relevant of persons whom the State intends to call as witnesses.

4.   Any reports or statement of experts, made in connection with this case including results of physical or mental examinations and of scientific tests, experiments or comparisons.

5.   Any books, paper documents, photographs or tangible objects which the State intends to use as evidence or which were obtained from or belong to the said Defendant.

6.   Any records of prior criminal convictions which may be used for impeachment of persons, which the State intends to call as witnesses.

7.  Any material or information within the State's possession or control, which tends to negate the guilt of the said Defendant as to the offense charged, or would tend to reduce his punishment therefore.

8.  The State shall inform defense counsel if there has been any electronic surveillance (including wiretapping) of conversation to which the accused was a party or of his premises.

**IT IS FURTHER ORDERED** that the State shall comply with the aforesaid order within **15** days hereof at a time and place and in a manner mutually agreeable to itself and defense counsel whereby the materials and information may be inspected, obtained, tested, copied or photographed. If the Parties cannot agree on a time, place and manner of compliance with this order, the State will proceed in accordance with Supreme Court Rule 412(e), subparagraphs (i) and (ii) (effective October 1, 1971).

**IT IS FURTHER ORDERED** that if subsequent to compliance with the above order, the State discovers additional material or information which is subject to disclosure under the terms of this order, it shall promptly disclose such material or information to counsel for the Defendant and also notify the court of its existence.

**IT IS HEREBY ORDERED** that counsel for the above-named Defendant shall inform the State's Attorney of Macon County as follows:

1.  The Defendant shall list any defenses which he intends to make at a hearing or trial, including affirmative defenses no affirmative defenses, alternative and inconsistent defenses.

2.  The names of person(s) he intends to call as witnesses, together with relevant written or recorded statement(s), including memoranda reporting or summarizing their oral statement(s) and any record of prior criminal convictions of said witnesses known to the Defendant or his defense counsel.

3.  Any books, documents, photographs, or tangible objects he intends to use as evidence or for impeachment.

4.  Any reports or statements of experts, made in connection with this case, including results of physical or mental examinations, and of scientific tests, experiments or comparisons, except that those portions of reports containing statement(s) made by the Defendants may be withheld if defense counsel doesn't intend to use any of the material contained in the report at a hearing or trial.

**IT IS FURTHER ORDERED** that the said defense counsel shall comply with the aforesaid order within **15** days hereof at a time and place and in a manner mutually agreeable to said defense counsel and the State's Attorney whereby said material and information may be

inspected, obtained, tested, copied or photographed during specified reasonable times and at a place reasonably accessible to the State's Attorney.

**IT IS FURTHER ORDERED** that if subsequent to compliance with the order, the Defendant or his counsel discover additional material information which is subject to disclosure under the terms of this order, it shall promptly disclose such information or material to the State's Attorney and also notify the court of its existence.

**IT IS FURTHER ORDERED** that the State shall disclose to the defense counsel for the above-named Defendant the names of persons whom the State intends to call as witnesses for the purpose of refuting an alibi defense within **5** days after receiving notice of alibi defense from defense counsel pursuant to this order.

**IT IS FURTHER ORDERED** that if subsequent to compliance with the above order, the State discovers the names and last known addresses of additional person whom the State intends to call for the purpose of refuting an alibi defense that it shall promptly disclose such information to defense counsel.

**IT IS FURTHER ORDERED** that both the State and defense counsel shall retain exclusive custody of any materials furnished pursuant to discovery

and that such material shall be used only for the purposes of conducting their case.

Entered this _____ day of _____, 2015.

_____
                  Judge

CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS **FILED**

MACON COUNTY, ILLINOIS

**OCT 14 2015**

**LOIS A. DURBIN**
**CIRCUIT CLERK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS | ) |
| | ) |
| | ) |
| Plaintiff, | )  NO. 15-CF-1217 |
| | ) |
| -vs- | ) |
| | ) |
| KIMBERLY E. ALLEN-JONES, | ) |
| Defendant. | ) |

## ANSWER TO PRE-TRIAL DISCOVERY ORDER

**NOW COME** the People of the State of Illinois, by JAY SCOTT, State's Attorney of Macon County, Illinois, and for Answer to Pre-Trial Discovery Order, respectfully STATE:

THAT the names and last known addresses of persons whom the State intends to call as witnesses, together with their relevant written statements, memoranda containing substantially verbatim reports of their oral statements, and a list of memoranda reporting or summarizing their oral statements are contained within the attached  Decatur Police Department  investigative reports, numbered pages 1 through  21  .

THAT recorded statements of persons whom the State intends to call as witnesses may be inspected during a specified reasonable time mutually agreeable to the State and defense counsel.

() THAT a copy of written statement(s) of the Defendant to _____ is contained within the above-referenced investigative reports.

(X)  THAT the defendant did not make a written statement.

(X)  THAT the substance of any oral statements made by the accused or by a codefendant to  J. Hagemeyer, J.M. Sawyer, Darell Fox, L. Sturdivant  is contained within the above-referenced investigative reports.

() THAT neither the defendant nor his/her co-defendant made an oral statement.

() THAT the defendant's (and/or co-defendant's) recorded statement may be inspected during a specified reasonable time mutually agreeable to the State and defense counsel.

(x)  THAT neither the defendant nor a codefendant made a recorded statement.

() THAT a transcript of those portions of grand jury minutes containing testimony of the accused and/or relevant testimony of persons the State intends to call as witnesses is attached and contained within the above referenced reports.

(x) THAT there are no transcripts of grand jury minutes containing testimony of the accused and/or relevant testimony of persons the State intends to call as witnesses.

() THAT reports or statements of expert(s) _____ made in connection with this case are attached and contained within the above referenced reports. _____ will testify as an expert in the field of _____ to an opinion consistent with his or her report(s) included with this answer to discovery.

() THAT the curriculum vitae(s) of _____ [is/are] attached and contained within the above referenced reports.

THAT any books, papers, documents, photographs, or tangible objects which the State intends to use at hearing and/or trial which were obtained from or belonged to the accused may be inspected during a specified reasonable time mutually agreeable to the State and defense counsel.

() THAT there has been electronic surveillance of conversations to which the accused was a party, or of his premises.

(x) THAT there has been no electronic surveillance of conversations to which the accused was a party, or of his premises.

(X) Chemistry Section

(X) THAT Chad Ramey and David Dailey will testify as experts in the use, distribution and/or manufacturing of narcotics and/or cannabis (see attached resumes).

THAT all other material and information required by Supreme Court Rule 412 for Discovery will be made available for inspection, testing, copying, photographing or examining at the State's Attorney's Office, 4th floor, Macon County Building, Decatur, Illinois, at a reasonable time that is mutually agreeable to both the State and defense counsel.

THE PEOPLE OF THE STATE OF ILLINOIS,

By: _____
JAY SCOTT, STATE'S ATTORNEY
Macon County, Illinois

## <u>CERTIFICATE OF SERVICE</u>

<u>Jay Scott,</u> State's Attorney of Macon County, Illinois, does hereby certify that on the <u>14th</u> day of <u>October</u> 2015, he served a copy of the foregoing Answer to Pre-Trial Discovery Order page-numbered <u>1</u> through <u>21</u> upon <u>Kimberly Allen-Jones</u>, by handing a copy of the said Answer to Pre-Trial Discovery Order to his attorney.

_____
**JAY SCOTT, STATE'S ATTORNEY**

IN THE CIRCUIT COURT FOR THE SIXTH
JUDICIAL CIRCUIT OF ILLINOIS
MACON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,

-vs-                                    NO. 2015-CF-1217

KIMBERLY E. ALLEN-JONES
DOB ██/██/██

FILED
SEP 30 2015
LOIS A. DURBIN
CIRCUIT CLERK

Statutes violated: Ch. 720 ILCS
Section: 570/402(c)
a Class 4 crime.
(min. 1 year to max. 6 years)

**INFORMATION**
(Count I)

NOW COME the People of the State of Illinois by the State's Attorney of
Macon County and inform this court that on or about September 24, 2015, in the
County of Macon, Illinois, the above-named defendant did commit the offense of
UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCE WITH A PRIOR CALCULATED CRIMINAL DRUG
CONSPIRACY CONVICTION, in that she knowingly and unlawfully had in her possession
less than 15 grams of a substance containing cocaine, a controlled substance,
other than as authorized in the Controlled Substances Act, and said defendant,
having been previously convicted of Calculated Criminal Drug Conspiracy in the
Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois in a case
entitled the People of the State of Illinois vs. Kimberly E. Allen, Criminal
Number 1990-CF-114.

STATE'S ATTORNEY OF MACON COUNTY, ILLINOIS

By, _____
first being duly sworn, who states on oath
the above matters to be true.

Subscribed and sworn to before me on 9/30/15

SEAL

_____
NOTARY PUBLIC

I hereby waive the right to a preliminary hearing in this cause.

_____ Defendant

I hereby waive the right to trial by jury in this cause.

_____ Defendant

Date:_____  Bond fixed at $

_____
JUDGE

P
18 mo
Costs
500
100
13 CF 846  9-24 JU

TRW/sw

THE PEOPLE OF THE STATE OF ILLINOIS )        No. _____

vs.                                  )

Kimberly Allen-Jones                 )        15 CF 1217

FILED

OCT 01 2015

LOIS A. DURBIN
CIRCUIT CLERK

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR PUBLIC DEFENDER

My name is Kimberly Allen-Jones

My address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

My telephone number is ▓▓▓-▓▓▓-▓▓▓▓

I have **3** children, aged 7-21-29

presently in the custody of parents / grown up

My spouse's name is _____

My spouse lives with me ☐ yes ☐ no

**MONTHLY LIVING EXPENSES:**

| | |
|---|---|
| Rent/House Payment | $ 500.00 |
| Utilities | $ 75.00 |
| Groceries/Household Supplies | $ 250.00 |
| Insurance | $ N/A |
| Child Care | $ N/A |
| Gas, Oil & Car Repairs | $ N/A |
| Other | $ N/A |

**HOUSEHOLD INCOME:**

My employer is N/A

Address N/A

Telephone Number N/A

Hourly Wage $ N/A

Monthly Take-Home Pay $ N/A

My spouse's employer is N/A

Address N/A

Telephone Number N/A

Hourly Wage $ N/A

Monthly Take-Home Pay $ N/A

**DEBTS:**

| | Monthly Payment | Balance Owed |
|---|---|---|
| Car Payment | $ N/A | $ N/A |
| Credit Cards | $ N/A | $ N/A |
| Furniture | $ N/A | $ N/A |
| Appliances | $ N/A | $ N/A |
| Medical Bills | $ N/A | $ N/A |
| Other | $ N/A | $ N/A |

**OTHER INCOME:**

| | |
|---|---|
| ADC | $ N/A |
| SSI | $ N/A |
| Social Security | $ 830.00 |
| Child Support | $ N/A |
| Unemployment | $ N/A |
| Other | $ N/A |

**ASSETS:**
(List all property owned by you.)

| | Value |
|---|---|
| Home | $ N/A |
| Car(s) | $ N/A |
| Bank Accounts | $ N/A |
| Household Goods & Jewelry | $ N/A |
| All other property | $ N/A |

The following things affect my ability to pay (disabilities, health problems and the like): _____

_____

I can pay $ **20.00** per month to repay Macon County for the cost of my defense.

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/109), the undersigned certifies that the statements set forth in this instrument are true and correct.

Date: 10-1-15 _____        _____ (signature)

IN THE CIRCUIT COURT FOR THE SIXTH
JUDICIAL CIRCUIT OF ILLINOIS
MACON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,

-vs-                                        NO. 2015-CF-1217

KIMBERLY E. ALLEN-JONES
DOB ▮/▮/▮

FILED

SEP 30 2015

LOIS A. DURBIN
CIRCUIT CLERK

Statutes violated: Ch. 720 ILCS
Section:  570/402(c)
a Class 4 crime.

INFORMATION
(Count II)

     NOW COME the People of the State of Illinois by the State's Attorney of Macon County
and inform this court that on or about September 24, 2015, in the County of Macon, Illinois,
the above-named defendant did commit the offense of UNLAWFUL POSSESSION OF CONTROLLED
SUBSTANCE WITH A PRIOR CALCULATED CRIMINAL DRUG CONSPIRACY CONVICTION, in that the said
defendant knowingly and unlawfully had in her possession less than 15 grams of a substance
containing heroin, a controlled substance, other than as authorized in the Controlled
Substances Act, and said defendant, having been previously convicted of Calculated
Criminal Drug Conspiracy in the Circuit Court of the Sixth Judicial Circuit, Macon
County, Illinois in a case entitled the People of the State of Illinois vs.
Kimberly E. Allen, Criminal Number 1990-CF-114.

_____
STATE'S ATTORNEY OF MACON COUNTY, ILLINOIS

By, _____
first being duly sworn, who states on oath
the above matters to be true.

Subscribed and sworn to before me on 9/30/15

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
STANLEY R WOODS JR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-30-2017

I hereby waive the right to a preliminary hearing in this cause.

_____Defendant

I hereby waive the right to trial by jury in this cause.

_____Defendant

Date:_____   Bond fixed at $

_____
JUDGE

TRW/sw

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

FILED

SEP 29 2015

THE PEOPLE OF THE STATE OF ILLINOIS )   Report # DR15-10584

)

PLAINTIFF, )   Arrest Agency _DPD_

)

-vs- )   Offense(s) UPCS, Resisting,

_Kimberly E. Allen-Jones_ )   UPCS w/int Del, Obst. ID,

Defendant. )   PSN Cann w/int Del, PSN Cann

)   Obst. Justice

15CF1217

## AUTHORIZATION FOR RELEASE

Sheriff of Macon County, Illinois, is authorized to release the above-named Defendant from custody in the Macon County Jail upon the posting of $ _50,000_ surety.

If the above-named Defendant posted the surety set, then he is ordered to appear for arraignment on ___10.30.15___, in the Arraignment Court (Courtroom #1), Macon County Courts Building, Decatur, Illinois, at 1:30 p.m., for further proceedings in this cause.

If the above-named Defendant does not post the surety set, then he is ordered to appear for arraignment on ___10.6.15___, in the Arraignment Court (Courtroom #1), Macon County Courts Building, Decatur, Illinois, at 10:30 a.m., for further proceedings in this cause.

DATE: _9/29/15_         ENTER: _____
                                              JUDGE

People recommend: $ _50,000_

With condition(s):

1.) No contact with _____

2.) Not to go to _____

3.) Other __Δ on prob. in 15CF840 - upcs__

___13___

Δ on parole

IN THE CIRCUIT COURT FO THE 6TH JUDICIAL CIRCUIT
MACON COUNTY DIVISION

FILED

SEP 29 2015

~~LOIS A. DURBIN~~
~~CIRCUIT CLERK~~

STATE OF ILLINOIS
COUNTY OF MACON

OFFENSES-Possession of
Controlled Substance
-Poss. Cont. Sub. W/
 Intent to Deliver
-Possession of
 Cannabis 2.5 to 10
-Poss. Cannabis w/
 Intent to Deliver
-Resisting/Obstructing
 A Peace Officer
-Obstructing Justice
 (Destroying Evidence)
-Possession of Drug
 Paraphernalia
-Obstructing ID

*15CF1217*

THE PEOPLE
        vs.

REPORT #    *15010864*

*Kimberly E. Allen-Jones B/F ~~XXX-XX-XXXX~~*

SWORN STATEMENT OF POLICE OFFICER

        The undersigned officer hereby states that on
the ___28th___ day of ___Sept.___, ___2015___, at
about ___1305___ (A.M./P.M.), a police officer of the Decatur
Police Department (police agency) made a warrantless arrest of
*Kimberly E. Allen-Jones B/F 07-19-69 at Place of*
Arrest ___1800 E. Lake Shore Dr.___ (place of arrest) in Macon County,
Illinois upon the following grounds or cause: (briefly state the
facts or grounds for arrest):

*All events occurred in Decatur, Macon County, IL. On 09-24-15 at*
*approximately 2330 hours Decatur Police Officers observed a black*
*2002 Chevrolet Monte Carlo (IL REG E939768) turn northbound onto Pine*
*from Marietta without using its turn signal. Officers conducted a*
*traffic stop on the vehicle as it turned into the driveway of 855 W.*
*Leafland. Officers made contact with the driver of the vehicle*
*Darelle D. Fox B/M 03-21-86 and front seat passenger Kimberly E.*
*Allen-Jones B/F 07-19-69.*

*Fox advised officers that his driver's license was suspended and he*
*was removed from the vehicle. Upon Fox exiting the vehicle, Officers*
*could smell the strong odor of raw cannabis emanating from within the*
*vehicle. As Fox was being placed into handcuffs, Officers observed*
*Kimberly place her left hand up the bottom of her skirt as if she*
*were concealing contraband. Officers immediately ordered Kimberly to*

IN THE CIRCUIT COURT FO THE 6TH JUDICIAL CIRCUIT

MACON COUNTY DIVISION

*remove her hands from her skirt. Kimberly then removed her left hand from her skirt and noted it contained a clear plastic baggie, which was knotted on one end, and contained a white substance which was consistent with narcotics packaged for street level sale. Kimberly then placed the clear plastic baggie into her mouth as if to consume it.*

*Officers gave Kimberly several loud verbal commands to spit out whatever she placed into her mouth; however she did not comply with the order and began to chew to object.*

*Officers observed Kimberly turn her back towards the open driver's side door of the vehicle and bring her knees up to her chest as if she were going to kick at other another Officer who was attempting to open the closed passenger side door. Officers opened the passenger side door attempted to obtain control of Kimberly's right arm, however she pulled away from Officers, hindering their attempts to remove her from the vehicle. At this point Kimberly's knees were still at her chest, allowing her to easily kick at Officers attempting to take her into custody. Officers then administered a Taser drive stun to the area of the center, upper portion of Kimberly's back in an attempt to prevent her from continuing to destroy evidence or possibly kicking Officers through opened the front passenger door. This drive stun was effective in forcing Kimberly's upper body toward the open driver's side front door and allowed Officers to conduct a straight arm take down to remove Kimberly from the vehicle.*

*Kimberly was removed from the vehicle and placed on the driveway of 855 W. Leafland. Officers placed both Kimberly's right and left arms behind her back. Officers applied pressure to the dokko pressure point behind her right ear in an attempt to get Kimberly to spit out the object. Officers gave Kimberly several loud verbal commands ordering her to spit out the object but she did not comply. Kimberly was secured his hand cuffs and taken into custody.*

*Once Kimberly was taken into custody, Officers observed a large plastic bag on the concrete next to her left leg. Officers seized the bag observing several other small bags inside. Officers later observed that the large bag contained eight individually packaged baggies filled with a green leafy substance. Due to police training and experience officers believed the substance to be cannabis which later confirmed through a field test. The total weight of all eight baggies was 8.8 grams. Officers also observed a single baggie containing a white, rock like substance which Officers believed to be crack/cocaine. The suspected crack/cocaine later tested positive for cocaine and weighed 1.2 grams. Officers observed baggie containing a light brown, rock like substance which Officers believed to be heroin. The suspected heroin tested positive and weighed 0.5 grams. Due to the individually packaged cannabis, crack/cocaine, and heroin,*

IN THE CIRCUIT COURT FO THE 6TH JUDICIAL CIRCUIT
MACON COUNTY DIVISION

*Officers believed the narcotics were packaged in such a way to be redistributed via street level drug sales*

*Officers conducted a search of Kimberly's person and located a clear glass pipe in her left back pocket. The pipe had one burnt end and contained metal scouring pad. The pipe appeared to have been broken in half. The other half was located on the concrete in between Kimberly's legs as she was in the prone position. Due to police training and experience, Officers believed the pipe to be used to smoke narcotics such as crack/cocaine.*

*Due to being psychiatrically admitted to St. Mary's Hospital, Kimberly was not processed into MSO at the time of this incident. Officers escorted Kimberly to SMH where she was involuntarily admitted due to suicidal statements. Kimberly was conscious and alert while speaking with Officers and SMH staff. Officers questioned Kimberly repeatedly as to her name and date of birth. Kimberly refused to cooperate and would not provide any personal information to police. Once Kimberly was positively identified Officers observed that Kimberly had an active IDOC warrant and this is possibly why she refused to provide her name and date of birth.*

~~SIGNED AND~~ SUBSCRIBED:

J. Sawyer #302

Arrested/booked by Lowe G. [signature]

Sworn to this 28th day of September, 20 15 .

[signature] 5485

NOTARY CLERK OF JUDGE

CERTIFICATE:  Presented and examined this 25th day of September, A.D., 20 15, at 8:25 o'clock (A.M./P.M.), and found to constitute:
Probable Cause for arrest: _____
No Probable Cause for arrest: _____

**Macon County Court Services**
**PRETRIAL BOND REPORT**

FILED

SEP 29 2015

LOIS A. DURBIN
CIRCUIT CLERK

Date:    09-29-15

15CF1217

**Name:**        Kimberly E. Jones
**A.K.A.:**      Allen, Kimberly E.; Jones, Kimberly E.; Allen-Jones, Kimberly; Allen-Jones, Kimberly E..
**D.O.B.:**      ▓▓-▓▓-▓▓      **Gender:**   Female      **U.S. Citizen:**      Yes
**Age:**         46            **Race:**     Black       **Social Security:**   ▓▓▓-▓▓-8606
**FBI No:**      897519HA5     **SID No:**   IL27266130,
                                            FL06746690

### CURRENT OFFENSE INFORMATION

**Current Allegations:**     Manufacture /Del 01-15 Gram Cocaine /Analog
                            Manufacture /Del 1-14 Gram Heroin /Analog
                            Manufacture /Del Cannabis < 2.5 Grams
                            Possess Drug Paraphernalia
                            Resist /Obstruct Officer
                            Obstructing Identification
                            Possess Amount Controlled Sub Except (A)/( D )

**Arrest Circumstances:**    New offense
**Date Arrested, Time:**     09-28-15, 01:05PM
**BAC at Arrest:**           Unknown
**Victim Information:**      The victim of these offenses is the State of Illinois.

### CRIMINAL RECORD AND PENDING CHARGES

| Place | Case # | Class | Inchoate | Charge | Disposition | Date |
|---|---|---|---|---|---|---|
| Macon Co. | 89-CF-00611 | 4 Felony | | Possess Amount Controlled Sub Except (A)/( D ) | 2 years probation | 01-03-90 |
| Macon Co. | 90-CF-00114 | X Felony | | Calculated Criminal Drug Conspiracy | Ct. I & II 6 years DOC | 06-14-90 |
| | | X Felony | | Manufacture /Del 15 /+Gram Cocaine /Analog | | |
| Macon Co. | 93-CF-00039 | 2 Felony | | Other Amount Narcotic Schedule III | 10 years DOC | 11-03-93 |
| Cook Co. | 2010CR13601 | 3 Felony | | Aggravated Battery /First Aid Personnel | 2 years special probation, 64 days jail | 01-29-10 |
| Cook Co. | 10CR1103201 | 3 Felony | | Aggravated Battery /Officer /Empl /Government | 3 years DOC | 09-13-10 |
| Macon Co. | 13-CF-00748 | 3 Felony | | Aggravated Battery /Public Place | Ct. I & II 3 yrs. DOC | 07-11-13 |
| | | 3 Felony | | Aggravated Battery /Public Place | | |
| Macon Co. | 13-CF-00840 | 4 Felony | | Possess Amount Controlled Sub Except (A)/( D ) | 24 months Adult Probation | 05-20-15 |

| | | | | | |
|---|---|---|---|---|---|
| Macon Co. | 87-CM-00877 | A Misd | Knowingly Damage Property < $300 | 6 months probation | 08-18-87 |
| Macon Co. | 90-CM-00043 | C Misd | Possess of Liquor by Minor | Fine & Costs $185.00 | 04-03-90 |
| Suwanee Co., FL | 612007CT000256XXAXMX | A Misd | Driving on Suspended License | Supervision | 04-17-04 |
| Cook Co. | 6121917501 | A Misd | Resist /Peace Officer /Correction Emp | One year conditional discharge | 03-29-06 |
| Hilsborough Co., FL | 292012MM005528D001TA | A Misd | Possess Drug Paraphernalia Misdemeanor, False Name to Officer | One day jail, fine | 04-04-12 |

**Information Sources:**   Macon County Circuit Clerk's Office
Law Enforcement Agencies Data System
Department of Corrections Website

<u>**ADDITIONAL INFORMATION**</u>

The records information in this report was compiled through LEADS, AS400, and the DOC web site. Ms. Allen-Jones' DNA is on file with the Illinois State Police. She is also on parole and has a parole hold. She is also on probation in Macon County Case 13CF840 but she has appealed this conviction.

_Daniel Taylor_

Investigation Officer

_Amy Smith_

Amy Smith, Investigations Supervisor

# OFFICE OF MACON COUNTY STATE'S ATTORNEY

## NO CHARGE SHEET



NO CHARGES WILL BE FILED AGAINST:          KIMBERLY E. ALLEN-JONES

DOB ▓/▓/▓

FOR THE FOLLOWING OFFENSES :          PSN Controlled Substance w/ Intent to Deliver, PSN Cannabis 2.5 to 10, PSN Cannabis w/ Intent to Deliver, Resisting/Obstructing a Peace Officer, Obstructing Justice (Destroy Evidence), PSN of Drug Paraphernalia, Obstructing ID

PRESENTLY IN COUNTY JAIL :          ☒ Yes          ☐ No

RETURN DATE:                                   CURRENLTY IN JAIL

DATE OF ARREST:                              SEPTEMBER 28, 2015

DATE OF INCIDENT:                           SEPTEMBER 24, 2015

ARRESTING AGENCY:                         DECATUR POLICE DEPARTMENT

REPORT #:                                         DR15-010864

For The Reason That:
☒          **The following other charges were filed: 2 COUNTS UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCE W/ PRIOR CONVICTION under 15-CF-1217**
☐          Pending further investigation
☐          Insufficient evidence to be prosecuted
☐          Prosecution declined
☐          Awaiting Crime Lab Analysis
☐          Victim refuses to prosecute
☐          Arrest adequate resolution
☐          Other:

This Copy Sent To:
☒          Circuit Clerk
☐          Macon County Jail
☐          Decatur Police Department
☐          Macon County Sheriff's Office
☐          Our File

Date:  October 1, 2015

Assistant State's Attorney Jay Scott

AJS/sw