E-FILED
Friday, 29 September, 2017  02:10:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KIMBERLY E. ALLEN-JONES,            )
                                    )
          Plaintiff,                )
                                    )
          vs.                       ) Case No. 16-cv-2089
                                    )
CITY OF DECATUR, DECATUR            )
POLICE DEPARTMENT, OFFICER          )
CLOSEN, OFFICER DUFFY, and          )
UNNAMED DECATUR POLICE              )
OFFICERS,                           )
                                    )
          Defendants.               )


DISCOVERY DEPOSITION
of
KIMBERLY E. ALLEN-JONES


          Discovery deposition of KIMBERLY E.
ALLEN-JONES taken on November 17, 2016, beginning at
1:39 p.m., at the Macon County Jail, 333 South Franklin
Street, Decatur, Illinois, 62523, at the instance of the
Defendants, pursuant to Notice and agreement of the
parties, before Nancy E. Horath, Illinois Certified
Shorthand Reporter #084.002657 and Notary Public.


    *   *   *   *   *   *   *   *   *   *   *


ANCHOR REPORTING, INC.
P.O. Box 25471
Decatur, IL  62525-5471
(217) 428-0946

MOTION FOR
SUMMARY JUDGMENT

Exhibit 3

APPEARANCES:


        THE PLAINTIFF APPEARS PRO SE;


        OFFICE OF CORPORATION COUNSEL
        City of Decatur
        One Gary K. Anderson Plaza
        Decatur, IL  62523-1196
        (217) 424-2807
        JRobinson@decaturil.gov
        BY:  MR. JOHN T. ROBINSON
             Assistant Corporation Counsel
             Representing the Defendants.

# I N D E X

DEPONENT                                                        PAGE

Kimberly E. Allen-Jones
    Examination by Mr. Robinson --------------------

# E X H I B I T S

MARKED

None.

```
 1                    (Whereupon the following proceedings were

 2                    duly had.)

 3                    (Deponent sworn.)

 4

 5                    KIMBERLY E. ALLEN-JONES

 6  called as a deponent herein at the instance of the

 7  Defendants, having been first duly sworn, was examined

 8  and testified as follows:

 9                           EXAMINATION

10                    BY MR. ROBINSON:

11     Q    Let the record reflect this is the deposition

12  of Plaintiff, Kimberly Allen-Jones, taken pursuant to

13  notice and in accordance with the Federal Rules of Civil

14  Procedure and the local rules of the Central District

15  Court of Illinois.

16             Miss Allen-Jones, would you please state your

17  name for the record and spell your last name?

18     A    My name is Kimberly, common spelling, Allen,

19  A-l-l-e-n, hyphen Jones, J-o-n-e-s.  I'm sorry, middle

20  initial E as in Edward.

21     Q    And do you have a middle name?

22     A    Evett, E-v-e-t-t.

23     Q    Miss Allen-Jones, what is your date of birth?

24     A    Um, July 19, 1969.
```

1      Q     All right.  Now, as you can see, there's a

2   court reporter in the room with us, and she's taking

3   down the words that are spoken.

4      A     Yes, sir.

5      Q     Have you given a deposition before?

6      A     It's been a long time, but I remember giving

7   one, 'cause I've given one, I think, before.

8      Q     Okay.  Well, why don't I just refresh your

9   recollection a little bit about some kind of -- I don't

10  want to say they're rules, but perhaps guidelines that

11  will make it easier for everybody involved.

12     A     Yes, sir.

13     Q     I will ask that you please state "yes" or "no"

14  as you have been doing as whatever the answer is instead

15  of shaking your head or saying "uh-huh" or "huh-uh."

16     A     Yes, sir.

17     Q     Okay.  And I will ask that you please wait

18  until I'm finished with each question before answering

19  it.

20     A     Yes, sir.

21     Q     And I will attempt to afford you the same

22  courtesy.

23     A     Thank you.  Yes, sir.

24     Q     If you don't hear a question or you don't

1  understand a question, will you please tell me?

2      A     Yes, sir.

3      Q     Now, as I indicated, the court reporter is

4  taking down the words that are spoken here, and you will

5  be provided a copy of the transcript of the words that

6  are spoken here.

7           Miss Allen-Jones, are you represented by an

8  attorney?

9      A     No, sir.  I'm pro se, my own attorney, sir.

10     Q     All right.  And have you made any efforts to

11  obtain an attorney to represent you in this case?

12     A     Um, yes, sir.  As a matter of fact, even last

13  week, I got a denial letter.  An attorney came to see

14  me, and he sent me a denial letter, but he referred me

15  to three other attorneys that I haven't had the, um,

16  money to get copies of all the information that I got to

17  send to the attorney and to get stamps and stuff, so I

18  haven't reached out to the three attorneys that -- new

19  names that I got for attorneys, but yes, I'm still in

20  attempt to try to get an attorney --

21     Q     Okay.

22     A     -- to represent me.

23     Q     All right.  Have you talked with the attorney

24  or attorneys who have represented you in prior criminal

1  cases about this case?

2      A   I can't.

3      Q   And have you consulted with an attorney or

4  attorneys who represent you in your currently pending

5  criminal cases about this case?

6      A   Well, I can't, um, contact my previous

7  attorneys because I'm amending my complaint to attempt

8  to make them defendants as well, so that would be a

9  conflict of interest.  They can't represent me if I'm

10  trying to sue them and add them to this complaint.

11      Q   When do you anticipate having that completed

12  to add them?

13      A   Um, I probably -- I'm thinking before the week

14  is out, so like -- well, before the start of next week,

15  so probably by about Sunday I'm planning on in my

16  mind -- no, he can't, I can't, because I won't have the,

17  um, envelopes until commissary, and I don't get

18  commissary until Wednesday, so I plan on the Wednesday

19  before Thanksgiving dropping them in the mail Wednesday.

20          Amend -- well, I think it's leave to amend my

21  complaint because I have to amend it because I have to

22  name the four unnamed officers, um, because I tried to

23  do it before, but he sent it back saying that I have to

24  start from the beginning all the way to the end, and so

1    I'm trying to get the, um --

2              Oh, I know why I haven't done so far, because

3    my original complaint has to be mailed to me.  I'm -- I

4    have to -- I just talked to the court people in Peoria,

5    and they told me how much it will cost, and I have to

6    get my sister to mail them that amount so they can mail

7    me my original complaint so I don't have to start from

8    scratch and I can just, you know, tack on the bottom,

9    name the complaint, you know, and then continue on

10   adding the -- it's, like, seven new defendants that I'm

11   trying to attempt to add.

12        Q    All right.  Um, we are located in the library

13   at the Macon County Jail right now; is that correct?

14        A    Yes, we are, sir.

15        Q    And how -- you are presently in the custody of

16   the Macon County Sheriff; is that correct?

17        A    Yes, sir.

18        Q    How long have you been in custody here?

19        A    Since October 3rd, 2016.

20        Q    And before October 3rd, 2016, where did you

21   live?

22        A    Before -- I was incarcerated in -- oh, oh, oh,

23   oh, oh.  I had just gotten out of prison, and I was --

24   I -- I'd only been out of prison for three days, but

1   those three days, my technical address was supposed to

2   be, um, 330 West Packard.  330 West Packard.

3        Q    And is that the address you gave to your

4   parole agent?

5        A    Yes, sir, but I can't swear to it, but I swear

6   that's as close as I can remember the address, but it's

7   330, 332, something like that, but I can't get the

8   exact.  I can't swear that that's the exact number, but

9   I know it's 300 Block.  I know that much.

10        Q    That's fine.  And you say you only lived there

11   about three days?

12        A    I was in prison, so I just got out of prison

13   before coming back here, because let the record show I'm

14   in jail now for an unrelated case involved in my

15   lawsuit.  This is a different lawsuit case.

16        Q    The question was where you lived.  You were at

17   an address on West Packard Street for about three days?

18        A    Yes, sir.

19        Q    Okay.  And did you live there with anybody?

20        A    Yes, sir.

21        Q    Who?

22        A    My cousin.  Sheila Davis.  Sheila Davis.

23        Q    Anyone else?

24        A    Um, her boyfriend, but I only know his

1  nickname was Oney.  I don't know what his real name is.

2  No, not Oney, not Oney.  Boonie.  His name was Boonie

3  Wheeler, but, you know, Wheeler, he is a Wheeler, 'cause

4  I know he's from the Wheeler family, but I just know him

5  as Boonie.  And I would say B-o-o-n-i-e.

6       Q    Anyone else?

7       A    No, sir.

8       Q    And now, you mentioned that you had been in

9  prison before living at the house in the 300 Block of

10 West Packard with your cousin, did you say?

11      A    Yes, sir.

12      Q    Did you live in Decatur before you went to

13 prison that time?

14      A    Yes, I did.

15      Q    And can you tell me some addresses where

16 you've lived in Decatur?

17      A    I lived at 1760 South Fairview, Apartment 16.

18 I mean 13.  I'm sorry.  Apartment 13.

19      Q    Was that your address before you went to

20 prison this last time?

21      A    Yes, sir.

22      Q    Okay.  And did you have any other addresses

23 before that in Decatur?

24      A    Yes, sir.  Before that, I was at, um, 1353

1    North Edward here in Decatur.  And that's a house.

2         Q    And?

3         A    And before that, I was in Chicago, so I really

4    don't have no more.

5         Q    How long did you live in Chicago?

6         A    On and off for, like, 15 years.

7         Q    How old are you right now?

8         A    I'm 47.

9         Q    Now, are you married?

10        A    Yes, sir, but I've been separated for 16

11   years.

12        Q    Okay.

13        A    Fifteen years.

14        Q    And backing up, the addresses that you just

15   mentioned that you live on Fairview and the other one?

16        A    Yes, sir.

17        Q    Who did you live with at those addresses?

18        A    On the Fairview address, I lived with my

19   boyfriend, Brian, B-r-i-a-n, Killion, K-i-l-l-i-o-n.

20        Q    Okay.

21        A    And at 1353 North Edward, I lived with my

22   aunt -- well, she's my cousin, um, but sometimes if I

23   refer to as my aunt, that's 'cause she's older.  She's

24   my mother's first cousin, so we were always raised to

1    call our older cousins our aunts, but she's really my

2    cousin, Aunt Starry, S-t-a-r-r-y, Jackson.  But she's

3    deceased.

4         Q     What's her last name?

5         A     Jackson.  Starry Jackson.  And like I said,

6    she's deceased, my cousin.

7         Q     Were you married in Macon County?

8         A     No, sir.  Chicago.  Cook County.

9         Q     And is there -- um, are there any legal

10   proceedings on file about that marriage?

11        A     We got married at the courthouse on

12   September 11th, um --

13        Q     Well, let me rephrase my question.

14              You mentioned that you are separated.  Are you

15   filing for legal separation, or has anybody filed for

16   legal separation or divorce?

17        A     I haven't, but I haven't been in touch with

18   him for 15 years, so I can't say.  I might even be

19   divorced in my absence.  I don't know.

20        Q     Okay.

21        A     I've not looked into it.

22        Q     Now, do you have any dependent children?

23        A     I do.

24        Q     Can you state their first names and ages?

1    A    Okay.  I have an eight-year-old daughter.  Her

2  name is Aaryanna, A-a-r-y-a-n-n-a, Jones, and she -- oh,

3  yeah.  Aaryanna Jones.  I was going to say and she's in

4  Tampa, Florida, currently, with my mother and father.

5    Q    Other dependent children?

6    A    Not dependent, no, sir.

7    Q    Okay.  And do you have any other grown adult

8  children?

9    A    I do.

10    Q    And can you state their names and ages?

11    A    Okay.  I have Auston, A-u-s-t-o-n, Washington,

12  and he is 22.  And I have Ashton, A-s-h-t-o-n, Wallace,

13  W-a-l-l-a-c-e, and he is 30.

14    Q    Does Auston or Ashton, either of them, live in

15  Macon County?

16    A    No, they do not.

17    Q    Okay.  Now, what's the highest level of

18  education that you've attained?

19    A    A year in college.

20    Q    Where at?

21    A    Incarcerated in Dwight.  Um, well, no, I'm

22  sorry.  Yeah, incarcerated in Dwight, um, Correctional

23  Center, which is in Dwight, Illinois, um, with Lewis

24  University, and also, in, um, Logan Correctional Center

1   with MacMurray College.

2               No, no, no, no.  I'm sorry.  In Logan was with

3   Lewis University as well.  And in Dixon Correctional

4   Center, MacMurray College in Dixon, Illinois.

5       Q    So was it a year at each or a year total?

6       A    A -- over a year, 'cause it's really over a

7   year.

8       Q    Okay.  But do you have about a year's worth of

9   credits?

10      A    Year's worth of credits.  Exactly.  Exactly.

11      Q    And did you get a high school degree or GED?

12      A    No, I do not.  I have a GED on file here in

13  Macon County.  I took my GED in 1986.

14      Q    Okay.  When were you last employed?

15      A    Um, my last employer, um, was in, I would say,

16  about Two Thousand and -- 2004, I believe.

17      Q    What was your last employer?

18      A    My last employer was the Rainbow PUSH

19  Coalition.  Um, it's a civil rights organization headed

20  by Reverend Jesse L. Jackson, Sr., in Chicago, Illinois.

21      Q    Okay.  And what did you do for Rainbow PUSH?

22      A    I was an Executive Assistant to the Chairman

23  of the Board.

24      Q    How long were you there?

1       A     Um, five years.

2       Q     And can you tell me about what years those

3    were?

4       A     Um, from 1999 until 2004.

5       Q     Okay.

6       A     Yes, sir.  Um, well, technically, I think I

7    was on payroll until then, but I still unofficially work

8    with the organization, but -- 'cause the organization is

9    pretty much ran 75 percent by volunteers --

10      Q     Okay.

11      A     -- and 25 by paid staff, so I still work with

12   the organization, but I'm not on payroll with the

13   organization.

14      Q     All right.  And you've not worked for anyone

15   since 2004, then; is that correct?

16      A     No, sir.

17      Q     Did you have a job before 1999 when you joined

18   Rainbow PUSH?

19      A     I did.

20      Q     Where did you work?

21      A     I worked at Featherfist Homeless Agency in

22   Chicago, Illinois.

23      Q     Do you recall what street that's on?

24      A     Um, I believe the address is 2255 East 75th

1    Street in Chicago, Illinois.

2        Q    And what is the name of it again?

3        A    Featherfist.  "Feather" like a bird's feather,

4    and like I make a fist, but it's all one word,

5    Featherfist.

6        Q    Okay.  And what did you do there?

7        A    I was a teacher's assistant in a computer --

8    adult basic computer class.  I was a teacher's

9    assistant.

10        Q    Very good.  And how long were you there?

11        A    I was there probably about a year -- almost a

12    year.

13        Q    Did you work before that?

14        A    I did.  Yes, I did.

15        Q    Can you tell me where?

16        A    Um, I worked at Millward Brown here in

17    Decatur.  This is -- by then, I'm back in Decatur, so

18    yes, Millward Brown.  It was -- where was Millward

19    Brown?  I think it's kind of like park 101 (phonetic)

20    out there somewhere, I believe.  I believe.

21        Q    What kind of a company is it?

22        A    It was a telemarketing.  I mean -- well, we

23    didn't do telemarketing, we called and did surveys, but

24    we did it over the telephone.  Conducted telephone

1  surveys over the phone.

2      Q    How long did you work for Millward Brown?

3      A    Um, I think about a year.

4      Q    Okay.

5      A    It's been a while, so don't quote me, but I --

6  it's probably about a year.

7      Q    All righty.

8      A    And it's no longer in service no more here in

9  Decatur.  The company no longer exists, but I -- if

10  anyone ever checked, they could see I got, like, tax

11  records and stuff from working there.  It was an actual

12  company here, but they went out of business or moved or

13  relocated or something.

14      Q    All right.  Um, you haven't worked since 2004.

15  How have you supported yourself in those years?

16      A    Um, I've gotten disability.

17      Q    Okay.  When were you approved for disability?

18  What year?

19      A    Um, I believe around 2008.

20      Q    All right.  Now, Ms. Allen-Jones, what is the

21  nature of your disability?

22      A    Um, it's -- I had a diagnosis at the time of

23  paranoid schizophrenia.

24      Q    Okay.  Have you been taking medication for

1   that?

2        A    No, sir.  I don't take medications.

3        Q    Did you ever take medication for it?

4        A    I took medication once upon a time, yes, sir.

5        Q    Okay.  When was the last time you took

6   medication for paranoid schizophrenia?

7        A    I actually just was taking medication for it,

8   um, prior to my coming to jail October 3rd.  When I just

9   was in prison about two months ago, I took -- I was

10  taking, um, medication.

11       Q    While you were in prison?

12       A    In prison, yes, sir.

13       Q    Okay.  Um, now, so you've been able to support

14  yourself on your disability benefits?

15       A    Yes, sir.

16       Q    Okay.  Any other government assistance during

17  that time?

18       A    Um, Link.  A Link food stamp card.

19       Q    Okay.  Now, do you own a home now?

20       A    No, sir.

21       Q    Have you ever owned a home?

22       A    No, sir.

23       Q    Do you own a vehicle?

24       A    No, sir.

1    Q    Have you ever owned a vehicle?

2    A    Yes, sir.

3    Q    When did you last own a vehicle?

4    A    Um, I owned a Dodge Intrepid in Chicago.  I'm

5  going to say around Two Thousand and -- probably 2009.

6  2009.

7    Q    All right.

8    A    A Dodge Intrepid.

9    Q    Now, you had an arrest recently that involved

10  your operating a motor vehicle?

11    A    Yes, sir.

12    Q    Whose vehicle was that?

13    A    That was a friend of mine's car.

14    Q    Okay.  And what's your friend's name?

15    A    His name is Lonnell Lowry.

16    Q    Um, and for the period from about 2009 when

17  you sold your Intrepid, how did you get around?

18    A    Well, I lived in Chicago, so we have excellent

19  transportation system.

20    Q    Sure.

21    A    Around the clock, too, so pretty much public

22  transportation.

23    Q    So you didn't need anything but public

24  transportation living in Chicago?

1       A      Exactly.

2       Q      How long did you live in Chicago?

3       A      Um, I moved there in, like, '98.  I think '98.

4    And I came back to Decatur in around 2012, I believe, so

5    from '98 to about 2012.  But I went back to since, so

6    I've been back and forth since 2012, but it was nonstop

7    from -- you know, it was uninterrupted from '98 to 2012,

8    and then I just, you know, I just will come and go back

9    from up there to back here.

10      Q      Okay.  Do you have family living in Chicago?

11      A      I do.

12      Q      Okay.  Now, um, for the period of time from

13   2012 until recently when you were living in Decatur, how

14   did you get around town?

15      A      I have, um, a brother.  He'll -- if I call

16   him.  Or my friends.  I got, like, I have -- I have one

17   very, very convenient friend who just -- she'll, you

18   know, if I need her, she'll just call me.  You know,

19   she'll come give me a ride or something.

20      Q      Okay.  What's your brother's name?

21      A      George Allen.

22      Q      And does he live here in Decatur?

23      A      He does.

24      Q      Okay.  Um, can you describe your health

1   currently?

2        A    Very good health.

3        Q    Can you describe any health conditions for

4   which you've sought medical treatment in the past five

5   years?

6        A    Um, since I've -- medical treatment.  Um,

7   well, I went to the, um, hospital.  Um, I about sprained

8   my foot in, like, around -- in about -- in July, early

9   July of this year.  I went to St. Mary's just for, like,

10  a sprained foot.  But, um, hospital?  I just -- I try to

11  avoid it, 'cause I don't have health insurance, and

12  hospital bills are too expensive.  Like I said, I just,

13  I don't like hospitals.  I -- I just don't like

14  hospitals, so.

15       Q    Do you have Medicare or Medicaid available to

16  you as a result of your disability?

17       A    Yeah.  Medical -- well, I had a medical card.

18  I gotta go back and sign up for a medical card.

19       Q    Other than the sprained foot and your

20  treatment for that in July of this year, have you sought

21  medical treatment for any other health conditions in the

22  past five years?

23       A    Well, I've been committed for mental --

24  so-called mental problems, but I didn't -- I didn't go

1    there voluntarily.

2        Q    Okay.  Now, you mentioned that you'd been

3    diagnosed with paranoid schizophrenia, and as a result

4    of that diagnosis, you're now on disability.

5            Have you ever been diagnosed with any other

6    mental health --

7        A    No, sir.

8        Q    Do you recall whether you were treated for

9    mental health issues when you were admitted to the

10   hospital in September of 2015, the night of the arrest

11   that's described in your complaint?

12       A    I didn't receive any medication or anything as

13   far as I can remember, no.

14       Q    Okay.  But do you recall being -- other than

15   medication, did you receive any treatments for mental

16   health on that visit?

17       A    Likely talked to a mental health doctor, I

18   believe.  Well, I guess he's a mental health doctor, but

19   he's a doctor at the hospital who, um, told me I was

20   going to have to be transferred to the mental health

21   floor, but I am just assuming he was a mental health

22   doctor, but I can't state for sure.

23       Q    And were you in there a couple of days?

24       A    Exactly.

Page 23

1    Q    And then did you sign yourself out?

2    A    I didn't sign myself out, they just told me

3  one day that I was leaving, and the U. S. Marshals were

4  there to pick me up.

5    Q    Okay.

6    A    And brought me here to jail.

7    Q    To Macon County?

8    A    To Macon County Jail, yes, sir.

9    Q    Okay.  Do you remember the names of the doctor

10  or doctors who treated you in September of 2015 at St.

11  Mary's?

12    A    Well, at the time, um, no, I didn't know their

13  names, and I never asked them their names, but I've

14  gotten papers from you that says there's, like, a

15  Dr. Sgha, S-g-h-a, um, so I can only assume maybe he was

16  one of the attending physicians, but I don't know.  I

17  don't know their names.

18    Q    Okay.  And I believe you said -- you stated

19  that during that stay at St. Mary's in September of

20  2015, you did not take any medications for mental

21  health?

22    A    Right.  No.  I -- no, I didn't take no

23  medications.

24    Q    And are you taking any medications currently

1   while you're here in Macon County Jail?

2        A    No, I'm not.

3        Q    In the past five years, have you used any

4   prescription medications?

5        A    I used prescription medications all the time.

6        Q    Okay.  Can you tell me what prescription

7   medications you use?

8        A    Well, right now, unfortunately, I use

9   ibuprofen, but I'm not supposed to, but I take it for

10  pain, but I'm not supposed to take ibuprofen because

11  I've had to take blood thinners, and I was advised not

12  to take ibuprofen after taking blood thinners, but

13  Tylenol just does nothing for the pain, so.

14       Q    Okay.  Um, anything other than ibuprofen?

15  Again, this would be medications -- this would actually

16  be prescription medications in the past five years.

17       A    Oh, prescription medications.  Oh, no, no.

18  Oh, well, I took -- well, like I said, in jail where I

19  was just at, in prison where I was just at, they had me

20  taking Risperdal, R-i-s-p-e-r-d-a-l.

21       Q    Okay.

22       A    Risperdal.

23       Q    Okay.  And other than Risperdal, anything

24  else?

1      A     No, sir.

2      Q     Are you or have you in the past been known by

3   any other names or nicknames?

4      A     Well, I'm Kimberly -- I was born Kimberly

5   Allen.  Um, I got married, and I kept my last name, so I

6   became Kimberly Allen hyphenated Jones.  However,

7   sometimes I have come to jail or, um, well, pretty much

8   jail, and it's been written "Kimberly Jones."  They

9   dropped the Jones off.  But I don't do it, like, as an

10  attempt as an alias or something, but they -- sometimes

11  the "Allen" gets left off.

12     Q     Okay.  And do you have any nicknames that

13  people use?

14     A     I have a nickname.  I have a street nickname,

15  a free world nickname outside of jail, and I have an

16  inside-of-jail nickname.  The inside -- the

17  outside-of-jail nickname that I've had for years and

18  years and years is "Underground," like you're

19  underground, and inside jail, they call me "Obama."

20     Q     That is an interesting story.

21     A     Yes.  They -- well, I'm -- I think because of

22  my experience working with Reverend Jackson and Reverend

23  Al Sharpton and all those type of people, and I'm

24  constantly around politicians and all those type of

1   people.  That's what I talk.  I talk a lot of politics.

2   I watch the news a lot.  I encourage people to watch the

3   news.

4           I also in prison, I help people get back in

5   court, like, you know, maybe write up some of their

6   appeals.  I mean, not -- I don't really help them, but

7   I, like, kind of, you know, give them a little bit of,

8   you know, like hints or like encouragement on how to

9   maybe get back in court petition or whatever.

10      Q    Sure.  Have you ever been known as "K. K."?

11      A    I have never used that name.

12      Q    Okay.

13      A    And again, I saw that name, um, referred to me

14  in a paper you gave me, but no one's ever called me "K.

15  K."

16      Q    All righty.  Now, can you briefly tell me what

17  family you have in Macon County?  What their names are,

18  how they're related to you?

19      A    Okay.  Um, again, I have my brother George

20  Allen.  Um, he's my middle brother.  I have my baby

21  brother, Murphy Allen.  Um, I have a host of cousins.

22  Marvin Jackson, Phyllis Jackson, Donald Jackson.  I have

23  a cousin Tyrone Hill.  I mean, I could go on and on.

24      Q    What's Tyrone's last name?

1    A    Hill.  H-i-l-l, Hill.

2    Q    Okay.

3    A    I have a host of nieces and nephews.  Don't

4 know some of their -- most of their names, I know 'em.

5 I just -- I mean, I know 'em, I just can't remember

6 them --

7    Q    Okay.

8    A    -- right now because I don't see them that

9 much.

10    Q    The brothers you've described.  Are they the

11 only siblings that you have?  Do you have any sisters?

12    A    I have sisters, but they're in Tampa, Florida

13 with my mom and dad.  I have two sisters.

14    Q    And do you have any aunts or uncles who live

15 in Macon County?

16    A    No aunts and no uncles.  No.  I only have --

17 no, I have -- my aunts and uncles don't live in Macon

18 County, no.

19    Q    All right.  How about grandparents?

20    A    My paternal -- my paternal grandmother lives

21 in St. Louis, Missouri, and my maternal grandmother

22 is -- and grandfather is deceased, and my paternal

23 grandfather is deceased.  I only have one grandmother,

24 and she lives in St. Louis, Missouri.

Page 28

1      Q     Miss Allen-Jones, you've been provided copies

2  of the police report concerning the events that you

3  describe in your complaint, haven't you?

4      A     Yes, sir.

5      Q     And in fact, you had them before you wrote up

6  your complaint, didn't you?

7      A     No, I did not.

8      Q     Okay.  There are some that were attached to

9  your complaint?

10     A     Yes, sir.  Um, what I did, I wrote to my

11 cousin.  Um, actually, my cousin Tyrone Hill.  Um, I --

12 I actually wrote a, um, notarized letter telling him to

13 go get my police reports from the police station, but

14 what he did when he took the notarized letters to the

15 police station, they just -- they didn't give him my

16 police reports, they mailed me the police reports.

17     Q     Okay.

18     A     Right.  And then when I got the police

19 reports, I had -- I just went on and attached the police

20 reports and made 'em on out.

21     Q     So in addition to those ones that you attached

22 to your complaint, I've sent you more reports; is that

23 correct?

24     A     Exactly.  Yes, sir.

1      Q      Okay.  And did you write the complaint?

2      A      I wrote everything yes, sir.

3      Q      Now, did you have an opportunity to read the

4  reports that I've provided you?

5      A      Yes, sir.  Most of 'em.  I can't say I done

6  read 'em all, because it's kind of thick.

7      Q      Okay.  Now, you've been provided a copy of the

8  Petition for Involuntary/Judicial Admission that was

9  prepared on September 24th of last year that basically

10  petitioned that you be admitted to St. Mary's Hospital

11  involuntarily for a psychiatric admission.  I gave you a

12  copy of that, didn't I?

13      A      Yes, sir.  I believe I did see that.

14      Q      And have you been provided a copy of -- and I

15  sent you copies of materials from the criminal court

16  case files?

17      A      Yes, sir.

18      Q      And I've responded to your requests that the

19  defendants, that they produced documents, haven't I?

20      A      Pardon?

21      Q      I've responded to your request that the

22  defendants provide you documents, haven't I?

23      A      Um, yes, sir, but, um, I'm -- I'm -- I didn't

24  send all the police reports.  I still have some from the

1   original police reports.  I'm getting them sent to me as

2   well because I thought that there was some missing pages

3   in your report, but some type of way, they -- they got

4   not included.  They got, like, shuffled around a little.

5   It could have been me took them out and I didn't put

6   them back, so I thought that the reports that you sent

7   me maybe were missing some, and so I'm having my

8   sister -- I'm having the courts send me the original

9   police reports that I sent in, and the ones that did get

10  sent in originally, I'm having them mailed to me as

11  well.

12      Q      Okay.

13      A      So I have, like, two sets of police reports.

14      Q      Other than the reports that you attached to

15  your complaint and all the materials that I sent you,

16  are there any other written materials that you

17  anticipate using to prove your complaint?

18      A      Yes, sir.

19      Q      And have you provided me copies of those yet?

20      A      No, I have not, because I -- I'm in the

21  process of doing my initial disclosure, but the fact

22  that I'm getting ready to amend my complaint to try to

23  get these seven new defendants, I -- I didn't know if I

24  should wait, because I didn't know if I send you the

1    information, will I still be able to.  If these seven

2    people get added on, I may have to send some more.  I

3    mean, do you know?  I mean, would that -- is that, like,

4    allowed?  Or, like, I mean, if I send you -- when I send

5    you that, is that, like, what I have?  I don't know if

6    that's, like, my evidence or something, but I don't want

7    that to be my evidence because I'm trying to get seven

8    more defendants added on.

9         Q    Well, of course, I represent the Defendants --

10        A    Okay.  So you can't.

11        Q    -- in this matter --

12        A    So I know you can't advise me that, so.

13        Q    But I think, if I'm hearing you correctly, you

14   may have additional materials that you may use in

15   prosecuting your claim that you haven't disclosed to me,

16   but if you decide to use them, you will disclose them to

17   me, or --

18        A    Okay.  I've got -- I got a, um -- okay.  I got

19   a dis- -- I got a dis- -- an initial disclosure written

20   up already with all my lists of witnesses and

21   everything.  I believe you asked me, like not saying

22   them papers, that, what I write up, but is there any

23   outside documents of that?  Is that what you're asking

24   me that I will use?

1    Q    Actually, both.

2    A    Oh, both.

3    Q    I was actually asking about the documents that

4  you didn't write up but that you have, maybe medical

5  records or witness statements or documentation that

6  helps you to prove your claim, but that I was coming to

7  asking you about when were you going to provide the

8  initial disclosures?

9    A    Right.  The initial disclosures, I can -- I

10  can't get them in the mail until I get the envelopes to

11  mail them off as well, so I'll have the envelopes this

12  week.  Next week for the initial disclosure, so I -- I

13  believe I will just send in what I have for the initial

14  disclosure.

15        Um, do I have witness?  Well, I have witness

16  statements for the second batch of defendants if the

17  honorable Court grants merits on 'em, because I have

18  affidavits and stuff for those people.

19    Q    Okay.  Do you have any medical records?

20    A    No.  I haven't sent and gotten any medical

21  records.

22    Q    Okay.  And as far as your claim against the

23  Decatur police officers, do you have any written witness

24  statements other than we've talked about in the police

Page 33

1   reports and all that?

2       A    No, I do not.  I do not have any written

3   witness statements.  Um, I have the police reports' own

4   statement, police officers' own statements, but no, I

5   don't have any of those police reports.  I don't.  But I

6   do, now that I think -- well, I can't -- I had wanted to

7   get depositions from each of the officers, but I don't

8   have money to, you know, get the services of someone

9   like Nancy, so I don't know how that could happen if I

10  could -- so maybe I'll petition the Court and see if I

11  could be, um, provided with an honorary -- I mean, an --

12  a on-loan or a volunteer recorder, so.

13      Q    Okay.

14      A    So I may be doing that.

15           And I also, I wrote you up just a customary

16  update of my amended complaint, so I'm kind of giving

17  you a heads up of what I'm amending to.

18      Q    Right.  You sent that in a letter?

19      A    No, it's -- I was gonna put in -- I was

20  actually going to bring it over here to you and save

21  you -- save me a stamp, but I forgot it back there.

22      Q    Okay.

23      A    So I'll just put it in the mail to you.

24      Q    All right.  Well, moving on, what I'd like to

1    do is go very briefly through your prior convictions.

2    I've looked at the records, and as I understand it, you

3    have a conviction for Manufacture or Delivery of a

4    Controlled Substance from March of 1990?

5        A    Yes, sir.

6        Q    For which you were sentenced to six years in

7    the Department of Corrections; is that correct?

8        A    Correct.

9        Q    And that was out of Macon County, correct?

10       A    Yes, sir.

11       Q    And then concurrent with that, also out of

12   Macon County, there was a charge of Calculated Criminal

13   Drug Conspiracy; is that correct?

14       A    Correct.

15       Q    And then in '93, also out of Macon County,

16   another conviction for Manufacture or Delivery of a

17   Controlled Substance, and for that, you got a ten-year

18   prison sentence; is that correct?

19       A    Correct.

20       Q    Okay.  Then in May of 2010, three-year prison

21   sentence in Cook County for Aggravated Battery of a

22   Police Officer; is that correct?

23       A    No, sir.  It's, um, a pro- -- it was called a

24   protected employee.  It wasn't Aggravated Battery of a

1    Police Officer, no, it was not.

2         Q     Okay.  But it was May 2010.  It was three

3    years, and it was --

4         A     Yes, sir.

5         Q     -- Aggravated Battery of somebody?

6         A     Yes, sir.

7         Q     Okay.  And then in June of 2013, another

8    three-year sentence in Macon County for Aggravated

9    Battery?

10        A     Yes, sir.

11        Q     And in September of 2015, you got an 18-month

12   prison sentence, also out of Macon County, for

13   Possession of a Controlled Substance?

14        A     Okay.  Say that again?

15        Q     Yeah.  In September of 2015 --

16        A     Uh-huh.

17        Q     -- you got an 18-month prison sentence for

18   Possession of Controlled Substance, and that was also in

19   Macon County?

20        A     That's this case here?

21        Q     Yes, ma'am.

22        A     Oh, yeah.  Yes, sir.  Yes, sir.

23        Q     Yeah.  And do you have any charges

24   currently --

1      A    Well, actually, that's -- that's not correct.

2    That's -- um, in June, I got that sentence in June of

3    2016.  I didn't get that sentence in September.  So are

4    you telling me --

5      Q    Oh, that's -- yeah, okay.

6      A    I got it, like, June.  Um, I got it -- I was

7    sentenced, like, May 26 or something like that, so on

8    May 26, I got an 18-month sentence, but I had been --

9    that's when I was doing all this wrongful incarceration.

10     Q    Okay.  Um, do you have any criminal charges

11   presently pending against you?

12     A    I do.

13     Q    And can you briefly tell me what they are?

14     A    Um, Possession of a Controlled Substance, um,

15   fleeing -- Aggravated Fleeing from a Police Officer, and

16   Aggravated DUI, and Possession with Intent to Deliver

17   Near a School or Church.

18     Q    And is there also a Domestic Battery case out

19   there?

20     A    No, sir.

21     Q    That one get taken care of?

22     A    I -- I don't have it.  I -- I got charged with

23   Domestic Battery, but that case was dismissed.

24     Q    Okay.  All right.  Have you ever been

1    sentenced to probation for any criminal offense?

2         A    Yes, sir.

3         Q    When?

4         A    In I think, like, '89, I think.  I can't

5    remember it was so long ago.  I got probation for, um,

6    residue.  Residue of -- cocaine residue like in 1989 or

7    something like that, and I got probation for a case in

8    2013, for a Possession of Controlled Substance case in

9    2013, um, but I appealed that probation.

10        Q    And what happened?

11        A    Um, it's still on appeal.  But, um, in the

12   plea deal that I accepted, um, under duress with this

13   case, um, as a result, the appeal probation, when it

14   comes back to the Court, to this District Court, the

15   judge ordered it dismissed, the probation dismissed.  So

16   it's under appeal, but he can't technically appeal it --

17   I mean, dismiss it because it's not in the court.  He

18   explained some type of way it's not in the court, so I'm

19   still up for appeal, but when it come -- he says that

20   the Court is going to kick it back to him to our -- to

21   Macon County court, and when it comes back to Macon

22   County court, he put it on record to dismiss it, that,

23   um, probation.

24        Q    Okay.  Any other sentences of probation?

1        A     No.  Um, not that I -- no.  No.

2        Q     Okay.  And as condition of any of those

3   probations, were you sentenced to undergo substance

4   abuse evaluation?

5        A     The one that I appealed, yes, sir.

6        Q     And did you do that evaluation?

7        A     No, because I immediately appealed the

8   probation.

9        Q     Is it your testimony, then, that you have not

10  been ordered to undergo substance abuse evaluation in

11  any other probation that you received?

12       A     I can't say that because, um, I don't -- oh,

13  no, I know I wasn't ordered in '89 because I didn't even

14  use drugs when I got on a probation all those years ago,

15  and in this probation, I was ordered to, however, no, I

16  didn't do it.  No, I didn't do it, because I appealed

17  it, so I appealed the whole probation.

18       Q     Have you ever had substance abuse treatment or

19  counseling?

20       A     I participated in the Gateway program while

21  incarcerated in prison, like, in the '90s.  I can't say

22  when.  Sometime in the '90s.

23       Q     Okay.  Miss Allen-Jones, are you now or have

24  you ever been a party to any lawsuits that we haven't

1   already talked about?  Have you sued anybody or been

2   sued in a lawsuit that we haven't -- we talked about

3   your priors, we talked about this case.  Any others?

4        A    Okay.  Yes.  I, um, sued, um, for an

5   officer -- I was attacked by an officer in Cook County

6   Jail, and I did sue him, but I didn't follow up on it,

7   and it got cancelled with prejudiced against.  With

8   prejudiced against me.

9        Q    Okay.  When, about, was that?

10       A    I'm gonna say in probably 2012.

11       Q    Were you represented by an attorney in that

12  case?

13       A    No.  I represented myself.

14       Q    Now, what I'd like to do is turn our attention

15  to the facts of what occurred on Thursday,

16  September 24th, 2015, at approximately 11:30 at night.

17       A    Yes, sir.

18       Q    And basically what I'm going to is the matters

19  that you alleged, that you state in your complaint.

20       A    Yes, sir.

21       Q    Where were you coming from that day when you

22  were in the car?

23       A    I was coming from my house.

24       Q    Okay.  And that address, again, was just?

1     A     Green and -- 987 West Green.

2     Q     Okay.  And how long had you lived at 987 West

3  Green?

4     A     Not long.

5     Q     Lived there with anybody?

6     A     Um, I had just recently got out of prison, so

7  yes, I lived there, um, with Mr. Robert Spates, and Jo

8  Ann -- oh, Robert Spates, S-p-a-t-e-s, and Jo Ann

9  Vinson.  J-o, um, space, A-n-n, space, V as in victory,

10  i-n-s-o-n, Vinson.

11     Q     Okay.  And where were you going to that day?

12     A     I wasn't going anywhere, I was just riding.  I

13  was just a passenger.  He asked me to ride with him.

14     Q     And who's "he"?

15     A     His name is Darell Fox, D-a-r-e-l-l, Fox,

16  F-o-x.

17     Q     What time did you start riding with Darell

18  Fox?

19     A     About five minutes before the police pulled us

20  over, so I can't say the time, but I just know it was

21  right before we got pulled over.

22     Q     How long had you known Darell Fox?

23     A     I had just met him that day.

24     Q     How did you meet him?

1     A    He drove -- I met him -- I was standing out

2  on, um, Pine, and -- I wasn't standing there, but I was

3  walking on Pine and Marietta, and he drove up on me.

4     Q    And what do you mean he drove up on you?

5     A    I mean he just, like, pulled up and like asked

6  me my name and whatever and gave me his phone number and

7  told me to give him a call if -- you know, and we could

8  talk later or kick it.

9     Q    And what happened then?

10    A    I gave him my number, and he drove off.

11    Q    Okay.  And what happened next?

12    A    Um, I really can't, 'cause this was earlier in

13  the day, so I can't really say.  Um, I ended up going --

14  hanging out, um, with my, um, brothers on Edward Street,

15  and then later that day, I went on back to the house.

16    Q    Have you spoken with Darell Fox since

17  September 24th, 2015?

18    A    Um, I've seen him, um, on and off here and

19  there, yes.

20    Q    Okay.  When did you last speak with Darell

21  Fox?

22    A    Um, probably, um, I don't know.  Sometime in

23  July, I called him.

24    Q    Did you speak with him about this case?

1     A    I -- well, I told him that I'm suing, yes, so

2  I did inform him that, um, I -- you know, I -- I told

3  him I'm suing you all.  Or suing them.  Yes, I did.

4     Q    Okay.  Do you still get along with him now?

5     A    Um, initially, I, like, kinda held a very

6  grudge with him.  Um, I was very, very angry because I

7  had to sit all those months in jail incarcerated because

8  of him, and so I was angry initially, but I -- I kind of

9  forgave him because I -- he's -- he's kind of got a good

10  little personality and I like him, so.

11     Q    Okay.  Now, you, um, were coming from your

12  house, and I'm, once again, returning to Thursday,

13  September 24th of 2015 at about 11:30 p.m.?

14     A    Uh-huh.

15     Q    You were coming from your house, and you

16  really weren't going anywhere, you were just riding with

17  Darell?

18     A    Well, what happened, I had called him, and I

19  told him to come over.  I said come on, let's talk, come

20  over and, like, sit and kick it, meaning he can, like,

21  come over, pull over, I'll get in the car and sit and

22  kick it, listen to the music, and when I came up to his

23  car, um, I was standing, you know, like, you know,

24  talking to him, and he's, like, "Come on, let's go."  I

1   was, like, "No."  He said, "Come on, let's -- you wanna

2   ride with me?"  Or something to that effect.   Turn some

3   corners or something.  So I said okay, so I got in his

4   car.

5          Q     Okay.  And was anyone else in the car with

6   you?

7          A     No.

8          Q     Did you see any drugs in the car when you got

9   in?

10         A     No, I didn't.

11         Q     Now, have you ever used marijuana with Darell

12  Fox?

13         A     I don't use marijuana, so no.

14         Q     Have you ever used any other drug with Darell

15  Fox?

16         A     No, I have not.

17         Q     What did you do with your brothers when you

18  hung out with them that afternoon?

19         A     We just sit and talk, laugh, joke.  Um, I

20  usually stop over, go check on, you know, just . . .

21         Q     Who was there when you were hanging out with

22  them?

23         A     Um, I can't remember that day because he has a

24  lot of different people, a lot of friends, so I can't

1  say exactly on that day.

2     Q    Do you remember what you had to eat that day?

3     A    What I had to eat on that day?

4     Q    Yes, ma'am.

5     A    Well, um, no, I can't just say specifically

6  what I had to eat, because I eat a lot of different

7  stuff, so nothing stands out.  I mean, and that's, like,

8  a year and some later, so no, I'm not going to lie and

9  say I know I ate this on September 24th.

10    Q    Sure.

11    A    I can't say that.

12    Q    And do you remember if you had anything to

13  drink that day?

14    A    I know I didn't have anything to drink that

15  day.

16    Q    Did you use any drugs that day?  Any

17  prescription drugs or any other drugs?

18    A    I didn't use any drugs that day, no.

19    Q    Not even ibuprofen?

20    A    No, I didn't use ibuprofen that day.

21    Q    And had you ever used the prescription drugs

22  before September 24th, 2015?

23    A    I've used psychiatric drugs before then, yes,

24  sir.

Page 45

1      Q     And any other than the Risperdal?

2      A     No, sir.

3      Q     And had you ever used illegal drugs before

4  September 24th, 2015?

5      A     I've used cocaine before then, yes, I have.

6      Q     How often?

7      A     Um, not often.

8      Q     And when was the last time you used cocaine

9  before September 24th, 2015?

10     A     Oh, it was -- I -- that I can't remember.

11     Q     Month?  Week?  Day?  Year?  Can you give me an

12  estimate?

13     A     Um, I will probably say, um, probably like a

14  day or two.

15     Q     All right.  And who did you use the cocaine

16  with?

17     A     Myself.

18     Q     Anyone else present?

19     A     No, sir.

20     Q     Can you tell me, can you please describe for

21  me the clothing that you were wearing that night?

22     A     Um, I had on a blue jean mini skirt and a

23  colorful little summer top.

24     Q     And can you please describe the shoes you were

Page 46

1    wearing that night?

2         A    Yes, sir.  I had some black little slide ins.

3         Q    Did you have a purse or handbag with you when

4    the officer stopped Darell Fox's car?

5         A    No, sir.

6         Q    Did you have any form of identification with

7    you when the police stopped Darell Fox's car?

8         A    No, sir.

9         Q    Did you smoke cannabis in Darell Fox's car at

10   any time that night?

11        A    I don't smoke cannabis.

12        Q    Did Darell Fox smoke cannabis in the car at

13   any time that night?

14        A    I did not see Darell Fox smoke cannabis, no.

15        Q    Did you attempt to place anything inside or

16   under your skirt after the police officer stopped Darell

17   Fox's car?

18        A    No, I did not.

19        Q    And after the police officer stopped Darell

20   Fox's car, did you place a clear plastic bag in your

21   mouth?

22        A    No, I did not.

23        Q    After the officer stopped Darell Fox's car,

24   did you place anything in your mouth?

1       A    No, I did not.

2       Q    At any time that night, did you place

3  controlled substance in your mouth?

4       A    No, I did not.

5       Q    Do you recall the offerers telling you to spit

6  out whatever you placed in your mouth?

7       A    I do.

8       Q    Do you recall how many times they told you

9  that?

10      A    Well, I know I heard him say, "What are you

11 doing in the car?"  And then he yelled, "She put

12 something in her mouth," and that's when the officer

13 started running around toward me, and I'm just hearing,

14 "Spit it out."  It seemed like I heard "spit it out" 50

15 times, maybe.  It just keeps, "spit it out, spit it

16 out."  I just kept hearing it, 'cause -- there was

17 nothing to spit out, so I didn't know, I didn't

18 understand what was going on.

19      Q    So what was your response to the officers

20 telling you to spit it out?

21      A    Panic and fear and terror.

22      Q    What did you say to the officers?

23      A    I said nothing.

24      Q    Did an officer open the passenger-side door of

1   the car and attempt to grab your right arm?

2        A     Yes, he did.

3        Q     And did you pull away from the officer?

4        A     Yes, I did.

5        Q     And did you turn your body so that your back

6   was to the center console of the car?

7        A     Not while the -- my back was turned before the

8   car door opened.

9        Q     Okay.  But you did turn your body so that your

10  back was to the center console; is that correct?

11       A     Exactly.

12       Q     And did you turn your body so that your feet

13  were toward the passenger-side door?

14       A     I was in a fetal position.  Yes, my feet were

15  toward the passenger-side door, yes.

16       Q     And did you bring your knees up to your chest?

17       A     In a fetal position, yes, I did.

18       Q     Now, did you step out of the car?

19       A     Absolutely not.

20       Q     Did the officers pull you from the car?

21       A     After they tazed me, yes.

22       Q     Did you ever tell the officers your name that

23  night?

24       A     I don't recall.

1    Q    Do you recall them asking you your name?

2    A    At the hospital, um, I believe they were

3  asking me my name.

4    Q    Do you recall them asking you your name before

5  that?

6    A    No, I don't recall.

7    Q    Did you know that there was cocaine, heroin,

8  and cannabis in a plastic bag discovered by the officer

9  near your left leg?

10    A    I didn't learn that until, um, you all picked

11  me up at the, um, hospital.  No, no, no.  I think at the

12  hospital, I think they were -- I think someone at the

13  hospital, one of the police officers, was asking me

14  about drugs, and I told them then like I say now, they

15  weren't my drugs, so I don't know what they were talking

16  about.  I never saw any drugs.

17    Q    Do you know where the drugs came from?

18    A    No, I don't.  Well, um, well, I know for a

19  fact that when the police pulled us over, Darell pulled

20  a plastic bag and threw it out the car.  Now, I can only

21  summarize in my mind that that had to be what they found

22  on the ground, because I didn't put it there, and his

23  motion, throwing something out of the car, meant it had

24  to be something that he didn't want the police to see,

1    so -- and now the police is saying that there was drugs

2    found on the ground by me, so two and two.

3         Q    Can you describe Darell's motion throwing

4    something out of the car?

5         A    Um, I just know that he, like, reached down, I

6    would say, and in his pocket, um, with his right hand,

7    pulled that, and pulled it up, like, middle ways of the

8    steering wheel and just did a (indicating), did a swing

9    over the front of me and out the open passenger side

10   window and let it loose, but I knew it was plastic

11   because his hand was in a -- um, I -- I saw the -- I

12   kind of like, it was dark in the car, but I kind of saw

13   the, um, the plastic, and I heard the plastic, um, and

14   he threw it out the -- he threw the bag with whatever

15   was in it out the car, and so I -- I can only guess that

16   that's the bags of drugs that they found.

17        Q    Where was the car when he did that?

18        A    It was parked in the driveway.

19        Q    After the police had pulled him over?

20        A    Yes.  When the police pulled him over, they

21   were behind us, so he turned, he made a left into a

22   driveway, and when he made that left into the driveway,

23   he threw the drugs out my side of the window, because

24   had he thrown them out his side of the window, the

1    police, they were right there and coming in back of us,

2    so they had a clear view -- the police had a clear view

3    of his side of the car.  Um, I'm thinking it's his

4    rationale, and that's why he threw it out my side of the

5    window, because by turning into the left into the

6    driveway, that created a blind spot to the policeman's

7    vehicle that was coming up behind us.

8         Q    Have you spoken with Darell about this?

9         A    Absolutely.  Yes, I did, and I was not very

10   happy.  I cussed him out.  Um, I was very mad at him,

11   um, because I just told him that he was very, very

12   bogus, and he should have told the police that, you

13   know, um, that those were his drugs, but he said that

14   I -- well, I read his police reports.  He never said

15   that they were my drugs, so I wasn't totally, totally

16   mad at him because he -- I wasn't totally, totally mad

17   at him because he didn't tell the police and so he

18   didn't lie on me.  Well, he did lie on me because he

19   said that he thought that I mentioned drugs to him.  I

20   never mentioned drugs to him, but he did not never say

21   that.  He said that he never gave me drugs, and I never

22   had drugs, and so he did tell the truth, so I was mad at

23   him, but that's why I'm not really mad at him now

24   because, um, he didn't just like really just like

1  totally lie on me, he just -- um, he told a little lie,

2  but he didn't tell, like, a giant lie, but I was really

3  mad at him because had he not made that illegal turn to

4  get us pulled over in the first place, then we wouldn't

5  even be sitting here in this situation, and I wouldn't

6  have had to do nine months plus a year of wrongfully

7  incarcerated parole and prison time.

8       Q    So, he must be a pretty nice guy.

9       A    Well, he's cute.  He's cute.  He's young.

10  He's cute.  But, I mean, he's, you know.

11       Q    But it was his drugs?

12       A    I -- I can only guess.  I know that they

13  wasn't mine.  And like I said, I didn't see, look out

14  the car to see where they landed, but if you put -- use

15  your common sense.  If he's throwing something at the

16  ground and then they later find drugs on the ground,

17  they gotta be his because I'm telling the police that --

18  well, I didn't tell the police then, but I told the

19  detective who picked me up from the hospital, um,

20  Detective Sturdivant, Officer Sturdivant, whoever he is,

21  whatever position he is, I told him those were Darell's

22  drugs.  He threw them drugs out the car.  And in my

23  heart, I believe the police know that they was his

24  drugs.

1    Q    Why didn't you tell the police that night?

2    A    I -- okay.  Let me tell you about that night.

3    Q    Just answer the question, please.

4    A    Okay.

5    Q    Why didn't you tell the police that night?

6    A    I was -- it was too much going on in my head,

7    and I was irate, and I told the police -- no, I

8    didn't -- at that point, um, I really don't have a

9    reason for why I didn't tell the police.

10   Q    Okay.

11   A    They would have --

12   Q    Let me ask another question, then.

13   A    Okay.

14   Q    You pleaded guilty to possessing those drugs?

15   A    Because of misrepresentation and ineffective

16   counsel, that's why I'm adding them on to my lawsuit,

17   yes, sir.

18   Q    And in exchange for your plea of guilty, you

19   had to spend 18 months, or you got sentenced to 18

20   months, you had to spend some time behind bars; is that

21   correct?

22   A    Wrongfully, yes, sir.

23   Q    Why did you plead guilty?

24   A    Because my counselor, um, who is ineffective

1   and negligent, Attorney Rodney Forbes, who was appointed

2   to me because of my indigence, failed to tell me that

3   there was no probable cause in my case, so that's gross

4   negligence, and I'm telling him from the start I did not

5   do it.  Those were not my drugs.

6           And he saw the police reports on their face.

7   There's no probable cause on their face.  He was

8   negligent in not informing me that there was no probable

9   cause.  He was negligent by informing me that if I don't

10  waive my Preliminary Hearing, that the judge gets mad

11  and they go hard on you, they go harder on you and the

12  prosecutors go harder on you.  They don't like if you

13  don't waive your Preliminary Hearing.  That's why I

14  waived my Preliminary Hearing.  But I have told them

15  from jump that I was innocent.

16      Q    And so Mr. Forbes is the Public Defender for

17  Macon County, isn't he?

18      A    Yes, he is.

19      Q    He's the boss of the office, right?

20      A    Yes, he is.  But he starts the process off.

21      Q    And you waived your Preliminary Hearing,

22  right?

23      A    On his advice, yes, sir.

24      Q    Okay.  And then pleaded guilty to Possession

1   of Controlled Substance?

2        A    Yes.  On the misrepresentation of a

3   combination of David Ellison, who I was assigned to, I

4   fired.  He made me sit for months and months, and I even

5   sent him -- I even put in motions to dismiss him based

6   on his failure to put in motions to dismiss my case for

7   lack of evidence.  There was zero evidence in my case,

8   yet he let me sit months and months.

9            And then I hired, I retained Attorney Chris

10  Bradley, who was negligent in not telling me, along with

11  David Ellison, that there never was probable cause in my

12  case, they never put in motions to dismiss, they were

13  negligent because it happens in the State of Illinois,

14  that's why the State of Illinois' getting sued, they

15  getting sued, Judge Geisler getting sued for setting my

16  bond at 50,000, and I hope to god that the honorable

17  judge finds merit in this case against them and add them

18  to this lawsuit, because they led to my wrongful

19  incarceration.

20       Q    Okay.  Are you finished with your speech?

21       A    Yes, sir.

22       Q    Did you know that there was cocaine, heroin,

23  and cannabis in that plastic bag that the officers

24  discovered near your leg?

1     A     I only know now because of the lab result

2   papers that you all included and the criminal charges

3   pending, but --

4     Q     And did you know that the large bag contained

5   eight smaller Baggies of cannabis?

6     A     I only know now because of the paperwork.

7     Q     And I'm asking what you knew then, understand?

8     A     I never knew that.

9     Q     Okay.  Now, and did you know that the large

10  bag also had a smaller bag containing heroin?

11    A     I never saw any drugs.  I never saw any of the

12  drugs that I was -- I went to prison for.  I never saw

13  them.  I was never in possession of them.  I never saw

14  them.  They were never even produced in front of me to

15  look at, they -- I never saw 'em, and I never had 'em.

16    Q     Okay.  Did you know there was a clear glass

17  smoking pipe in your left back pocket that night?

18    A     It's possible.

19    Q     Were you the owner of the clear glass smoking

20  pipe?

21    A     If it was in my pocket, it was mine, yes, sir,

22  but that's a city ordinance violation.  You don't even

23  get arrested for a pipe.  That's a city ordinance

24  violation.

1      Q    I'm going to ask you where you got it.

2      A    At the Arab store.

3      Q    The what store?

4      A    Oh, I'm sorry.  I'm -- any, um, corner store.

5  Any, um, corner store.  I can't -- I can't say

6  specifically which one.

7      Q    One of the local markets?

8      A    Local markets, right.

9      Q    And when did you get it?

10      A    I can't remember.  I don't know.  I can't say

11  that.

12      Q    So did you get it that day?

13      A    No, I -- I -- I can't say if I got it that day

14  or not.

15      Q    Okay.  And why did you get it?

16      A    Um, at the time, um, I don't -- I can't say

17  when I got it, but the purpose of it is for smoking

18  crack, yes, it is.  Didn't have any crack, but I bought

19  the pipe so when I got some, then I would be able to

20  have it already.

21      Q    Do you know how the smoking pipe got in your

22  pocket?

23      A    If it was in my pocket, I had to have put it

24  in my pocket.

1       Q     Do you recall when you had last used the

2   smoking pipe?

3       A     It hadn't been for, like, a day or so, because

4   I hadn't had no money, so I know -- I know it's been,

5   like, a day or so.

6       Q     And when you'd last used it, were you alone or

7   with others?

8       A     I was alone.

9       Q     What did you smoke in it?

10      A     Crack cocaine.

11      Q     Okay.  Miss Allen-Jones, in your complaint,

12  you state that you died that night.  Can you describe

13  that for me?

14      A     Well, um, I just know that it started by --

15  after I got body slammed to the car by the police

16  officer, he immediately grabbed me by my neck and, like,

17  turned me around and started choking me, and then he put

18  both hands, started choking me, um, tighter and tighter

19  and tighter, and in my mind -- I been to prison for

20  fightin', um, not a police officer, but a correctional

21  officer, because I got assaulted by one, so I fought

22  back, so in my mind, I'm knowing that if I hit him, I'm

23  going back to prison, so I just couldn't -- but panic

24  and terror because his grip is getting tighter and

1   tighter and my air is breathing is getting shorter and

2   shorter and, and, and, and shorter, and my vision,

3   everything is going black, everything is just fading to

4   black slowly, slowly.

5           It was dark outside, but it was a lot of

6   lights, I think from the headlights from all the police

7   cars and everything, but even that light started getting

8   darker and darker, so I just kept trying to pull his

9   hands from around my neck, but his grip was just -- he

10  had, like, a pit bull-type grip around my neck, and next

11  thing I know, I just -- I just -- all I just --

12  everything, I couldn't breathe.  I knew I only had,

13  like, one or two breaths left, and my last breath, my

14  last thoughts was, um, that they was going to lie to my

15  family and say I had a gun like they been doing to all

16  the other black people they been killing, the police

17  been killing recently.

18          And everything just went black, and when it

19  went black, um, it immediately, instantly, like

20  clockwork, turned bright as any fluorescent.  It was,

21  like, ten times brighter than a fluorescent light, that

22  it just came.  It was, like, bright, and my eyes, I --

23  it was just bright.  I saw nothing but brightness, like

24  you just standing directly in front of a fluorescent

1  light.

2         But my eyes adjusted, and when my eyes

3  adjusted, I saw -- I saw the gates, man, and in my mind,

4  I'm like, oh, my god, and I'm like -- and I'm looking,

5  and I saw my grandmother, I saw my brother in them

6  gates, and I knew I was in heaven.  And god, that was

7  the best feeling.  I was so overjoyed.  I was happy.  I

8  was free.  I just -- I made it.  And even the gates,

9  they started creeping open, and I was -- and they was

10  outstretched, my grandma, my mother's mother, and my

11  brother, and then the gates slammed.  Like boom, the

12  gates slammed, and instantly, just like, the bright

13  light came.  All of a sudden, I'm looking up, and it's

14  like -- just, like, like white people just hovering over

15  me, and I see the police, like, standing, and I see

16  police, I see these white people, I feel hands all over

17  me, and I tried to move, and I'm, like, what in the

18  world?  And I just start screaming.  I mean, because

19  now, I mean, my grandmother was gone, my brother was

20  gone, and I knew that I -- I knew what had happened.  I

21  knew I have been in heaven, I had been very, very -- I

22  had been away, and then they had to bring me back, and I

23  was -- I was, I was -- I was furious.  I was furious.

24  And I'm not gonna -- I'm not gonna joke, I probably

1 wasn't the most cooperative at that point, but I

2 couldn't move.  It was like I was, I was, like, strapped

3 down or something.  My -- everything was pinned down

4 like.  I think they had me strapped to the gurney.  I

5 believe it was a gurney, because all of the sudden, I

6 went to raisin' up, and I saw the ambulance, and they

7 put me in the ambulance, and -- but I wasn't very happy.

8 I was yelling at 'em.  I know I was yelling.  I was

9 trying to get -- I was just -- I was very disappointed

10 that just a few seconds ago, I was getting ready to be

11 in the arms of my grandmother, the arms of my big

12 brother, and now I'm back with all of these killer cops,

13 and, um, and it wasn't -- it wasn't -- I wasn't -- I

14 wasn't very cooperative.  Um, I wasn't very cooperative.

15     Q    Did you describe the -- that, what you just

16 told me, did you tell that to your doctors at St.

17 Mary's?

18     A    I told the doctors that they killed me, and

19 they told me I was crazy.  Well, it started with the

20 police.  I told them that they killed me.  They're like,

21 she's crazy.  And I heard 'em telling the police, oh,

22 she's just saying something about we're going to kill

23 her, and she needs to be admitted.  And so when the

24 doctor came, he already comin' under the notion from

1   what they done told him, I'm hearing them talk to him,

2   so that's anger in me, because I'm not crazy.

3            Well, let me tell you.  I may have a mental

4   diagnosis, but I'm not crazy.  I don't understand if you

5   understand what I'm talking about by that, but I got a

6   lot of sense.  I may have a mental diagnosis, but I

7   still know what I know.  And --

8       Q    And so you told the doctor?

9       A    I told the doctor that they killed me.

10      Q    And what did he tell you?

11      A    He put me on the mental health floor.

12      Q    Did he say anything?

13      A    No.  He just said that -- he said very little.

14  He just put me on the mental health floor, because I

15  already knew.  What could he say?  They already done

16  turned on me into telling them that I'm crazy, and the

17  only reason they did that is to try to --

18      Q    Who turned the doctor -- the --

19      A    The police did.

20      Q    How did they do that?

21      A    By telling them, laughing, ha, ha, ha, she

22  said kill her, she wants to die, she wants to die.  You

23  goddamn, I'm sorry, you are right, I do want to die, I

24  don't want to be here around you killers.  I was happy

1  where I was at up there.

2     Q    But you did say to the officers while you were

3  being arrested, "kill me, kill me, just kill me," didn't

4  you --

5     A    And they send me back.  I didn't even want to

6  be there.

7     Q    Let me finish.  You did say that, didn't you?

8     A    Yes, I did.

9     Q    So they -- you think that by them telling the

10 doctor what you've said that that was somehow trying to

11 do something to you?

12    A    Well, it made the doctor just think that I was

13 crazy, and when I told the doctor that these people

14 choked me to death, of course he's going to think --

15 side with the police and think oh, they could never do a

16 thing like this, so she must be crazy, when that's

17 exactly what they did.

18    Q    Well, why did you say, "kill me, kill me, just

19 kill me"?

20    A    Well, hindsight is 20/20.  I can't say why I

21 said it, but now that I know that I said it, and me

22 knowing who I am and how I feel in my mind, I don't care

23 about -- now that I know what I know, what I know about

24 heaven, and I was there, it's -- I used to be afraid to

1    die.  I was okay when I was up there, so if I said "kill

2    me, kill me," then that's me -- I would rather them kill

3    me then send them back then have to walk on this Earth

4    where every time you turn the TV on every other day,

5    these killer cops are killing us, killing black people,

6    legal lynching, and I'm sick of this.  I don't want to

7    be here no more, so I do want them to kill me and ascend

8    me back up there.

9         But I'm not suicidal.  They told the doctor I

10   was suicidal.  The problem is if I commit suicide, I'm

11   not going to see the pearly gates, I'll go to hell, so

12   I'm never suicidal.

13        Q    So you wanted to die that night?

14        A    That night and every night since.

15        Q    Now, if you wanted to die that night, don't

16   you think it was important that the doctors know that?

17        A    I -- I don't know.  I don't know.  Well, it

18   was important for the doctors to don't just assume I'm

19   crazy and put me on the mental health.  The doctor

20   should have listened to me and found out yes, she choked

21   her.  They never even checked.  Do you know the pain?  I

22   can't even lay on my neck no more to the right because

23   how he choked me.  The doctor never examined my neck.

24   He never -- the man body slammed me on the car on my

1   face.  I still suffer headaches from being slammed down

2   to the concrete.

3        Q     Where on the car were you body slammed?

4        A     I was body slammed outside of the car.  The

5   officer, after they tazed me in my back, and I went

6   forward, I was thrown face down, slammed down into the

7   concrete for no reason.

8        Q     And I think you already admitted that you

9   struggled with the people in the ambulance that night;

10  is that correct?

11       A     At that point, when I came back from heaven, I

12  can't say what I did because I was enraged for even

13  being brought back to these -- to be amongst you

14  killers.  Excuse me.  Not you, but I'm saying "you"

15  talking about the police at that time.

16       Q     And what did you call them?

17       A     Killers.  Killer cops.

18       Q     Do you know if any of those police officers

19  have killed anyone?

20       A     I know a lot of police officers kill black,

21  unarmed motorists, and they're killing them at a higher

22  rate here lately.  It's killing season on black people,

23  it seem like.  And I proved it because I was right, I

24  was one of 'em.

Page 66

1        Q     How do mean you were one of them?

2        A     Because they killed me, and they choked me to

3    death for no reason.

4        Q     To what do you attribute your coming back to

5    life from being dead?

6        A     I -- I attribute it to the good lord was not

7    ready for me to stay up there, but god made it happen

8    where I could see it, but I am back because of the grace

9    of god, and he wasn't ready for me to stay because had

10   god wanted me to stay, then I wouldn't have been brought

11   back here.

12       Q     Have you, um, had an opportunity either in

13   your criminal case or after I sent it to you to watch

14   the video recording of this occurrence?

15       A     I don't have it.

16       Q     Okay.

17       A     Now, okay.  Now, I got sent a, um, recording,

18   and I asked you all for audio and visuals, but I thought

19   it was the pursuit for this case I'm on now, but no,

20   you -- I have not seen any.

21       Q     Okay.  You don't think you've gotten that

22   recording?  I'll make sure, because you're entitled to

23   it.

24       A     I know I'm entitled to it.  I need it.  I

Page 67

1    would love to have it.

2         Q    Okay.  But you've not watched it?

3         A    Actually, it's going to be in my Motion to

4    Compel.  No, I've not watched that.  It's going to be in

5    my Motion to Compel that I'm putting in for all the

6    other stuff that y'all denied to give me.

7         Q    Now, you mentioned that an officer choked you.

8    Do you know which officer that was?

9         A    At the time, I didn't know his name, because I

10   don't -- I'm not familiar with Decatur police officers,

11   but I later learned that it was Officer Duffy.

12        Q    You learned that from the reports?

13        A    From the police reports, yes.

14        Q    Um, it's true, isn't it, that Officer Duffy

15   could have been trying to get you not to swallow

16   something?

17        A    No, that's not true.

18        Q    Okay.

19        A    Had they thought I swallowed something, we was

20   at a whole hospital.  There was countless officers.  Not

21   a single officer informed the police -- I mean, the

22   hospital staff to pump my stomach.

23        Q    Okay.  We'll come to that.

24        A    Because I've ingested something.  Not a single

1    one.

2        Q    We'll come to that.  This incident where you

3    died, this was after the police officers removed you

4    from the car?

5        A    No, it was after the police officers choked me

6    to death.

7        Q    Was that after they removed you from the car?

8        A    Yes.

9        Q    And before the ambulance got there?

10       A    Before I ended up in the ambulance, yes, sir.

11       Q    How long were you in the St. Mary's Hospital?

12   How long?  How many days?

13       A    I think two or three.

14       Q    And can you tell me about being released from

15   the hospital?

16       A    I was picked up by, um, like three, I think

17   two white men and one black man, with badges, so I

18   assume they were U. S. Marshals.  I asked them,

19   actually, and I think they told me they were U. S.

20   Marshals, came on the hospital floor and, um, handcuffed

21   me and brought me down.

22       Q    Now, I'm interested in what happened before

23   that with your doctor in terms of you being allowed to

24   leave the hospital.  Can you describe that?

1       A       What do you mean?

2       Q       Um, you were in the hospital, and you had to

3    stay for a couple of days, right?

4       A       Yes.

5       Q       And then the doctor said it was okay for you

6    to go with the marshals, right?  Or did he?

7       A       Well, didn't no doctor come to me and tell me.

8    It wasn't a doctor who told me it was time for me --

9    that I was leaving.

10      Q       Okay.  Who did?

11      A       It was, like, one of the nurses.

12      Q       Do you remember her name or his name?

13      A       No.

14      Q       And do you remember what that person told you?

15      A       That, um, people were there to pick me up.

16      Q       Okay.  Did you have to sign any papers?

17      A       Um, pretty sure I did.  I'm pretty sure I did,

18   but I can't just remember right off.

19      Q       Now, are you aware that you tested positive

20   for the presence of cocaine in your body that night?

21      A       According to the police reports, that's what

22   the police reports said.  I see that, yes.

23      Q       And how do you explain that the cocaine came

24   to be in your body?

1      A     It definitely wasn't me from swallowing no

2   bag, that's for sure.

3      Q     Okay.  Then how was it?

4      A     I -- probably, um, for a couple days earlier,

5   from me, um, smoking crack from maybe a day, a couple

6   days earlier from this incident.  It was still in my

7   system.

8      Q     Now, Paragraph 10, Subparagraph 19 of your

9   complaint states that there are civilian witnesses to

10   the incident.  Can you please tell me the names of the

11   civilian witnesses?

12      A     Well, I don't know them.  My brother told me

13   that, um, some little guys came and told them that they

14   were out there during this incident, and they saw it,

15   but, um, I think they said they was, like, standing on

16   the porch or something across from it, but he wasn't

17   able to -- I said my brother -- I thought my brother

18   would be able to track the boys down, but he said -- I

19   think he told me they were all locked up.

20      Q     When did your brother tell you these things?

21      A     Um, in the course of me trying to locate

22   witnesses when I got out, when I got out of prison.  Um,

23   trying to locate witnesses to, um, help build my case.

24      Q     Okay.  Other than the some little guys that

1  your brother's told you about, are there any other

2  witnesses?

3       A    Not -- not that I saw, no, besides the police

4  officers who stood around and did nothing.

5       Q    What do you believe the some little guys would

6  say if they were called to testify?

7       A    Um, they would say that a white police officer

8  snatched me out the car, body slammed -- well, they

9  can't say that he tazed me because they can't see in the

10 car where I got tazed because the windows are dark,

11 so --

12      Q    Let me stop you just for a minute.  It sounds

13 to me as though you're saying that they would say your

14 version of what occurred.  Um, did your brother talk to

15 them about what they saw?

16      A    My version and the police version is exactly

17 what happened.

18      Q    The police version is exactly what happened?

19      A    The police version is exactly what happened.

20      Q    So if it's in the reports, the police reports,

21 it's what happened?

22      A    If it's in my complaint and on the police

23 report -- well, no, no, no.  I take that back.  Because

24 even in my complaint, I do say that the -- that they do

Page 72

1   stray when the officer who choked me to death says he

2   applies pressure, um, around my ear, that is a lie.   He

3   choked me with both hands.   He choked me to death.

4   That -- and even in my complaint, I say that he don't --

5        Q     Let me go back to the some little guys.

6        A     Right.

7        Q     Did your brother speak with them?

8        A     I -- they talked to my brother.   He -- my --

9   like I said, my brother said they told him.

10        Q     Okay.   They spoke to your brother?

11        A     Right.

12        Q     Did your brother tell you what the some little

13   guys told him?

14        A     He didn't tell me the details, no.

15        Q     What did your brother tell him -- tell you?

16        A     He just said that they saw what the police did

17   to me.   We didn't go into details, 'cause I don't need

18   him -- I didn't ask him what did they say they saw

19   because I lived it, so I don't need to find out what the

20   witnesses -- what they say happened, because I know what

21   happened because I was there, so that don't really make

22   sense.

23        Q     So you don't really know what they saw?

24        A     I only know what my brother said that they

1   saw.  They saw the incident.  They saw what happened.

2        Q     And no more details than that?

3        A     I didn't get any.  And he couldn't find 'em.

4   And my brother said that they locked up.

5        Q     Can you tell me why you filed your complaint

6   in the District Court for the Northern District of

7   Illinois?

8        A     Well, because again, I filed a complaint when

9   I was in Cook County Jail from the correctional officer

10  that attacked me up there, and that's where I filed my

11  complaint, to the Northern District of Illinois, so.

12       Q     So you were in Cook County Jail when you

13  filed?

14       A     I was in Cook County Jail when I filed it, so

15  when I filed this complaint, I thought Illinois -- I --

16  I'm -- you know, I just didn't understand that there was

17  a, you know, Northern District of Illinois, Central

18  District.  I guess there's a Southern District, I guess.

19       Q     Sure.  You filed it where you were at?

20       A     I filed it where I was at the first time,

21  right.

22       Q     Now, your complaint and some of your comments

23  here today suggest that you believe you've been the

24  victim of racial profiling.

1          Can you describe what you mean by that?

2     A     Well, um, in my opinion, um, from what I read,

3  what I see on the news and what I lived through, the

4  police, um, have a tendency to, um, go after minorities

5  at a higher rate than nonminorities.

6     Q     Now, let's leave aside what you've read and

7  what you've seen on the television.

8     A     Okay.

9     Q     Can you describe for me incidents in your

10 life --

11    A     Uh-huh.

12    Q     -- of racial profiling?

13    A     Okay.  Um, I was racial profiled when I was

14 sitting in the car not doing anything to anybody, and

15 the driver of the car was wrong because he didn't have

16 license and he got took out, but I was racially profiled

17 because I don't believe if I was a white woman that I

18 would have got snatched out the car, body slammed,

19 tazed, snatched out a car, choked to death had I been

20 white and had that not been in a black neighborhood that

21 they claim was drug -- a drug area.

22    Q     Okay.  Now, you -- I heard that, and I know

23 you deny it, but the officers say they saw you put

24 something in your mouth.

1      A     And I did not put anything -- if -- if the

2   officers saw me put something in my mouth, why did no

3   officer out of the countless officers at St. Mary's have

4   any of them pump my stomach?  Do you know that is a

5   process?  That is something that happens on a regular.

6      Q     We're going to come to that, but I believe

7   it's your own testimony that the officers told you to

8   spit it out at least 50 times?

9      A     They kept -- that's all I heard, but it was

10  nothing to spit out, and so I was just bewildered.  And

11  my opinion, that was just their excuse to choke a black

12  person to death.  That was they excuse.  Well, she had

13  something in her mouth.  She had a gun.  They always

14  have an excuse.

15     Q     Do you have, um, evidence -- what will be your

16  evidence that the police officers in Decatur stop

17  minorities at a higher rate than Caucasians?

18     A     When I compel the judge to release, to have

19  you all release your traffic stop information.  When I

20  get that, hopefully, the judge will compel you all to

21  release that information.

22     Q     Do you --

23     A     And I have -- um, I'm -- I'm in the process of

24  getting affidavits from people, from black people who,

Page 76

1    um, get -- have gotten stopped wrongfully in Decatur, so

2    I got some people working on trying to give me those

3    people.

4        Q    Okay.  When you wrote your complaint, what

5    evidence did you have of this claim?

6        A    My evidence.  My -- they had no reason to pull

7    us over.  And --

8        Q    I think you testified that Darell Fox didn't

9    use his turn signal as he was supposed to?

10       A    I didn't testify to that, but he didn't know,

11   so.

12       Q    Okay.

13       A    But I'm sure all white people don't use they

14   turn signals either, but they already pulled us over

15   saying it's a known drug area, so any black person in

16   the car is a drug dealer to them.

17       Q    Okay.  Other than the facts of that night, do

18   you have any other evidence that the Decatur Police

19   Department stops minorities at a higher rate than

20   Caucasians?

21       A    Well, Decatur Police Department's not even on

22   the lawsuit anymore so, um, that's --

23       Q    That wasn't my question.

24       A    No.

1      Q     Okay.  How about evidence that the Decatur

2   Police Department tazes people without probable cause?

3      A     I'm in the process of gathering that

4   information.

5      Q     When you wrote your complaint, did you have

6   any evidence suggesting that that was the case?

7      A     Just from me reading and the history, yes,

8   yes, me reading, um, in the paper and me talking to

9   people in the City of Decatur knowing that this happened

10  to them, yes.

11     Q     Can you point to a newspaper article?  Can you

12  describe the names of people and what they told you?

13     A     Not right offhand, no.

14     Q     How about your claim that the Decatur police

15  use excessive force on minorities?  What do you base

16  this claim on?

17     A     Just my past, um, knowing, um, various people

18  who have had excessive force used on them where, um,

19  again, I have someone that's out trying to get

20  affidavits from various people and to get them signed on

21  as witnesses.  That's another reason I haven't sent my

22  disclosure in, because I'm still trying to get witnesses

23  to back the claims against the Decatur Police

24  Department.  I mean, the police -- Decatur police

1   officers and the City of Decatur.

2       Q     And you describe in Paragraph 10-4 cf your

3   complaint that for decades, the City of Decatur has

4   systematically allowed the DPD to implement a code of

5   silence by allowing officers to fail to intervene or

6   protect citizens from violation of citizens' civil

7   rights by other officers and by failing to report such

8   violations to their superiors.

9             What can you tell me that you have in terms of

10  evidence to support this claim?

11      A     Again, I'm in the process of having witnesses

12  come forward where it's happened to them.   Mostly

13  minority witnesses --

14      Q     Do you have any names?

15      A     -- to come forward.

16            Not right offhand, I don't.

17      Q     So you believe it's so because you've heard it

18  from others that it's so?

19      A     I know that it's happened to others and it's

20  so.  It's happened to my brother.  I have a witness.  My

21  brother.  The police ran into my mother's house and

22  chased him down and beat him down for no reason, just --

23  yeah, I mean for a reason, because he was black.

24      Q     Which brother?

1      A    My brother George Allen.  And they settled out

2  of court with my mother because they were in the wrong.

3      Q    Who did?

4      A    The -- I guess the City of Decatur.  Decatur

5  police.

6      Q    When?

7      A    Someone.  I can't remember.  But it happened.

8      Q    Was George Allen the one that settled or was

9  it your mother?

10     A    I can't remember all that.  I wasn't involved

11  on the details.

12     Q    Do you recall how much he got for settling out

13  of court?

14     A    I don't.  They didn't discuss it with me.  I

15  got a cousin, Tyrone Hill.  I mean, they beat him.  He

16  settled.

17     Q    When?

18     A    It happens.

19     Q    When?

20     A    I can't remember, but I know it happened.  I

21  mean, it's countless people.  It happens.  I mean,

22  you'll see when most of the discovery --

23     Q    I'm counting two so far, and I'm not finding

24  very many details of the two that I'm counting, but tell

1   me more about Tyrone.  Who beat him?

2        A    The Decatur police.

3        Q    When?

4        A    I don't know.  I don't know all that

5   information right now.  I can't remember.  But it

6   happened.  When he get on the witness stand, he'll tell

7   y'all.

8        Q    Well, if you don't let me know beforehand, he

9   won't be allowed to say it on the witness stand.  That's

10  just a heads up to you.

11       A    Okay.  Okay.

12       Q    Um, now, you've mentioned several times that

13  the officers didn't require that your stomach be pumped

14  at the hospital.  Do you believe that the officers had

15  the authority to tell the doctors how to treat you?

16       A    Absolutely.

17       Q    Okay.  Then you must also believe that the

18  officers had the authority to tell you to get out of the

19  car and identify yourself, don't you?

20       A    They have the authority, but I was never asked

21  to get out the car.  They do have that authority.  I

22  know.  But they never gave me the opportunity.  They

23  just snatched me out the car.

24       Q    So why didn't you identify yourself?

1    A    They never asked me to identify myself.  They

2    never -- he came at me like a raging pit bull.

3    Q    A female officer didn't ask you many times to

4    identify yourself?

5    A    I don't even -- I never -- I never -- it

6    wasn't even no female who came at me, it was a man

7    asking me to.  Are you talking about at the hospital?  I

8    believe she was asking me at the hospital.

9    Q    At the scene -- at the place where you were

10   arrested.

11   A    I don't remember that, no.

12   Q    You don't remember a female officer there?

13   A    No.  I remember -- I remember I seeing females

14   standing around doing nothing watching me get assaulted.

15   I remember that.

16   Q    Can you identify, um, the policy or regulation

17   that you believe requires officers to request that

18   doctors pump your stomach?

19   A    No, but I know my brother, Murphy Allen, just

20   was made to have his stomach pumped probably about two

21   months after that happened, as a matter of fact.  They

22   ordered that his stomach get pumped, so I know it

23   happened.

24   Q    For drugs?

1      A     Yes.

2      Q     Did he swallow drugs?

3      A     I don't know.  I'm not privy to all of that.

4   Look it up.  And he's going to -- like I said, you'll be

5   able to question him as well.

6      Q     Is that George Allen?

7      A     No, that's Murphy.  Murphy is my baby brother.

8   That's the one who had --

9      Q     Murphy Allen?

10     A     Murphy Allen, yes.  He was made to have his

11  stomach pumped, yes, he did.

12     Q     And you don't know if they discovered that

13  he'd swallowed drugs, do you?

14     A     Um, I believe he did.  I believe so, but I

15  can't remember.  I mean, I can remember.  I believe they

16  said something came back.  Something came back.  But

17  yes, he was ordered to swallow.  But that happened -- he

18  ain't the only one.  I just can't name right now sitting

19  here, but that's a practice that's been around ever

20  since, ever since, and I have a former police officer is

21  going to testify to that.

22     Q     Do you think -- do you think that you should

23  be required to have some evidence when you make these

24  claims in a written complaint to the Court?

1    A    Well, well, like I've said, I did submit my

2 evidence.  I submitted their own admissions.  The police

3 are my witnesses.  Thank you.

4    Q    Now, other than your difference with -- of --

5 your belief that officers, that Officer Duffy, I

6 believe, choked you, do you have any other issues with

7 the police reports?

8    A    I have to go -- I'm not going to say I don't

9 have no issues with 'em, but I -- I can't -- I can't say

10 right now.  I got a -- I'm not going to put my 100

11 percent seal of approval on 'em.

12    Q    That's fair.

13    A    As a blanket, no, but I know he was lying

14 about -- he was not being truthful about just applying

15 pressure around my ears.  That was not the truth.  And

16 then someone else in their statement said the same

17 thing.  I believe that was not the truth.  But I do find

18 it awful odd that the other ones never mentioned him

19 choking me in their statements.  That was -- but that

20 just goes to my whole code of silence piece, that the

21 officers don't hold each other accountable.

22    Q    Well, do you think that if he was really

23 trying to choke you to kill you that he would write

24 about it in his report?

Page 84

1      A     I can't say what he would do.

2      Q     But you know he did write about it in his

3   report, didn't he?

4      A     Well, if he had a fear of being punished, then

5   he wouldn't have.  Had they had some -- had he knew that

6   his job would be on the line, he wouldn't of.  Had he

7   knew he would be prosecuted, he wouldn't, but he don't

8   have nothing to lose.  Of course he can write about it.

9   Ain't nobody going to do nothing to him.

10      Q     You've seen the reports where his conduct was

11   reviewed by superiors, haven't you?

12      A     Let me tell you, the police can't police the

13   police.

14      Q     Well, I'm sure that's your opinion.  My

15   question was whether you've seen the reports that

16   describe his superiors' review of his actions?  Did you

17   see them or didn't you?

18      A     I haven't.  I haven't.  I must have looked

19   over that one, because no, I didn't, but again, if it's

20   an interior police review, that's still -- that means

21   nothing, because the police ain't gonna tell on each

22   other because they got they code.  They got the

23   buddy-buddy system.

24      Q     I understand that's your opinion.

1          Can you identify any policy or regulation that

2     requires officers to order you out of the vehicle?

3          A     I know there's an illegal search and seizure,

4     and before they put they hands on me, I believe, and

5     like I said, I'm not a law, because y'all went to school

6     a long time for all this, but I believe they had no

7     probable cause to put they hands on me because I had not

8     committed a crime, so yeah, that was illegal search and

9     seizure, yes.  There is a law before you seize me, you

10    should have a reason to, and that wasn't given, and that

11    brings me back to why Rodney Forbes, David Ellison, and

12    Chris Bradley is going to be added as defendants,

13    because they failed to tell me that this could have all

14    been stopped in the beginning, and I never would have

15    had to spend nine months in prison.

16         Q     Okay.  Now, I'm going to ask you to do me a

17    favor.  That is, you've made your speeches.

18         A     Okay.  I'll answer your question.

19         Q     Second time around on some of them, so let's

20    try to get through this just with the answers?

21         A     Okay.  Exactly.

22         Q     Um, the -- can you identify, please, any harm

23    that you suffered as a result of the officers' failure

24    to advise you of your Miranda rights?

Page 86

1      A     Um, at this time, no.  I have to look -- I

2  have to -- I can't think right now.  I have to think.

3      Q     Can you please describe for me all of the

4  statements you made to the police officers that night?

5      A     I was enraged again, um, psychologically.  I

6  was -- I was -- after coming to and coming back and

7  realizing where I was coming to, I was enraged, so I

8  believe I did use a lot of cuss words.  Um, I -- I

9  believe I may have said "I want to die" or "kill me."  I

10  believe the officer, if they say I said it, because

11  that's how I feel, and I still feel like that even now,

12  and I said that's a --

13      Q     Do you recall making any other statements to

14  the officers that night?

15      A     No, I don't.

16      Q     And can you tell me, um, describe for me

17  briefly all statements that you made to any police

18  officers about the matters described in your complaint?

19      A     Well, I just know that I talked to -- the only

20  police officer I talked to was Detective Sturdivant.

21  Well, Officer Sturdivant.  Detective.  Whoever.  Um, and

22  I explained to him that Darell picked me up and, um, so

23  we could go kick it.  He told me call him, I called him.

24  He picked me up.

1    Q    That was after the hospital that this

2  conversation occurred?

3    A    No, it was in the Macon County here in jail in

4  the interrogation room.

5    Q    Okay.  After you'd been released from the

6  hospital?

7    A    Yes.

8    Q    And you have a copy of Officer Sturdivant's

9  report of that conversation?

10    A    Yes, I do.

11    Q    Um, can you give me evidence, what your

12  evidence may be regarding your claim that the Decatur

13  Police Department systematically fails to Mirandize

14  minorities?

15    A    Oh, I got people who will come forward and,

16  um --

17    Q    Very good.  What are their names?

18    A    Um, I don't have them at the moment, but you

19  will get them in my initial disclosure.  But again, like

20  I said, I'm amending the, um, petition, so, I mean, I'm

21  amending the complaint on next week, so.

22    Q    Okay.  Now, um, in Paragraph 10-10 of your

23  complaint, you state that you are unarmed and

24  noncombative, and then you state in Paragraph 10-11 that

1    you were afraid for your life.  Can you tell me why you

2    were afraid for your life?

3         A    Again, um, the police, as of lately, I see on

4    the news every time I turn on the news --

5         Q    Let's leave aside what you see on the

6    television.

7         A    Well, I can't answer the question.

8         Q    Okay.  The question is anything other than

9    what you've seen on television?

10        A    Has given me a fear for my life of being

11   pulled over by the police.  I am terrified because of

12   them killing minorities lately.  And the look on his

13   face, he had a look like he was gonna -- he was coming

14   to kill me.  He had a look of death.  He was, like, I'm

15   coming to kill, like he was getting ready to beat my

16   brains out.  I was terrified.  The look is what -- and

17   he was red --

18        Q    Miss Allen-Jones, it sounds to me as though

19   the look on his face was he was trying to save your life

20   because he believed that you had swallowed cocaine and

21   that it would kill you.

22        A    That's your interpretation, but you ain't

23   sitting in my shoes, and you're not black in America

24   getting pulled over by white policemen.

1    Q    So you're going to provide evidence that --

2   names of people who will testify to your claim that the

3   Decatur Police Department systematically fails to

4   Mirandize minorities; is that correct?

5    A    I didn't realize I made that claim, but I --

6   well, I gotta, um, get the, um, copy of the complaint,

7   but I didn't, um -- but I'm getting -- I can get -- I

8   will be getting -- I got someone working on rounding up

9   witnesses as well as finishing up my initial disclosure.

10    Q    Okay.  Will you please state the name of each

11   physician that you consulted about regarding the claims

12   that you were harmed as a result of all this?

13    A    The names of the physicians?  Again, I

14   can't -- I -- I haven't -- I don't have -- I don't have

15   health insurance to go to hospitals.  I mean, to go to

16   doctors.

17    Q    Okay.  Do you have any medical records to

18   substantiate the claims in your complaint?

19    A    Not right off, but I have my word, what I --

20   was wrong with me.  I live with the pain every day.  The

21   psychological damage, yes.

22    Q    Now, have you ever been diagnosed with

23   Posttraumatic Stress Disorder?

24    A    No.

1     Q    What made you include that in your complaint?

2     A    Well, I just believe that's what I have.  Um,

3  me knowing about it and knowing what I'm going through

4  mentally now as opposed to before September 24th, 2015,

5  I'm a different -- I'm not the same person.  That day

6  forever changed my life.  Psychologically, emotionally,

7  and physically, I'm forever changed.

8     Q    All right.  Anything else on the PTSD?

9     A    No, sir.

10     Q    Now, um, can you describe for me some of the

11  symptoms of the paranoid schizophrenia from which you

12  suffer?

13     A    Um, it basically just seeing things that's not

14  there.

15     Q    Okay.  And how often does that occur?

16     A    Not often.

17     Q    What do you mean by "not often"?

18     A    Not often.  I mean, it don't occur often.

19     Q    Okay.  Can you give me an estimate of the

20  frequency?

21     A    Um, an estimate?  Um, it's been -- it's been

22  quite a while since.  Um, maybe some months since I've

23  seen something that other people say they don't see.

24     Q    Okay.  Are there any other symptoms that you

1    have to deal with with your --

2        A    Not that I deal with.  I don't know what the

3    other people symptoms are because I'm never really like

4    looked into see what the symptoms are, but . . .

5        Q    Um, what is your understanding of the meaning

6    of "paranoia"?

7        A    Um, paranoia to me is, my understanding, is a

8    feeling, um, that maybe feeling paranoid, like maybe

9    someone's out to get you or something, and that's what

10   paranoid schizophrenic seems to me.

11       Q    Okay.  And when's the last time you suffered

12   an episode?

13       A    Um, well, they threw me in the hospital,

14   but -- and that's what they said I suffered an episode,

15   but I wasn't suffering an episode.  What happened to me

16   happened to me on September 24th, so I can't say.  I

17   don't know.  I can't say when the last time.

18       Q    Has there been an episode since then?

19       A    Of paranoid schizophrenia?  No.

20       Q    When was the last time before then?

21       A    Um, probably in 2012 or something.  I don't

22   know.  But . . .

23       Q    Okay.  Are there other -- I know I've asked

24   you this, and I apologize for asking it again.  I'll ask

Page 92

1    it slightly differently.

2          I know there are many symptoms of paranoid

3    schizophrenia, and I know it has many effects on a

4    person.

5          A    Uh-huh.

6          Q    What I'm trying to get at is what are the

7    effects of this condition on you?

8          A    It will make me see someone that's not there.

9          Q    A person?

10         A    A person, yeah.

11         Q    Does it always make you see a person that's

12   not there?

13         A    Yes.

14         Q    Does it ever make you see something else

15   that's not there?

16         A    Um, no.  A person.

17         Q    Does it affect your ability to cope with

18   normal life events?

19         A    No, it doesn't.

20         Q    Then how did you get awarded disability for

21   it?

22         A    I don't know.  You'd have to ask them.  They

23   awarded it to me, I didn't.

24         Q    What did you tell them in support of your

1  application?

2      A      That was in 2008.  I don't know.  I don't

3  know.

4      Q      Other than the Risperdal, have you used any

5  prescription narcotics?

6      A      No.

7      Q      I'm sorry, strike that.  Have you ever used

8  prescription narcotics?

9      A      Never.

10     Q      Have you ever had surgery?

11     A      Oh, yeah.  I got -- I had elbow surgery.  I

12  had, um, hydrocodone.  I took hydrocodone.

13     Q      For the pain?

14     A      For the pain, yes.  I had Tommy John surgery.

15     Q      Any other surgery?

16     A      A broken arm when I was a little girl, when I

17  was young.  A reconstructed toe.  Um, so yeah, I've had

18  surgeries before.

19     Q      So you've had pain -- the doctors told you to

20  take pain medication for -- following each of those

21  surgeries?

22     A      Exactly.  Exactly.

23     Q      Any other prescription drugs?

24     A      No.

1      Q     And I believe you stated that you have used

2   crack cocaine.  Have you ever used any other illegal

3   drugs?

4      A     Um, I might have smoked weed when I was a

5   teenager once or twice, but other than that, no.

6      Q     And by "weed," do you mean cannabis?

7      A     Cannabis.  Yes, sir.  I'm sorry.

8      Q     How about heroin?  Have you used heroin?

9      A     Never.  No.

10     Q     How about cocaine that's not crack cocaine?

11  Have you used that?

12     A     Powder cocaine?  No.

13     Q     When was it that you went through the Gateway

14  program?

15     A     Um, well, it's kind of weird.  I went through

16  the Gateway program, but I wasn't a user.  Um, I went

17  for drinking, because it wasn't for -- but it's like --

18  it's for drugs, but it's not for -- you know, it's -- it

19  can be drugs or it could be alcohol, so.

20     Q     Sure.

21     A     Yeah.

22     Q     Have you experienced difficulties with alcohol

23  abuse in your life?

24     A     Um, just during that time.  Um, I have in the

1    past, but not, like, recently, no.

2        Q     Do you remember your actions when you used the

3    crack cocaine one day or two days before all of this

4    occurred?  Do you remember what you did?

5        A     Um, probably just sat around the house.  Just

6    sat around and chilled.

7        Q     So my question isn't probably or what you

8    usually do, my question is do you, as you sit here

9    today, recall what you did after you used crack cocaine

10   that time?

11       A     Just sat in the house, yes.

12       Q     You remember it?

13       A     Yes, I remember.  Sat in the house.

14       MR. ROBINSON:  Okay.  All right.  That's all the

15   questions I have.

16       THE DEPONENT:  All right, then.

17       MR. ROBINSON:  Thank you.

18       THE DEPONENT:  Thank you so very much.

19       THE DEPONENT:  I will tell you that, as I indicated

20   when we began, this young lady to your right is taking

21   down the words that are spoken here.

22       THE DEPONENT:  Uh-huh.

23       MR. ROBINSON:  Um, you have a right to read the

24   words that are spoken, and in fact, you'll be provided

1   with a copy of the transcript of the words that are

2   spoken.

3       THE DEPONENT:  All right.

4       MR. ROBINSON:  You also have a right to read it

5   before it becomes final and official.

6       THE DEPONENT:  Uh-huh.

7       MR. ROBINSON:  And if you do so, then you have an

8   obligation to suggest any corrections that you're

9   legally allowed to make within a short period of time

10  after you get it.

11      THE DEPONENT:  So how do I make the corrections?

12  Just notify you of the corrections or something?

13      MR. ROBINSON:  Well, what would happen is you would

14  be provided with what's called an errata sheet, and it's

15  basically a piece of paper with lines on it, and you

16  would put the page and line that you think is incorrect,

17  and you would put what you believe is correct there.

18  Now, I will advise you that your ability to correct, you

19  probably have pretty well taken care of most of it

20  because you provided the court reporter with spellings.

21      THE DEPONENT:  Okay.

22      MR. ROBINSON:  You don't have, under the law, the

23  right to change your testimony to say what you should

24  have said or to clarify what you said or to alter it in

1    any way.  You have the right to make corrections to --

2    basically, to her -- the correctness of her statement of

3    what the words are.

4         THE DEPONENT:  I understand.

5         MR. ROBINSON:  Can't change the words, but you can,

6    you know, if she gets a spelling wrong or something like

7    that.

8         THE DEPONENT:  Uh-huh.

9         MR. ROBINSON:  You can also waive that right.  If

10   you wish to waive that right, you can do so today.  If

11   you wish to read the transcript --

12        THE DEPONENT:  Yeah, I'll read it.

13        MR. ROBINSON:  -- before it becomes final, then

14   we'll have her send it to you with an errata sheet.

15        THE DEPONENT:  Thank you so very much.

16                  (A discussion was had off the record.)

17        MR. ROBINSON:  We're back on the record after a

18   brief discussion off the record of obligation for costs

19   for a copy of the deposition transcript to review it for

20   errata.  I explained to Miss Allen-Jones that the city

21   is obligated to provide her a copy of her transcript in

22   discovery; however, I'm not sure that we are obligated

23   to provide her a copy so that she may review it and

24   prepare an errata sheet, that she may be required to pay

1  the cost for that herself.  I explained to her that if

2  this was a deposition of a Defendant police officer and

3  her lawyer had just finished the deposition, in most

4  instances, I would advise the police officer to waive

5  review of the transcript before it becomes official.

6        With that said, I'll ask again, Miss Jones, do

7  you wish to waive or would you rather read the

8  transcript and prepare an errata sheet?  And if so, if

9  you would rather read and prepare an errata sheet, are

10  you prepared to pay the cost for the copy of the

11  deposition transcript?

12      THE DEPONENT:  If I have to pay the copy, then I

13  just will have to pay the copy, but right, I'm not going

14  to waive it.  I want to review it first.

15      MR. ROBINSON:  Okay.

16              (The deposition was concluded at

17              3:45 p.m.)

18

19

20

21

22

23

24

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF ILLINOIS

3

4

5     CERTIFICATE OF TRANSCRIPT FROM STENOGRAPHIC NOTES

6

7          I, NANCY E. HORATH, ILLINOIS CSR #084.002657

8     and Notary Public, affiliated with Anchor Reporting,

9     Inc., Decatur, Illinois, certify that I reported in

10    machine shorthand the foregoing proceedings and that the

11    foregoing is a true and accurate transcript of my

12    shorthand notes.

13

14                    *Nancy E. Horath*
                    NANCY E. HORATH, CSR
15                  Notary Public

16    Dated this 28th day
      of November, 2016.
17

18

19

20

21

22

23

24

Page 100

1      SIGNATURE AND ERRATA SHEET

2          I, KIMBERLY E. ALLEN-JONES, have read the
foregoing testimony, given by me, taken on November 17,
3  2016, at Decatur, Illinois, in the case of KIMBERLY E.
ALLEN-JONES V. THE CITY OF DECATUR, ET AL., CASE
4  #16-cv-2089, and have made any and all necessary
corrections below:

5

6  Page No./Line No.          Reason for change:

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20           _____
                     Signature of Deponent
21
SUBSCRIBED AND SWORN TO BEFORE ME
22
THIS _____ DAY OF _____, 20___.
23
   _____
24        Notary Public

## A

**A-a-r-y-a-n-n-a (1)** 13:2
**A-l-l-e-n (1)** 4:19
**A-n-n (1)** 40:9
**A-s-h-t-o-n (1)** 13:12
**A-u-s-t-o-n (1)** 13:11
**Aaryanna (2)** 13:2 13:3
**ability (2)** 92:17 96:18
**able (6)** 18:13 31:1 57:19 70:17,18 82:5
**absence (1)** 12:19
**Absolutely (3)** 48:19 51:9 80:16
**abuse (4)** 38:4,10 38:18 94:23
**accepted (1)** 37:12
**accountable (1)** 83:21
**accurate (1)** 99:11
**actions (2)** 84:16 95:2
**actual (1)** 17:11
**add (4)** 7:10,12 8:11 55:17
**added (3)** 31:2,8 85:12
**adding (2)** 8:10 53:16
**addition (1)** 28:21
**additional (1)** 31:14
**address (8)** 9:1,3,6 9:17 10:19 11:18 15:24 39:24
**addresses (4)** 10:15 10:22 11:14,17
**adjusted (2)** 60:2,3
**admission (2)** 29:8 29:11
**admissions (1)** 83:2
**admitted (4)** 22:9 29:10 61:23 65:8
**adult (2)** 13:7 16:8

**advice (1)** 54:23
**advise (4)** 31:12 85:24 96:18 98:4
**advised (1)** 24:11
**affect (1)** 92:17
**affidavits (3)** 32:18 75:24 77:20
**affiliated (1)** 99:8
**afford (1)** 5:21
**afraid (3)** 63:24 88:1,2
**afternoon (1)** 43:18
**Agency (1)** 15:21
**agent (1)** 9:4
**ages (2)** 12:24 13:10
**Aggravated (6)** 34:21,24 35:5,8 36:15,16
**ago (4)** 18:9 37:5 38:14 61:10
**agreement (1)** 1:16
**ain't (4)** 82:18 84:9 84:21 88:22
**air (1)** 59:1
**Al (2)** 25:23 100:3
**alcohol (2)** 94:19 94:22
**alias (1)** 25:10
**alleged (1)** 39:19
**Allen (13)** 4:18 20:21 25:5,6,11 26:20,21 79:1,8 81:19 82:6,9,10
**Allen-Jones (17)** 1:3,12,14 4:3,5,12 4:16,23 6:7 17:20 28:1 38:23 58:11 88:18 97:20 100:2 100:3
**allowed (5)** 31:4 68:23 78:4 80:9 96:9
**allowing (1)** 78:5
**alter (1)** 96:24
**ambulance (5)** 61:6 61:7 65:9 68:9,10
**amend (4)** 7:20,20 7:21 30:22

**amended (1)** 33:16
**amending (4)** 7:7 33:17 87:20,21
**America (1)** 88:23
**amount (1)** 8:6
**Anchor (2)** 1:22 99:8
**Anderson (1)** 2:6
**anger (1)** 62:2
**angry (2)** 42:6,8
**Ann (2)** 40:8,8
**answer (5)** 5:14 53:3 85:18 88:7
**answering (1)** 5:18
**answers (1)** 85:20
**anticipate (2)** 7:11 30:17
**anybody (5)** 9:19 12:15 39:1 40:5 74:14
**anymore (1)** 76:22
**Apartment (2)** 10:17,18
**apologize (1)** 91:24
**appeal (5)** 37:11,13 37:16,16,19
**appealed (5)** 37:9 38:5,7,16,17
**appeals (1)** 26:6
**APPEARANCE...** 2:1
**APPEARS (1)** 2:3
**application (1)** 93:1
**applies (1)** 72:2
**applying (1)** 83:14
**appointed (1)** 54:1
**approval (1)** 83:11
**approved (1)** 17:17
**approximately (1)** 39:16
**Arab (1)** 57:2
**area (2)** 74:21 76:15
**arm (2)** 48:1 93:16
**arms (2)** 61:11,11
**arrest (2)** 19:9 22:10
**arrested (3)** 56:23

63:3 81:10
**article (1)** 77:11
**ascend (1)** 64:7
**Ashton (2)** 13:12 13:14
**aside (2)** 74:6 88:5
**asked (9)** 23:13 31:21 40:13 41:5 66:18 68:18 80:20 81:1 91:23
**asking (11)** 31:23 32:3,7 49:1,3,4,13 56:7 81:7,8 91:24
**assaulted (2)** 58:21 81:14
**assigned (1)** 55:3
**assistance (1)** 18:16
**assistant (4)** 2:8 14:22 16:7,9
**assume (3)** 23:15 64:18 68:18
**assuming (1)** 22:21
**ate (1)** 44:9
**attached (4)** 28:8 28:19,21 30:14
**attacked (2)** 39:5 73:10
**attained (1)** 13:18
**attempt (7)** 5:21 6:20 7:7 8:11 25:10 46:15 48:1
**attending (1)** 23:16
**attention (1)** 39:14
**attorney (11)** 6:8,9 6:11,13,17,20,23 7:3 39:11 54:1 55:9
**attorneys (6)** 6:15 6:18,19,24 7:4,7
**attribute (2)** 66:4,6
**audio (1)** 66:18
**aunt (3)** 11:22,23 12:2
**aunts (4)** 12:1 27:14,16,17
**Auston (3)** 13:11 13:14
**authority (4)** 80:15 80:18,20,21

**available (1)** 21:15
**avoid (1)** 21:11
**awarded (2)** 92:20 92:23
**aware (1)** 69:19
**awful (1)** 83:18

## B

**B (1)** 4:6
**B-o-o-n-i-e (1)** 10:5
**B-r-i-a-n (1)** 11:19
**baby (2)** 26:20 82:7
**back (43)** 7:23 9:13 16:17 20:4,5,6,8,9 21:18 26:4,9 30:6 33:21 37:14,20,21 41:15 48:5,7,10 51:1 56:17 58:22 58:23 60:22 61:12 63:5 64:3,8 65:5 65:11,13 66:4,8 66:11 71:23 72:5 77:23 82:16,16 85:11 86:6 97:17
**backing (1)** 11:14
**badges (1)** 68:17
**bag (9)** 46:20 49:8 49:20 50:14 55:23 56:4,10,10 70:2
**Baggies (1)** 56:5
**bags (1)** 50:16
**bars (1)** 53:20
**base (1)** 77:15
**based (1)** 55:5
**basic (1)** 16:8
**basically (5)** 29:9 39:18 90:13 96:15 97:2
**batch (1)** 32:16
**Battery (6)** 34:21 34:24 35:5,9 36:18,23
**beat (4)** 78:22 79:15 80:1 88:15
**began (1)** 95:20
**beginning (3)** 1:14 7:24 85:14
**belief (1)** 83:5
**believe (36)** 14:16

15:24 16:20,20 17:19 20:4 22:18 23:18 29:13 31:21 32:13 49:2 52:23 61:5 71:5 73:23 74:17 75:6 78:17 80:14,17 81:8,17 82:14,14,15 83:6 83:17 85:4,6 86:8 86:9,10 90:2 94:1 96:17
believed (1) 88:20
benefits (1) 18:14
best (1) 60:7
bewildered (1) 75:10
big (1) 61:11
bills (1) 21:12
bird's (1) 16:3
birth (1) 4:23
bit (2) 5:9 26:7
black (16) 46:2 59:3,4,16,18,19 64:5 65:20,22 68:17 74:20 75:11 75:24 76:15 78:23 88:23
blanket (1) 83:13
blind (1) 51:6
Block (2) 9:9 10:9
blood (2) 24:11,12
blue (1) 45:22
Board (1) 14:23
body (11) 48:5,9,12 58:15 64:24 65:3 65:4 69:20,24 71:8 74:18
bogus (1) 51:12
bond (1) 55:16
boom (1) 60:11
Boonie (3) 10:2,2,5
born (1) 25:4
boss (1) 54:19
bottom (1) 8:8
bought (1) 57:18
Box (1) 1:22
boyfriend (2) 9:24 11:19
boys (1) 70:18

Bradley (2) 55:10 85:12
brains (1) 88:16
breath (1) 59:13
breathe (1) 59:12
breathing (1) 59:1
breaths (1) 59:13
Brian (1) 11:19
brief (1) 97:18
briefly (4) 26:16 34:1 36:13 86:17
bright (4) 59:20,22 59:23 60:12
brighter (1) 59:21
brightness (1) 59:23
bring (3) 33:20 48:16 60:22
brings (1) 85:11
broken (1) 93:16
brother (27) 20:15 26:19,20,21 60:5 60:11,19 61:12 70:12,17,17,20 71:14 72:7,8,9,10 72:12,15,24 73:4 78:20,21,24 79:1 81:19 82:7
brother's (2) 20:20 71:1
brothers (3) 27:10 41:14 43:17
brought (4) 23:6 65:13 66:10 68:21
Brown (4) 16:16,18 16:19 17:2
buddy-buddy (1) 84:23
build (1) 70:23
bull (1) 81:2
bull-type (1) 59:10
business (1) 17:12

────────────
C
Calculated (1) 34:12
call (7) 12:1 20:15 20:18 25:19 41:7 65:16 86:23

called (9) 4:6 16:23 26:14 34:23 41:23 42:18 71:6 86:23 96:14
cancelled (1) 39:7
cannabis (9) 46:9 46:11,12,14 49:8 55:23 56:5 94:6,7
car (45) 19:13 39:22 42:21,23 43:4,5,8 46:4,7,9 46:12,17,20,23 47:11 48:1,6,8,18 48:20 49:20,23 50:4,12,15,17 51:3 52:14,22 58:15 64:24 65:3 65:4 68:4,7 71:8 71:10 74:14,15,18 74:19 76:16 80:19 80:21,23
card (3) 18:18 21:17,18
care (3) 36:21 63:22 96:19
cars (1) 59:7
case (27) 1:5 6:11 7:1,5 9:14,15 29:16 35:20 36:18 36:23 37:7,8,13 39:3,12 41:24 54:3 55:6,7,12,17 66:13,19 70:23 77:6 100:3,3
cases (2) 7:1,5
Caucasians (2) 75:17 76:20
cause (15) 5:7 10:3 11:23 14:6 15:8 21:11 41:12 47:16 54:3,7,9 55:11 72:17 77:2 85:7
center (5) 13:23,24 14:4 48:6,10
Central (1) 1:1 4:14 73:17 99:2
CERTIFICATE ... 99:5
Certified (1) 1:16

certify (1) 99:9
Chairman (1) 14:22
change (3) 96:23 97:5 100:6
changed (2) 90:6,7
charge (1) 34:12
charged (1) 36:22
charges (3) 35:23 36:10 56:2
chased (1) 78:22
check (1) 43:20
checked (2) 17:10 64:21
chest (1) 48:16
Chicago (11) 11:3 11:5 12:8 14:20 15:22 16:1 19:4 19:18,24 20:2,10
children (3) 12:22 13:5,8
chilled (1) 95:6
choke (2) 75:11 83:23
choked (11) 63:14 64:20,23 66:2 67:7 68:5 72:1,3,3 74:19 83:6
choking (3) 58:17 58:18 83:19
Chris (2) 55:9 85:12
Church (1) 36:17
citizens (1) 78:6
citizens' (1) 78:6
city (10) 1:6 2:5 56:22,23 77:9 78:1,3 79:4 97:20 100:3
civil (3) 4:13 14:19 78:6
civilian (2) 70:9,11
claim (11) 31:15 32:6,22 74:21 76:5 77:14,16 78:10 87:12 89:2 89:5
claims (4) 77:23 82:24 89:11,18

clarify (1) 96:24
class (1) 16:8
clear (5) 46:20 51:2 51:2 56:16,19
clock (1) 19:21
clockwork (1) 59:20
close (1) 9:6
CLOSEN (1) 1:7
clothing (1) 45:21
Coalition (1) 14:19
cocaine (16) 37:6 45:5,8,15 49:7 55:22 58:10 69:20 69:23 88:20 94:2 94:10,10,12 95:3 95:9
code (3) 78:4 83:20 84:22
college (3) 13:19 14:1,4
colorful (1) 45:23
combination (1) 55:3
come (17) 20:8,19 25:7 37:19 42:19 42:19,19,21,24 43:1 67:23 68:2 69:7 75:6 78:12 78:15 87:15
comes (2) 37:14,21
comin' (1) 61:24
coming (15) 9:13 18:8 32:6 39:21 39:23 42:11,15 51:1,7 66:4 86:6,6 86:7 88:13,15
comments (1) 73:22
commissary (2) 7:17,18
commit (1) 64:10
committed (2) 21:23 85:8
common (2) 4:18 52:15
company (3) 16:21 17:9,12
compel (4) 67:4,5

75:18,20
complaint (37) 7:7
7:10,21 8:3,7,9
22:11 28:3,6,9,22
29:1 30:15,17,22
33:16 39:19 58:11
70:9 71:22,24
72:4 73:5,8,11,15
73:22 76:4 77:5
78:3 82:24 86:18
87:21,23 89:6,18
90:1
completed (1) 7:11
computer (2) 16:7
16:8
concerning (1) 28:2
concluded (1)
98:16
concrete (2) 65:2,7
concurrent (1)
34:11
condition (2) 38:2
92:7
conditions (2) 21:3
21:21
conduct (1) 84:10
Conducted (1)
16:24
conflict (1) 7:9
console (2) 48:6,10
Conspiracy (1)
34:13
constantly (1)
25:24
consulted (2) 7:3
89:11
contact (1) 7:6
contained (1) 56:4
containing (1)
56:10
continue (1) 8:9
controlled (8) 34:4
34:17 35:13,18
36:14 37:8 47:3
55:1
convenient (1)
20:17
conversation (2)
87:2,9

conviction (2) 34:3
34:16
convictions (1)
34:1
Cook (6) 12:8
34:21 39:5 73:9
73:12,14
cooperative (3)
61:1,14,14
cope (1) 92:17
copies (4) 6:16 28:1
29:15 30:19
cops (3) 61:12 64:5
65:17
copy (13) 6:5 29:7
29:12,14 87:8
89:6 96:1 97:19
97:21,23 98:10,12
98:13
corner (2) 57:4,5
corners (1) 43:3
Corporation (2)
2:5,8
correct (19) 8:13
8:16 15:15 28:23
34:7,8,9,13,14,18
34:19,22 36:1
48:10 53:21 65:10
89:4 96:17,18
correctional (5)
13:22,24 14:3
58:20 73:9
corrections (6)
34:7 96:8,11,12
97:1 100:4
correctly (1) 31:13
correctness (1)
97:2
cost (3) 8:5 98:1,10
costs (1) 97:18
counsel (3) 2:5,8
53:16
counseling (1)
38:19
counselor (1) 53:24
counting (2) 79:23
79:24
countless (3) 67:20
75:3 79:21

County (28) 1:15
8:13,16 12:7,8
13:15 14:13 23:7
23:8 24:1 26:17
27:15,18 34:9,12
34:15,21 35:8,12
35:19 37:21,22
39:5 54:17 73:9
73:12,14 87:3
couple (4) 22:23
69:3 70:4,5
course (4) 31:9
63:14 70:21 84:8
court (23) 1:1 4:15
5:2 6:3 8:4 26:5,9
29:15 32:17 33:10
37:14,14,17,18,20
37:21,22 73:6
79:2,13 82:24
96:20 99:1
courtesy (1) 5:22
courthouse (1)
12:11
courts (1) 30:8
cousin (10) 9:22
10:10 11:22,24
12:2,6 26:23
28:11,11 79:15
cousins (2) 12:1
26:21
crack (8) 57:18,18
58:10 70:5 94:2
94:10 95:3,9
crazy (8) 61:19,21
62:2,4,16 63:13
63:16 64:19
created (1) 51:6
credits (2) 14:9,10
creeping (1) 60:9
crime (1) 85:8
criminal (8) 6:24
7:5 29:15 34:12
36:10 37:1 56:2
66:13
CSR (2) 99:7,14
currently (5) 7:4
13:4 21:1 23:24
35:24
cuss (1) 86:8

cussed (1) 51:10
custody (2) 8:15,18
customary (1)
33:15
cute (3) 52:9,9,10

D

D (1) 4:1
D-a-r-e-l-l (1)
40:15
dad (1) 27:13
damage (1) 89:21
Darell (20) 40:15
40:17,22 41:16,20
42:17 43:11,14
46:4,7,9,12,14,16
46:19,23 49:19
51:8 76:8 86:22
Darell's (2) 50:3
52:1
dark (3) 50:12 59:5
71:10
darker (2) 59:8,8
date (1) 4:23
Dated (1) 99:16
daughter (1) 13:1
David (3) 55:3,11
85:11
Davis (2) 9:22,22
day (28) 23:3 39:21
40:11,23 41:13,15
43:23 44:1,2,3,13
44:15,16,18,20
45:11,14 57:12,13
58:3,5 64:4 70:5
89:20 90:5 95:3
99:16 100:22
days (10) 8:24 9:1
9:11,17 22:23
68:12 69:3 70:4,6
95:3
dead (1) 66:5
deal (3) 37:12 91:1
91:2
dealer (1) 76:16
death (8) 63:14
66:3 68:6 72:1,3
74:19 75:12 88:14
decades (1) 78:3

Decatur (38) 1:6,6
1:8,15,23 2:5,6
10:12,16,23 11:1
16:17,17 17:9
20:4,13,22 32:23
67:10 75:16 76:1
76:18,21 77:1,9
77:14,23,24 78:1
78:3 79:4,4 80:2
87:12 89:3 99:9
100:3,3
deceased (4) 12:3,6
27:22,23
decide (1) 31:16
Defendant (1) 98:2
defendants (13) 1:9
1:16 2:9 4:7 7:8
8:10 29:19,22
30:23 31:8,9
32:16 85:12
Defender (1) 54:16
definitely (1) 70:1
degree (1) 14:11
Deliver (1) 36:16
Delivery (2) 34:3
34:16
denial (2) 6:13,14
denied (1) 67:6
deny (1) 74:23
Department (7) 1:7
34:7 76:19 77:2
77:24 87:13 89:3
Department's (1)
76:21
dependent (3)
12:22 13:5,6
deponent (17) 4:2,3
4:6 95:16,18,19
95:22 96:3,6,11
96:21 97:4,8,12
97:15 98:12
100:20
deposition (9) 1:11
1:14 4:11 5:5
97:19 98:2,3,11
98:16
depositions (1)
33:7
describe (17) 20:24

21:3 28:3 45:20
45:24 50:3 58:12
61:15 68:24 74:1
74:9 77:12 78:2
84:16 86:3,16
90:10
described (3) 22:11
27:10 86:18
details (5) 72:14,17
73:2 79:11,24
detective (4) 52:19
52:20 86:20,21
diagnosed (3) 22:3
22:5 89:22
diagnosis (4) 17:22
22:4 62:4,6
die (7) 62:22,22,23
64:1,13,15 86:9
died (2) 58:12 68:3
difference (1) 83:4
different (4) 9:15
43:24 44:6 90:5
differently (1) 92:1
difficulties (1)
94:22
directly (1) 59:24
dis- (2) 31:19,19
disability (7) 17:16
17:17,21 18:14
21:16 22:4 92:20
disappointed (1)
61:9
disclose (1) 31:16
disclosed (1) 31:15
disclosure (7)
30:21 31:19 32:12
32:14 77:22 87:19
89:9
disclosures (2) 32:8
32:9
discovered (3) 49:8
55:24 82:12
discovery (4) 1:11
1:14 79:22 97:22
discuss (1) 79:14
discussion (2)
97:16,18
dismiss (5) 37:17
37:22 55:5,6,12

dismissed (3) 36:23
37:15,15
Disorder (1) 89:23
District (12) 1:1,1
4:14 37:14 73:6,6
73:11,17,18,18
99:1,2
divorce (1) 12:16
divorced (1) 12:19
Dixon (2) 14:3,4
doctor (19) 22:17
22:18,19,22 23:9
61:24 62:8,9,18
63:10,12,13 64:9
64:19,23 68:23
69:5,7,8
doctors (9) 23:10
61:16,18 64:16,18
80:15 81:18 89:16
93:19
documentation (1)
32:5
documents (4)
29:19,22 31:23
32:3
Dodge (2) 19:4,8
doing (8) 5:14
30:21 33:14 36:9
47:11 59:15 74:14
81:14
Domestic (2) 36:18
36:23
Donald (1) 26:22
door (4) 47:24 48:8
48:13,15
DPD (1) 78:4
Dr (1) 23:15
drink (2) 44:13,14
drinking (1) 94:17
driver (1) 74:15
driveway (4) 50:18
50:22,22 51:6
dropped (1) 25:9
dropping (1) 7:19
drove (4) 41:1,3,4
41:10
drug (6) 34:13
43:14 74:21,21
76:15,16

drugs (38) 38:14
43:8 44:16,17,17
44:18,21,23 45:3
49:14,15,16,17
50:1,16,23 51:13
51:15,19,20,21,22
52:11,16,22,22,24
53:14 54:5 56:11
56:12 81:24 82:2
82:13 93:23 94:3
94:18,19
Duffy (4) 1:7 67:11
67:14 83:5
DUI (1) 36:16
duly (2) 4:2,7
duress (1) 37:12
Dwight (3) 13:21
13:22,23

---
E
E (13) 1:3,12,14,16
4:1,3,6,5,20 99:7
99:14 100:2,3
E-v-e-t-t (1) 4:22
ear (1) 72:2
earlier (3) 41:12
70:4,6
early (1) 21:8
ears (1) 83:15
Earth (1) 64:3
easier (1) 5:11
East (1) 15:24
eat (4) 44:2,3,6,6
education (1) 13:18
Edward (4) 4:20
11:1,21 41:14
effect (1) 43:2
effects (2) 92:3,7
efforts (1) 6:10
eight (1) 56:5
eight-year-old (1)
13:1
either (3) 13:14
66:12 76:14
elbow (1) 93:11
Ellison (3) 55:3,11
85:11
em (14) 27:4,5
28:20 29:5,6

32:17 56:15,15
61:8,21 65:24
73:3 83:9,11
emotionally (1)
90:6
employed (1) 14:14
employee (1) 34:24
employer (3) 14:15
14:17,18
encourage (1) 26:2
encouragement (1)
26:8
ended (2) 41:13
68:10
enraged (3) 65:12
86:5,7
entitled (2) 66:22
66:24
envelopes (3) 7:17
32:10,11
episode (4) 91:12
91:14,15,18
errata (7) 96:14
97:14,20,24 98:8
98:9 100:1
estimate (3) 45:12
90:19,21
ET (1) 100:3
evaluation (3) 38:4
38:6,10
events (2) 28:2
92:18
everybody (1) 5:11
Evett (1) 4:22
evidence (17) 31:6
31:7 55:7,7 75:15
75:16 76:5,6,18
77:1,6 78:10
82:23 83:2 87:11
87:12 89:1
exact (2) 9:8,8
exactly (14) 14:10
14:10 20:1 22:24
28:24 44:1 48:11
63:17 71:16,18,19
85:21 93:22,22
Examination (2)
4:3,9
examined (2) 4:7

64:23
excellent (1) 19:18
excessive (2) 77:15
77:18
exchange (1) 53:18
excuse (4) 65:14
75:11,12,14
Executive (1) 14:22
exists (1) 17:9
expensive (1) 21:12
experience (1)
25:22
experienced (1)
94:22
explain (1) 69:23
explained (4) 37:18
86:22 97:20 98:1
eyes (3) 59:22 60:2
60:2

---
F
F-o-x (1) 40:16
face (6) 54:6,7 65:1
65:6 88:13,19
fact (6) 6:12 28:5
30:21 49:19 81:21
95:24
facts (2) 39:15
76:17
fading (1) 59:3
fail (1) 78:5
failed (2) 54:2
85:13
failing (1) 78:7
fails (2) 87:13 89:3
failure (2) 55:6
85:23
fair (1) 83:12
Fairview (3) 10:17
11:15,18
familiar (1) 67:10
family (4) 10:4
20:10 26:17 59:15
far (4) 8:2 22:13
32:22 79:23
father (1) 13:4
favor (1) 85:17
fear (3) 47:21 84:4
88:10

feather (2) 16:3,3
Featherfist (3)
    15:21 16:3,5
Federal (1) 4:13
feel (4) 60:16 63:22
    86:11,11
feeling (3) 60:7
    91:8,8
feet (2) 48:12,14
female (3) 81:3,6
    81:12
females (1) 81:13
fetal (2) 48:14,17
Fifteen (1) 11:13
fightin' (1) 58:20
file (2) 12:10 14:12
filed (9) 12:15 73:5
    73:8,10,13,14,15
    73:19,20
files (1) 29:16
filing (1) 12:15
final (2) 96:5 97:13
find (4) 52:16
    72:19 73:3 83:17
finding (1) 79:23
finds (1) 55:17
fine (1) 9:10
finish (1) 63:7
finished (3) 5:18
    55:20 98:3
finishing (1) 89:9
fired (1) 55:4
first (6) 4:7 11:24
    12:24 52:4 73:20
    98:14
fist (1) 16:4
five (4) 11:5 21:4
    21:22 24:3,16
    40:19
fleeing (2) 36:15,15
floor (4) 22:21
    62:11,14 68:20
Florida (2) 13:4
    27:12
fluorescent (3)
    59:20,21,24
follow (1) 39:6
following (2) 4:1
    93:20

follows (1) 4:8
food (1) 18:18
foot (3) 21:8,10,19
Forbes (3) 54:1,16
    85:11
force (2) 77:15,18
foregoing (3) 99:10
    99:11 100:2
forever (2) 90:6,7
forgave (1) 42:9
forgot (1) 33:21
form (1) 46:6
former (1) 82:20
forth (1) 20:6
forward (4) 65:6
    78:12,15 87:15
fought (1) 58:21
found (4) 49:21
    50:2,16 64:20
four (1) 7:22
Fox (11) 40:15,15
    40:18,22 41:16,21
    43:12,15 46:12,14
    76:8
Fox's (6) 46:4,7,9
    46:17,20,23
Franklin (1) 1:15
free (2) 25:15 60:8
frequency (1)
    90:20
friend (2) 19:13
    20:17
friend's (1) 19:14
friends (2) 20:16
    43:24
front (3) 50:9 56:14
    59:24
furious (2) 60:23
    60:23

G

Gary (1) 2:6
gates (6) 60:3,6,8
    60:11,12 64:11
Gateway (3) 38:20
    94:13,16
gathering (1) 77:3
GED (3) 14:11,12
    14:13

Geisler (1) 55:15
George (5) 20:21
    26:19 79:1,8 82:6
getting (14) 30:1,22
    55:14,15,15 58:24
    59:1,7 61:10
    75:24 88:15,24
    89:7,8
giant (1) 52:2
girl (1) 93:16
give (9) 20:19 26:7
    28:15 41:7 45:11
    67:6 76:2 87:11
    90:19
given (5) 5:5,7
    85:10 88:10 100:2
giving (2) 5:6 33:16
glass (2) 56:16,19
go (20) 20:8 21:18
    21:24 26:23 28:13
    34:1 42:24 43:20
    54:11,11,12 64:11
    69:6 72:5,17 74:4
    83:8 86:23 89:15
    89:15
god (6) 55:16 60:4
    60:6 66:7,9,10
goddamn (1) 62:23
goes (1) 83:20
going (34) 13:3
    19:5 22:20 32:7
    33:20 37:20 39:18
    40:11,12 41:13
    42:16 44:8 47:18
    53:6 57:1 58:23
    59:3,14 61:22
    63:14 64:11 67:3
    67:4 75:6 82:4,21
    83:8,10 84:9
    85:12,16 89:1
    90:3 98:13
gonna (6) 33:19
    39:10 60:24,24
    84:21 88:13
good (5) 16:10 21:2
    42:9 66:6 87:17
gotta (3) 21:18
    52:17 89:6
gotten (6) 8:23

17:16 23:14 32:20
    66:21 76:1
government (1)
    18:16
grab (1) 48:1
grabbed (1) 58:16
grace (1) 66:8
grandfather (2)
    27:22,23
grandma (1) 60:10
grandmother (6)
    27:20,21,23 60:5
    60:19 61:11
grandparents (1)
    27:19
grants (1) 32:17
Green (3) 40:1,1,3
grip (3) 58:24 59:9
    59:10
gross (1) 54:3
ground (4) 49:22
    50:2 52:16,16
grown (1) 13:7
grudge (1) 42:6
guess (6) 22:18
    50:15 52:12 73:18
    73:18 79:4
guidelines (1) 5:10
guilty (4) 53:14,18
    53:23 54:24
gun (2) 59:15 75:13
gurney (1) 61:4,5
guy (1) 52:8
guys (5) 70:13,24
    71:5 72:5,13

H

H (1) 4:6
H-i-l-l (1) 27:1
ha (3) 62:21,21,21
hand (2) 50:6,11
handbag (1) 46:3
handcuffed (1)
    68:20
hands (6) 58:18
    59:9 60:16 72:3
    85:4,7
hanging (2) 41:14
    43:21

happen (3) 33:9
    66:7 96:13
happened (25)
    37:10 41:9,11
    42:18 60:20 68:22
    71:17,18,19,21
    72:20,21 73:1
    77:9 78:12,19,20
    79:7,20 80:6
    81:21,23 82:17
    91:15,16
happens (4) 55:13
    75:5 79:18,21
happy (4) 51:10
    60:7 61:7 62:24
hard (1) 54:11
harder (2) 54:11,12
harm (1) 85:22
harmed (1) 89:12
he'll (2) 20:15 80:6
head (2) 5:15 53:6
headaches (1) 65:1
headed (1) 14:19
headlights (1) 59:6
heads (2) 33:17
    80:10
health (17) 20:24
    21:2,3,11,21 22:6
    22:9,16,17,18,20
    22:21 23:21 62:11
    62:14 64:19 89:15
hear (1) 5:24
heard (4) 47:10,14
    50:13 61:21 74:22
    75:9 78:17
hearing (8) 31:13
    47:13,16 54:10,13
    54:14,21 62:1
heart (1) 52:23
heaven (4) 60:6,21
    63:24 65:11
held (1) 42:5
hell (1) 64:11
help (3) 26:4,6
    70:23
helps (1) 32:6
heroin (5) 49:7
    55:22 56:10 94:8
    94:8

**high (1)** 14:11
**higher (4)** 65:21
  74:5 75:17 76:19
**highest (1)** 13:17
**Hill (5)** 26:23 27:1
  27:1 28:11 79:15
**hindsight (1)** 63:20
**hints (1)** 26:8
**hired (1)** 55:9
**history (1)** 77:7
**hit (1)** 58:22
**hold (1)** 83:21
**home (2)** 18:19,21
**Homeless (1)** 15:21
**honorable (2)**
  32:17 55:16
**honorary (1)** 33:11
**hope (1)** 55:16
**hopefully (1)** 75:20
**Horath (3)** 1:16
  99:7,14
**hospital (24)** 21:7
  21:10,12 22:10,19
  29:10 49:2,11,12
  49:13 52:19 67:20
  67:22 68:11,15,20
  68:24 69:2 80:14
  81:7,8 87:1,6
  91:13
**hospitals (3)** 21:13
  21:14 89:15
**host (2)** 26:21 27:3
**house (10)** 10:9
  11:1 39:23 41:15
  42:12,15 78:21
  95:5,11,13
**hovering (1)** 60:14
**huh-uh (1)** 5:15
**hung (1)** 43:18
**hydrocodone (2)**
  93:12,12
**hyphen (1)** 4:19
**hyphenated (1)**
  25:6

_____
**I**
**-n-s-o-n (1)** 40:10
**ibuprofen (6)** 24:9
  24:10,12,14 44:19

44:20
**identification (1)**
  46:6
**identify (7)** 80:19
  80:24 81:1,4,16
  85:1,22
**IL (2)** 1:23 2:6
**illegal (5)** 45:3 52:3
  85:3,8 94:2
**Illinois (18)** 1:1,15
  1:16 4:15 13:23
  14:4,20 15:22
  16:1 55:13 73:7
  73:11,15,17 99:2
  99:7,9 100:3
**Illinois' (1)** 55:14
**immediately (3)**
  38:7 58:16 59:19
**implement (1)** 78:4
**important (2)**
  64:16,18
**incarcerated (6)**
  8:22 13:21,22
  38:21 42:7 52:7
**incarceration (2)**
  36:9 55:19
**incident (5)** 68:2
  70:6,10,14 73:1
**incidents (1)** 74:9
**include (1)** 90:1
**included (2)** 30:4
  56:2
**incorrect (1)** 96:16
**indicated (2)** 6:3
  95:19
**indicating (1)** 50:8
**indigence (1)** 54:2
**ineffective (2)**
  53:15,24
**inform (1)** 42:2
**information (6)**
  6:16 31:1 75:19
  75:21 77:4 80:5
**informed (1)** 67:21
**informing (2)** 54:8
  54:9
**ingested (1)** 67:24
**initial (9)** 4:20
  30:21 31:19 32:8

32:9,12,13 87:19
  89:9
**initially (2)** 42:5,8
**innocent (1)** 54:15
**ins (1)** 46:2
**inside (3)** 25:16,19
  46:15
**inside-of-jail (1)**
  25:16
**instance (2)** 1:15
  4:6
**instances (1)** 98:4
**instantly (2)** 59:19
  60:12
**insurance (2)** 21:11
  89:15
**Intent (1)** 36:16
**interest (1)** 7:9
**interested (1)** 68:22
**interesting (1)**
  25:20
**interior (1)** 84:20
**interpretation (1)**
  88:22
**interrogation (1)**
  87:4
**intervene (1)** 78:5
**Intrepid (3)** 19:4,8
  19:17
**involuntarily (1)**
  29:11
**Involuntary/Judi-**
  29:8
**involved (4)** 5:11
  9:14 19:9 79:10
**irate (1)** 53:7
**issues (3)** 22:9 83:6
  83:9

_____
**J**
**J-o (1)** 40:9
**J-o-n-e-s (1)** 4:19
**Jackson (8)** 12:2,5
  12:5 14:20 25:22
  26:22,22,22
**jail (18)** 1:15 8:13
  9:14 18:8 23:6,8
  24:1,18 25:7,8,15
  25:19 39:6 42:7

73:9,12,14 87:3
**jean (1)** 45:22
**Jesse (1)** 14:20
**Jo (2)** 40:7,8
**job (2)** 15:17 84:6
**John (2)** 2:8 93:14
**joined (1)** 15:17
**joke (2)** 43:19
  60:24
**Jones (7)** 4:19 13:2
  13:3 25:6,8,9 98:6
**JRobinson@dec-**
  2:7
**judge (6)** 37:15
  54:10 55:15,17
  75:18,20
**July (5)** 4:24 21:8,9
  21:20 41:23
**jump (1)** 54:15
**June (4)** 35:7 36:2
  36:2,6

_____
**K**
**K (5)** 2:6 26:10,10
  26:14,15
**K-i-l-l-i-o-n (1)**
  11:19
**keeps (1)** 47:15
**kept (4)** 25:5 47:16
  59:8 75:9
**kick (5)** 37:20 41:8
  42:20,22 86:23
**kill (18)** 61:22
  62:22 63:3,3,3,18
  63:18,19 64:1,2,2
  64:7 65:20 83:23
  86:9 88:14,15,21
**killed (5)** 61:18,20
  62:9 65:19 66:2
**killer (3)** 61:12
  64:5 65:17
**killers (3)** 62:24
  65:14,17
**killing (7)** 59:16,17
  64:5,5 65:21,22
  88:12
**Killion (1)** 11:19
**Kimberly (13)** 1:3
  1:12,14 4:3,5,12

4:18 25:4,4,6,8
  100:2,3
**kind (11)** 5:9 16:19
  16:21 26:7 29:6
  33:16 42:8,9
  50:12,12 94:15
**kinda (1)** 42:5
**knees (1)** 48:16
**knew (11)** 50:10
  56:7,8 59:12 60:6
  60:20,20,21 62:15
  84:5,7
**know (114)** 8:2,8,9
  9:9,9,24 10:1,3,4
  10:4 12:19 20:7,8
  20:18,18 23:12,16
  23:17 26:5,7,8
  27:4,4,5 30:23,24
  31:3,5,12 33:8,9
  38:13 40:20 41:7
  41:22 42:2,23,23
  43:20 44:9,14
  47:10,17 49:7,15
  49:17,18 50:5
  51:13 52:10,12,23
  55:22 56:1,4,6,9
  56:16 57:10,21
  58:4,4,14 59:11
  61:8 62:7,7 63:21
  63:23,23,23 64:16
  64:17,17,21 65:18
  65:20 66:24 67:8
  67:9 70:12 72:20
  72:23,24 73:16,17
  74:22 75:4 76:10
  78:19 79:20 80:4
  80:4,8,22 81:19
  81:22 82:3,12
  83:13 84:2 85:3
  86:19 91:2,17,22
  91:23 92:2,3,22
  93:2,3 94:18 97:6
**knowing (6)** 58:22
  63:22 77:9,17
  90:3,3
**known (4)** 25:2
  26:10 40:22 76:15

_____
**L**

**L (1)** 14:20
**lab (1)** 56:1
**lack (1)** 55:7
**lady (1)** 95:20
**landed (1)** 52:14
**large (2)** 56:4,9
**lately (3)** 65:22
  88:3,12
**laugh (1)** 43:19
**laughing (1)** 62:21
**law (3)** 85:5,9
  96:22
**lawsuit (6)** 9:15,15
  39:2 53:16 55:18
  76:22
**lawsuits (1)** 38:24
**lawyer (1)** 98:3
**lay (1)** 64:22
**learn (1)** 49:10
**learned (2)** 67:11
  67:12
**leave (4)** 7:20 68:24
  74:6 88:5
**leaving (2)** 23:3
  69:9
**led (1)** 55:18
**left (7)** 25:11 49:9
  50:21,22 51:5
  56:17 59:13
**leg (2)** 49:9 55:24
**legal (4)** 12:9,15,16
  64:6
**legally (1)** 96:9
**let's (6)** 42:19,24
  43:1 74:6 85:19
  88:5
**letter (4)** 6:13,14
  28:12 33:18
**letters (1)** 28:14
**level (1)** 13:17
**Lewis (2)** 13:23
  14:3
**library (1)** 8:12
**license (1)** 74:16
**lie (8)** 44:8 51:18
  51:18 52:1,1,2
  59:14 72:2
**life (9)** 66:5 74:10
  88:1,2,10,19 90:6

**92:18 94:23**
**light (4)** 59:7,21
  60:1,13
**lights (1)** 59:6
**line (2)** 84:6 96:16
**lines (1)** 96:15
**Link (2)** 18:18,18
**listen (1)** 42:22
**listened (1)** 64:20
**lists (1)** 31:20
**little (14)** 5:9 26:7
  30:4 42:10 45:23
  46:2 52:1 62:13
  70:13,24 71:5
  72:5,12 93:16
**live (12)** 8:21 9:19
  10:12 11:5,15,17
  13:14 20:2,22
  27:14,17 89:20
**lived (12)** 9:10,16
  10:16,17 11:18,21
  19:18 40:2,5,7
  72:19 74:3
**lives (2)** 27:20,24
**living (4)** 10:9
  19:24 20:10,13
**local (3)** 4:14 57:7
  57:8
**locate (2)** 70:21,23
**located (1)** 8:12
**locked (2)** 70:19
  73:4
**Logan (2)** 13:24
  14:2
**long (14)** 5:6 8:18
  11:5 14:24 16:10
  17:2 20:2 37:5
  40:2,4,22 68:11
  68:12 85:6
**longer (2)** 17:8,9
**Lonnell (1)** 19:15
**look (9)** 52:13
  56:15 82:4 86:1
  88:12,13,14,16,19
**looked (4)** 12:21
  34:2 84:18 91:4
**looking (2)** 60:4,13
**loose (1)** 50:10
**lord (1)** 66:6

**lose (1)** 84:8
**lot (9)** 26:1,2 43:24
  43:24 44:6 59:5
  62:6 65:20 86:8
**Louis (2)** 27:21,24
**love (1)** 67:1
**Lowry (1)** 19:15
**lying (1)** 83:13
**lynching (1)** 64:6

**M**
**ma'am (2)** 35:21
  44:4
**machine (1)** 99:10
**MacMurray (2)**
  14:1,4
**Macon (22)** 1:15
  8:13,16 12:7
  13:15 14:13 23:7
  23:8 24:1 26:17
  27:15,17 34:9,12
  34:15 35:8,12,19
  37:21,21 54:17
  87:3
**mad (7)** 51:10,16
  51:16,22,23 52:3
  54:10
**mail (6)** 7:19 8:6,6
  32:10,11 33:23
**mailed (3)** 8:3
  28:16 30:10
**making (1)** 86:13
**man (4)** 60:3 64:24
  68:17 81:6
**Manufacture (2)**
  34:3,16
**March (1)** 34:4
**Marietta (1)** 41:3
**marijuana (2)**
  43:11,13
**MARKED (1)** 4:7
**markets (2)** 57:7,8
**marriage (1)** 12:10
**married (4)** 11:9
  12:7,11 25:5
**marshals (4)** 23:3
  68:18,20 69:6
**Marvin (1)** 26:22
**Mary's (7)** 21:9

**23:11,19 29:10**
  61:17 68:11 75:3
**materials (4)** 29:15
  30:15,16 31:14
**maternal (1)** 27:21
**matter (3)** 6:12
  31:11 81:21
**matters (2)** 39:18
  86:18
**mean (31)** 10:18
  16:22 26:6,23
  27:5 31:3,3,4
  33:11 37:17 41:4
  41:5 44:7 52:10
  60:18,19 66:1
  67:21 69:1 74:1
  77:24 78:23 79:15
  79:21,21 82:15
  87:20 89:15 90:17
  90:18 94:6
**meaning (2)** 42:20
  91:5
**means (1)** 84:20
**meant (1)** 49:23
**Medicaid (1)** 21:15
**medical (10)** 21:4,6
  21:17,17,18,21
  32:4,19,20 89:17
**Medicare (1)** 21:15
**medication (9)**
  17:24 18:3,4,6,7
  18:10 22:12,15
  93:20
**medications (10)**
  18:2 23:20,23,24
  24:4,5,7,15,16,17
**meet (1)** 40:24
**men (1)** 68:17
**mental (15)** 21:23
  21:24 22:6,9,15
  22:17,18,20,21
  23:20 62:3,6,11
  62:14 64:19
**mentally (1)** 90:4
**mentioned (9)** 10:8
  11:15 12:14 22:2
  51:19,20 67:7
  80:12 83:18
**merit (1)** 55:17

**merits (1)** 32:17
**met (2)** 40:23 41:1
**middle (4)** 4:19,21
  26:20 50:7
**Millward (4)** 16:16
  16:18,18 17:2
**mind (6)** 7:16
  49:21 58:19,22
  60:3 63:22
**mine (2)** 52:13
  56:21
**mine's (1)** 19:13
**mini (1)** 45:22
**minorities (7)** 74:4
  75:17 76:19 77:15
  87:14 88:12 89:4
**minority (1)** 78:13
**minute (1)** 71:12
**minutes (1)** 40:19
**Miranda (1)** 85:24
**Mirandize (2)**
  87:13 89:4
**misrepresentatio...**
  53:15 55:2
**missing (2)** 30:2,7
**Missouri (2)** 27:21
  27:24
**mom (1)** 27:13
**moment (1)** 87:18
**money (3)** 6:16
  33:8 58:4
**Month (1)** 45:11
**months (12)** 18:9
  42:7 52:6 53:19
  53:20 55:4,4,8,8
  81:21 85:15 90:22
**mother (4)** 13:4
  60:10 79:2,9
**mother's (3)** 11:24
  60:10 78:21
**motion (4)** 49:23
  50:3 67:3,5
**motions (3)** 55:5,6
  55:12
**motor (1)** 19:10
**motorists (1)** 65:21
**mouth (8)** 46:21,24
  47:3,6,12 74:24
  75:2,13

move (2) 60:17
  61:2
moved (2) 17:12
  20:3
moving (1) 33:24
Murphy (6) 26:21
  81:19 82:7,7,9,10
music (1) 42:22

**N**

N (1) 4:1
name (29) 4:17,17
  4:18,21 7:22 8:9
  10:1,2 12:4 13:2
  16:2 19:14,15
  20:20 25:5 26:11
  26:13,24 40:15
  41:6 48:22 49:1,3
  49:4 67:9 69:12
  69:12 82:18 89:10
names (16) 6:19
  12:24 13:10 23:9
  23:13,13,17 25:3
  26:17 27:4 70:10
  77:12 78:14 87:17
  89:2,13
Nancy (4) 1:16
  33:9 99:7,14
narcotics (2) 93:5,8
nature (1) 17:21
near (3) 36:17 49:9
  55:24
necessary (1) 100:4
neck (5) 58:16 59:9
  59:10 64:22,23
need (5) 19:23
  20:18 66:24 72:17
  72:19
needs (1) 61:23
negligence (1) 54:4
negligent (5) 54:1,8
  54:9 55:10,13
neighborhood (1)
  74:20
nephews (1) 27:3
never (35) 23:13
  26:11 49:16 51:14
  51:20,20,21,21
  55:11,12 56:8,11

56:11,12,13,13,14
  56:15,15 63:15
  64:12,21,23,24
  80:20,22 81:1,2,5
  81:5 83:18 85:14
  91:3 93:9 94:9
new (3) 6:18 8:10
  30:23
news (5) 26:2,3
  74:3 88:4,4
newspaper (1)
  77:11
nice (1) 52:8
nickname (6) 10:1
  25:14,14,15,16,17
nicknames (2) 25:3
  25:12
nieces (1) 27:3
night (22) 22:10
  39:16 45:21 46:1
  46:10,13 47:2
  48:23 53:1,2,5
  56:17 58:12 64:13
  64:14,14,15 65:9
  69:20 76:17 86:4
  86:14
nine (2) 52:6 85:15
No./Line (1) 100:6
noncombative (1)
  87:24
nonminorities (1)
  74:5
nonstop (1) 20:6
normal (1) 92:18
North (2) 11:1,21
Northern (3) 73:6
  73:11,17
notarized (2) 28:12
  28:14
Notary (4) 1:17
  99:8,14 100:24
notes (2) 99:5,12
notice (2) 1:16 4:13
notify (1) 96:12
notion (1) 61:24
November (3) 1:14
  99:16 100:2
number (3) 9:8
  41:6,10

nurses (1) 69:11

**O**

Obama (1) 25:19
obligated (2) 97:21
  97:22
obligation (2) 96:8
  97:18
obtain (1) 6:11
occur (2) 90:15,18
occurred (4) 39:15
  71:14 87:2 95:4
occurrence (1)
  66:14
October (3) 8:19,20
  18:8
odd (1) 83:18
offense (1) 37:1
offerers (1) 47:5
offhand (2) 77:13
  78:16
office (2) 2:5 54:19
officer (39) 1:7,7
  34:22 35:1 36:15
  39:5,5 46:4,16,19
  46:23 47:12,24
  48:3 49:8 52:20
  58:16,20,21 65:5
  67:7,8,11,14,21
  71:7 72:1 73:9
  75:3 81:3,12
  82:20 83:5 86:10
  86:20,21 87:8
  98:2,4
officers (36) 1:8
  7:22 32:23 33:7
  47:19,22 48:20,22
  49:13 55:23 63:2
  65:18,20 67:10,20
  68:3,5 71:4 74:23
  75:2,3,7,16 78:1,5
  78:7 80:13,14,18
  81:17 83:5,21
  85:2 86:4,14,18
officers' (2) 33:4
  85:23
official (2) 96:5
  98:5
oh (22) 8:2,22,22

8:22,23,23 13:2
  24:17,17,18 32:2
  35:22 36:5 38:12
  40:8 45:10 57:4
  60:4 61:21 63:15
  87:15 93:11
okay (127) 5:8,17
  6:21 9:19 10:22
  11:12,20 12:20
  13:1,7,11,17 14:8
  14:14,21 15:5,10
  16:6 17:4,17,24
  18:5,13,16,19
  19:14 20:10,12,20
  20:24 22:2,14
  23:5,9,18 24:6,14
  24:21,23 25:12
  26:12,19 27:2,7
  28:8,17 29:1,7
  30:12 31:10,18,18
  32:19,22 33:13,22
  34:20 35:2,7,14
  36:5,10,24 37:24
  38:2,23 39:4,9,24
  40:2,11 41:11,20
  42:4,11 43:3,5
  48:9 53:2,4,10,13
  54:24 55:20 56:9
  56:16 57:15 58:11
  64:1 66:16,17,21
  67:2,18,23 69:5
  69:10,16 70:3,24
  72:10 74:8,13,22
  76:4,12,17 77:1
  80:11,11,17 85:16
  85:18,21 87:5,22
  88:8 89:10,17
  90:15,19,24 91:11
  91:23 95:14 96:21
  98:15
old (1) 11:7
older (2) 11:23
  12:1
on-loan (1) 33:12
once (3) 18:4 42:12
  94:5
one's (1) 26:14
ones (3) 28:21 30:9
  83:18

Oney (3) 10:1,2,2
open (3) 47:24 50:9
  60:9
opened (1) 48:8
operating (1) 19:10
opinion (4) 74:2
  75:11 84:14,24
opportunity (3)
  29:3 66:12 80:22
opposed (1) 90:4
order (1) 85:2
ordered (6) 37:15
  38:10,13,15 81:22
  82:17
ordinance (2)
  56:22,23
organization (5)
  14:19 15:8,8,12
  15:13
original (4) 8:3,7
  30:1,8
originally (1) 30:10
outside (4) 25:15
  31:23 59:5 65:4
outside-of-jail (1)
  25:17
outstretched (1)
  60:10
overjoyed (1) 60:7
owned (3) 18:21
  19:1,4
owner (1) 56:19

**P**

p.m (3) 1:15 42:13
  98:17
P.O (1) 1:22
Packard (4) 9:2,2
  9:17 10:10
page (3) 4:2 96:16
  100:6
pages (1) 30:2
paid (1) 15:11
pain (8) 24:10,13
  64:21 89:20 93:13
  93:14,19,20
panic (2) 47:21
  58:23
paper (3) 26:14

77:8 96:15
papers (4) 23:14
  31:22 56:2 69:16
paperwork (1) 56:6
Paragraph (4) 70:8
  78:2 87:22,24
paranoia (2) 91:6,7
paranoid (8) 17:23
  18:6 22:3 90:11
  91:8,10,19 92:2
Pardon (1) 29:20
park (1) 16:19
parked (1) 50:18
parole (2) 9:4 52:7
participated (1)
  38:20
parties (1) 1:16
party (1) 38:24
passenger (2) 40:13
  50:9
passenger-side (3)
  47:24 48:13,15
paternal (3) 27:20
  27:20,22
pay (4) 97:24 98:10
  98:12,13
payroll (2) 15:7,12
pearly (1) 64:11
pending (3) 7:4
  36:11 56:3
people (32) 8:4
  25:13,23 26:1,2,4
  31:2 32:18 43:24
  59:16 60:14,16
  63:13 64:5 65:9
  65:22 69:15 75:24
  75:24 76:2,3,13
  77:2,9,12,17,20
  79:21 87:15 89:2
  90:23 91:3
Peoria (1) 8:4
percent (2) 15:9
  83:11
period (3) 19:16
  20:12 96:9
person (9) 69:14
  75:12 76:15 90:5
  92:4,9,10,11,16
personality (1)

42:10
petition (4) 26:9
  29:8 33:10 87:20
petitioned (1)
  29:10
phone (2) 17:1 41:6
phonetic (1) 16:19
Phyllis (1) 26:22
physically (1) 90:7
physician (1) 89:11
physicians (2)
  23:16 89:13
pick (2) 23:4 69:15
picked (5) 49:10
  52:19 68:16 86:22
  86:24
piece (2) 83:20
  96:15
Pine (2) 41:2,3
pinned (1) 61:3
pipe (6) 56:17,20
  56:23 57:19,21
  58:2
pit (2) 59:10 81:2
place (6) 46:15,20
  46:24 47:2 52:4
  81:9
placed (1) 47:6
Plaintiff (3) 1:4 2:3
  4:12
plan (1) 7:18
planning (1) 7:15
plastic (7) 46:20
  49:8,20 50:10,13
  50:13 55:23
Plaza (1) 2:6
plea (2) 37:12
  53:18
plead (1) 53:23
pleaded (2) 53:14
  54:24
please (11) 4:16
  5:13,17 6:1 45:20
  45:24 53:3 70:10
  85:22 86:3 89:10
plus (1) 52:6
pocket (6) 50:6
  56:17,21 57:22,23
  57:24

point (4) 53:8 61:1
  65:11 77:11
police (102) 1:7,8
  28:2,13,13,15,16
  28:16,18,19 29:24
  30:1,9,13 32:23
  32:24 33:3,4,5
  34:22 35:1 36:15
  40:19 46:7,16,19
  49:13,19,24 50:1
  50:19,20 51:1,2
  51:12,14,17 52:17
  52:18,23 53:1,5,7
  53:9 54:6 58:15
  58:20 59:6,16
  60:15,16 61:20,21
  62:19 63:15 65:15
  65:18,20 67:10,13
  67:21 68:3,5
  69:21,22 71:3,7
  71:16,18,19,20,22
  72:16 74:4 75:16
  76:18,21 77:2,14
  77:23,24,24 78:21
  79:5 80:2 82:20
  83:2,7 84:12,12
  84:13,20,21 86:4
  86:17,20 87:13
  88:3,11 89:3 98:2
  98:4
policeman's (1)
  51:6
policemen (1)
  88:24
policy (2) 81:16
  85:1
politicians (1)
  25:24
politics (1) 26:1
porch (1) 70:16
position (3) 48:14
  48:17 52:21
positive (1) 69:19
possessing (1)
  53:14
possession (7)
  35:13,18 36:14,16
  37:8 54:24 56:13
possible (1) 56:18

Posttraumatic (1)
  89:23
Powder (1) 94:12
practice (1) 82:19
prejudiced (2) 39:7
  39:8
Preliminary (4)
  54:10,13,14,21
prepare (3) 97:24
  98:8,9
prepared (2) 29:9
  98:10
prescription (10)
  24:4,5,6,16,17
  44:17,21 93:5,8
  93:23
presence (1) 69:20
present (1) 45:18
presently (2) 8:15
  36:11
pressure (2) 72:2
  83:15
pretty (7) 15:9
  19:21 25:7 52:8
  69:17,17 96:19
previous (1) 7:6
prior (3) 6:24 18:8
  34:1
priors (1) 39:3
prison (24) 8:23,24
  9:12,12 10:9,13
  10:20 18:9,11,12
  24:19 26:4 34:18
  34:20 35:12,17
  38:21 40:6 52:7
  56:12 58:19,23
  70:22 85:15
privy (1) 82:3
pro (2) 2:3 6:9
pro- (1) 34:23
probable (6) 54:3,7
  54:8 55:11 77:2
  85:7
probably (16) 7:13
  7:15 16:11 17:6
  19:5 39:10 41:22
  45:13,13 60:24
  70:4 81:20 91:21
  95:5,7 96:19

probation (13) 37:1
  37:5,7,9,13,15,23
  37:24 38:8,11,14
  38:15,17
probations (1) 38:3
problem (1) 64:10
problems (1) 21:24
Procedure (1) 4:14
proceedings (3) 4:1
  12:10 99:10
process (6) 30:21
  54:20 75:5,23
  77:3 78:11
produced (2) 29:19
  56:14
profiled (2) 74:13
  74:16
profiling (2) 73:24
  74:12
program (3) 38:20
  94:14,16
prosecuted (1) 84:7
prosecuting (1)
  31:15
prosecutors (1)
  54:12
protect (1) 78:6
protected (1) 34:24
prove (2) 30:17
  32:6
proved (1) 65:23
provide (5) 29:22
  32:7 89:1 97:21
  97:23
provided (10) 6:5
  28:1 29:4,7,14
  30:19 33:11 95:24
  96:14,20
psychiatric (2)
  29:11 44:23
psychological (1)
  89:21
psychologically (2)
  86:5 90:6
PTSD (1) 90:8
public (7) 1:17
  19:21,23 54:16
  99:8,14 100:24
pull (5) 42:21 48:3

48:20 59:8 76:6
pulled (13) 40:19
  40:21 41:5 49:19
  49:19 50:7,7,19
  50:20 52:4 76:14
  88:11,24
pump (3) 67:22
  75:4 81:18
pumped (4) 80:13
  81:20,22 82:11
punished (1) 84:4
purpose (1) 57:17
purse (1) 46:3
pursuant (2) 1:16
  4:12
pursuit (1) 66:19
PUSH (3) 14:18,21
  15:18
put (24) 30:5 33:19
  33:23 37:22 47:11
  49:22 52:14 55:5
  55:6,12 57:23
  58:17 61:7 62:11
  62:14 64:19 74:23
  75:1,2 83:10 85:4
  85:7 96:16,17
putting (1) 67:5

Q

question (15) 5:18
  5:24 6:1 9:16
  12:13 53:3,12
  76:23 82:5 84:15
  85:18 88:7,8 95:7
  95:8
questions (1) 95:15
quite (1) 90:22
quote (1) 17:5

R

R-i-s-p-e-r-d-a-l ...
  24:20
racial (3) 73:24
  74:12,13
racially (1) 74:16
raging (1) 81:2
Rainbow (3) 14:18
  14:21 15:18
raised (1) 11:24
raisin' (1) 61:6

ran (2) 15:9 78:21
rate (4) 65:22 74:5
  75:17 76:19
rationale (1) 51:4
reached (2) 6:18
  50:5
read (12) 29:3,6
  51:14 74:2,6
  95:23 96:4 97:11
  97:12 98:7,9
  100:2
reading (2) 77:7,8
ready (5) 30:22
  61:10 66:7,9
  88:15
real (1) 10:1
realize (1) 89:5
realizing (1) 86:7
really (15) 11:3
  12:1 14:6 26:6
  41:12,13 42:16
  51:23,24 52:2
  53:8 72:21,23
  83:22 91:3
reason (10) 53:9
  62:17 65:7 66:3
  76:6 77:21 78:22
  78:23 85:10 100:6
recall (13) 15:23
  22:8,14 47:5,8
  48:24 49:1,4,6
  58:1 79:12 86:13
  95:9
receive (2) 22:12,15
received (1) 38:11
recollection (1) 5:9
reconstructed (1)
  93:17
record (7) 4:11,17
  9:13 37:22 97:16
  97:17,18
recorder (1) 33:12
recording (3) 66:14
  66:17,22
records (6) 17:11
  32:5,19,21 34:2
  89:17
red (1) 88:17
refer (1) 11:23

referred (2) 6:14
  26:13
reflect (1) 4:11
refresh (1) 5:8
regarding (2) 87:12
  89:11
regular (1) 75:5
regulation (2)
  81:16 85:1
related (1) 26:18
release (3) 75:18,19
  75:21
released (2) 68:14
  87:5
relocated (1) 17:13
remember (29) 5:6
  9:6 22:13 23:9
  27:5 37:5 43:23
  44:2,12 45:10
  57:10 69:12,14,18
  79:7,10,20 80:5
  81:11,12,13,13,15
  82:15,15 95:2,4
  95:12,13
removed (2) 68:3,7
rephrase (1) 12:13
report (7) 28:2 30:3
  71:23 78:7 83:24
  84:3 87:9
reported (1) 99:9
reporter (4) 1:17
  5:2 6:3 96:20
Reporting (1) 1:22
  99:8
reports (26) 28:13
  28:16,16,19,20,22
  29:4,24 30:1,6,9
  30:13,14 33:1,5
  51:14 54:6 67:12
  67:13 69:21,22
  71:20,20 83:7
  84:10,15
reports' (1) 33:3
represent (5) 6:11
  6:22 7:4,9 31:9
represented (4) 6:7
  6:24 39:11,13
Representing (1)
  2:9

request (2) 29:21
  81:17
requests (1) 29:18
require (1) 80:13
required (2) 82:23
  97:24
requires (2) 81:17
  85:2
residue (3) 37:6,6,6
responded (2)
  29:18,21
response (1) 47:19
result (6) 21:16
  22:3 37:13 56:1
  85:23 89:12
retained (1) 55:9
returning (1) 42:12
Reverend (3) 14:20
  25:22,22
review (6) 84:16,20
  97:19,23 98:5,14
reviewed (1) 84:11
ride (3) 20:19
  40:13 43:2
riding (3) 40:12,17
  42:16
right (55) 5:1 6:10
  6:23 8:12,13 11:7
  15:14 17:14,20
  19:7 23:22 24:8
  27:8,19 28:18
  32:9 33:18,24
  36:24 40:21 45:15
  48:1 50:6 51:1
  54:19,22 57:8
  62:23 64:22 65:23
  69:3,6,18 72:6,11
  73:21 77:13 78:16
  80:5 82:18 83:10
  86:2 89:19 90:8
  95:14,16,20,23
  96:3,4,23 97:1,9
  97:10 98:13
rights (3) 14:19
  78:7 85:24
righty (2) 17:7
  26:16
Risperdal (5) 24:20
  24:22,23 45:1

93:4
Robert (2) 40:7,8
Robinson (15) 2:8
  4:3,10 95:14,17
  95:23 96:4,7,13
  96:22 97:5,9,13
  97:17 98:15
Rodney (2) 54:1
  85:11
room (2) 5:2 87:4
rounding (1) 89:8
rules (3) 4:13,14
  5:10
running (1) 47:13

S

S (4) 4:6 23:3 68:18
  68:19
S-g-h-a (1) 23:15
S-p-a-t-e-s (1) 40:8
S-t-a-r-r-y (1) 12:2
sat (4) 95:5,6,11,13
save (3) 33:20,21
  88:19
saw (27) 26:13
  49:16 50:11,12
  54:6 56:11,11,12
  56:13,15 59:23
  60:3,3,5,5 61:6
  70:14 71:3,15
  72:16,18,23 73:1
  73:1,1 74:23 75:2
saying (8) 5:15
  7:23 31:21 50:1
  61:22 65:14 71:13
  76:15
says (3) 23:14
  37:19 72:1
scene (1) 81:9
schizophrenia (6)
  17:23 18:6 22:3
  90:11 91:19 92:3
schizophrenic (1)
  91:10
school (3) 14:11
  36:17 85:5
scratch (1) 8:8
screaming (1)
  60:18

se (2) 2:3 6:9
seal (1) 83:11
search (2) 85:3,8
season (1) 65:22
second (2) 32:16
    85:19
seconds (1) 61:10
see (28) 5:1 6:13
    17:10 27:8 29:13
    33:10 43:8 46:14
    49:24 52:13,14
    60:15,15,16 64:11
    66:8 69:22 71:9
    74:3 79:22 84:17
    88:3,5 90:23 91:4
    92:8,11,14
seeing (2) 81:13
    90:13
seen (7) 41:18
    66:20 74:7 84:10
    84:15 88:9 90:23
seize (1) 85:9
seizure (2) 85:3,9
send (6) 6:17
    29:24 30:8,24
    31:2,4,4 32:13
    63:5 64:3 97:14
sense (3) 52:15
    62:6 72:22
sent (15) 6:14 7:23
    28:22 29:15 30:1
    30:6,9,10,15
    32:20 33:18 55:5
    66:13,17 77:21
sentence (8) 34:18
    34:21 35:8,12,17
    36:2,3,8
sentenced (5) 34:6
    36:7 37:1 38:3
    53:19
sentences (1) 37:24
separated (2) 11:10
    12:14
separation (2)
    12:15,16
September (17)
    12:12 22:10 23:10
    23:19 29:9 35:11
    35:15 36:3 39:16

41:17 42:13 44:9
    44:22 45:4,9 90:4
    91:16
service (1) 17:8
services (1) 33:8
sets (1) 30:13
setting (1) 55:15
settled (3) 79:1,8
    79:16
settling (1) 79:12
seven (4) 8:10
    30:23 31:1,7
Sgha (1) 23:15
shaking (1) 5:15
Sharpton (1) 25:23
she'll (3) 20:17,18
    20:19
sheet (6) 96:14
    97:14,24 98:8,9
    100:1
Sheila (2) 9:22,22
Sheriff (1) 8:16
shoes (2) 45:24
    88:23
short (1) 96:9
shorter (3) 59:1,2,2
shorthand (3) 1:17
    99:10,12
show (1) 9:13
shuffled (1) 30:4
siblings (1) 27:11
sick (1) 64:6
side (6) 50:9,23,24
    51:3,4 63:15
sign (4) 21:18 23:1
    23:2 69:16
signal (1) 76:9
signals (1) 76:14
Signature (2) 100:1
    100:20
signed (1) 77:20
silence (2) 78:5
    83:20
single (2) 67:21,24
sir (72) 5:4,12,16
    5:20,23 6:2,9,9,12
    8:14,17 9:5,18,20
    10:7,11,21,24
    11:10,16 12:8

13:6 15:6,16 18:2
    18:4,12,15,20,22
    18:24 19:2,11
    22:7 23:8 25:1
    28:4,10,24 29:2,5
    29:13,17,23 30:18
    34:5,10,23 35:4,6
    35:10,22,22 36:20
    37:2 38:5 39:17
    39:20 44:24 45:2
    45:19 46:2,5,8
    53:17,22 54:23
    55:21 56:21 68:10
    90:9 94:7
sister (2) 8:6 30:8
sisters (3) 27:11,12
    27:13
sit (7) 42:7,20,21
    43:19 55:4,8 95:8
sitting (4) 52:5
    74:14 82:18 88:23
situation (1) 52:5
six (1) 34:6
skirt (2) 45:22
    46:16
slammed (10)
    58:15 60:11,12
    64:24 65:1,3,4,6
    71:8 74:18
slide (1) 46:2
slightly (1) 92:1
slowly (2) 59:4,4
smaller (2) 56:5,10
smoke (5) 46:9,11
    46:12,14 58:9
smoked (1) 94:4
smoking (6) 56:17
    56:19 57:17,21
    58:2 70:5
snatched (4) 71:8
    74:18,19 80:23
so-called (1) 21:24
sold (1) 19:17
somebody (1) 35:5
someone's (1) 91:9
sorry (8) 4:19
    10:18 13:22 14:2
    57:4 62:23 93:7
    94:7

sought (2) 21:4,20
sounds (2) 71:12
    88:18
South (2) 1:15
    10:17
Southern (1) 73:18
space (2) 40:9,9
Spates (2) 40:7,8
speak (3) 41:20,24
    72:7
specifically (2) 44:5
    57:6
speech (1) 55:20
speeches (1) 85:17
spell (1) 4:17
spelling (2) 4:18
    97:6
spellings (1) 96:20
spend (3) 53:19,20
    85:15
spit (9) 47:5,14,14
    47:15,15,17,20
    75:8,10
spoke (1) 72:10
spoken (8) 5:3 6:4
    6:6 41:16 51:8
    95:21,24 96:2
spot (1) 51:6
sprained (3) 21:7
    21:10,19
Sr (1) 14:20
St (9) 21:9 23:10,19
    27:21,24 29:10
    61:16 68:11 75:3
staff (2) 15:11
    67:22
stamp (2) 18:18
    33:21
stamps (1) 6:17
stand (2) 80:6,9
standing (7) 41:1,2
    42:23 59:24 60:15
    70:15 81:14
stands (1) 44:7
Starry (2) 12:2,5
start (6) 7:14,24
    8:7 40:17 54:4
    60:18
started (7) 47:13

58:14,17,18 59:7
    60:9 61:19
starts (1) 54:20
state (12) 4:16 5:13
    12:24 13:10 22:22
    39:19 55:13,14
    58:12 87:23,24
    89:10
stated (2) 23:18
    94:1
statement (3) 33:4
    83:16 97:2
statements (9) 32:5
    32:16,24 33:3,4
    83:19 86:4,13,17
states (3) 1:1 70:9
    99:1
station (2) 28:13,15
stay (5) 23:19 66:7
    66:9,10 69:3
steering (1) 50:8
STENOGRAPH...
    99:5
step (1) 48:18
stomach (7) 67:22
    75:4 80:13 81:18
    81:20,22 82:11
stood (1) 41:4
stop (4) 43:20
    71:12 75:16,19
stopped (7) 46:4,7
    46:16,19,23 76:1
    85:14
stops (1) 76:19
store (4) 57:2,3,4,5
story (1) 25:20
strapped (2) 61:2,4
stray (1) 72:1
street (6) 1:15 9:17
    15:23 16:1 25:14
    41:14
Stress (1) 89:23
strike (1) 93:7
struggled (1) 65:9
stuff (5) 6:17 17:11
    32:18 44:7 67:6
Sturdivant (4)
    52:20,20 86:20,21
Sturdivant's (1)

87:8

submit (1) 83:1
submitted (1) 83:2
Subparagraph (1)
70:8
SUBSCRIBED (1)
100:21
substance (11) 34:4
34:17 35:13,18
36:14 37:8 38:3
38:10,18 47:3
55:1
substantiate (1)
89:18
sudden (2) 60:13
61:5
sue (2) 7:10 39:6
sued (6) 39:1,2,4
55:14,15,15
suffer (2) 65:1
90:12
suffered (3) 85:23
91:11,14
suffering (1) 91:15
suggest (2) 73:23
96:8
suggesting (1) 77:6
suicidal (3) 64:9,10
64:12
suicide (1) 64:10
suing (3) 42:1,3,3
summarize (1)
49:21
summer (1) 45:23
Sunday (1) 7:15
superiors (2) 78:8
84:11
superiors' (1)
84:16
support (3) 18:13
78:10 92:24
supported (1)
17:15
supposed (4) 9:1
24:9,10 76:9
sure (13) 19:20
22:22 26:10 44:10
66:22 69:17,17
70:2 73:19 76:13

84:14 94:20 97:22
surgeries (2) 93:18
93:21
surgery (4) 93:10
93:11,14,15
surveys (2) 16:23
17:1
swallow (3) 67:15
82:2,17
swallowed (3)
67:19 82:13 88:20
swallowing (1)
70:1
swear (3) 9:5,5,8
swing (1) 50:8
sworn (3) 4:3,7
100:21
symptoms (5)
90:11,24 91:3,4
92:2
system (3) 19:19
70:7 84:23
systematically (3)
78:4 87:13 89:3

— T —

T (2) 2:8 4:6
tack (1) 8:8
take (10) 18:2,3
23:20,22 24:9,10
24:11,12 71:23
93:20
taken (5) 1:14 4:12
36:21 96:19 100:2
talk (7) 26:1,1 41:8
42:19 43:19 62:1
71:14
talked (10) 6:23 8:4
22:17 32:24 39:1
39:2,3 72:8 86:19
86:20
talking (6) 42:24
49:15 62:5 65:15
77:8 81:7
Tampa (2) 13:4
27:12
tax (1) 17:10
tazed (5) 48:21
65:5 71:9,10

74:19

tazes (1) 77:2
teacher's (2) 16:7,8
technical (1) 9:1
technically (2) 15:6
37:16
teenager (1) 94:5
telemarketing (2)
16:22,23
telephone (2) 16:24
16:24
television (3) 74:7
88:6,9
tell (42) 6:1 10:15
15:2 16:15 24:6
26:16 36:13 45:20
48:22 51:17,22
52:2,18 53:1,2,5,9
54:2 61:16 62:3
62:10 68:14 69:7
70:10,20 72:12,14
72:15,15 73:5
78:9 79:24 80:6
80:15,18 84:12,21
85:13 86:16 88:1
92:24 95:19
telling (11) 28:12
36:4 47:5,20
52:17 54:4 55:10
61:21 62:16,21
63:9
ten (1) 59:21
ten-year (1) 34:17
tendency (1) 74:4
terms (2) 68:23
78:9
terrified (2) 88:11
88:16
terror (2) 47:21
58:24
tested (1) 69:19
testified (2) 4:8
76:8
testify (4) 71:6
76:10 82:21 89:2
testimony (4) 38:9
75:7 96:23 100:2
Thank (5) 5:23
83:3 95:17,18

97:15
Thanksgiving (1)
7:19
thick (1) 29:6
thing (3) 59:11
63:16 83:17
things (2) 70:20
90:13
think (35) 5:7 7:20
15:6 16:19 17:3
20:3 25:21 31:13
33:6 37:4,4 49:11
49:12,12 59:6
61:4 63:9,12,14
63:15 64:16 65:8
66:21 68:13,16,19
70:15,19 76:8
82:22,22 83:22
86:2,2 96:16
thinking (2) 7:13
51:3
thinners (2) 24:11
24:12
thought (7) 30:2,6
51:19 66:18 67:19
70:17 73:15
thoughts (1) 59:14
Thousand (2)
14:16 19:5
three (9) 6:15,18
8:24 9:1,11,17
35:2 68:13,16
three-year (2)
34:20 35:8
threw (7) 49:20
50:14,14,23 51:4
52:22 91:13
throwing (3) 49:23
50:3 52:15
thrown (2) 50:24
65:6
Thursday (2) 39:15
42:12
tighter (5) 58:18,18
58:19,24 59:1
time (34) 5:6 10:13
10:20 17:22 18:4
18:5,17 20:12
23:12 24:5 40:17

40:20 45:8 46:10
46:13 47:2 52:7
53:20 57:16 64:4
65:15 67:9 69:8
73:20 85:6,19
86:1 88:4 91:11
91:17,20 94:24
95:10 96:9
times (6) 47:8,15
59:21 75:8 80:12
81:3
today (3) 73:23
95:9 97:10
toe (1) 93:17
told (38) 8:5 22:19
23:2 41:7 42:1,2
42:19 47:8 49:14
51:11,12 52:1,18
52:21 53:7 54:14
61:16,18,19,20
62:1,8,9 63:13
64:9 68:19 69:8
69:14 70:12,13,19
71:1 72:9,13 75:7
77:12 86:23 93:19
Tommy (1) 93:14
top (1) 45:23
total (1) 14:5
totally (5) 51:15,15
51:16,16 52:1
touch (1) 12:17
town (1) 20:14
track (1) 70:18
traffic (1) 75:19
transcript (10) 6:5
96:1 97:11,19,21
98:5,8,11 99:5,11
transferred (1)
22:20
transportation (3)
19:19,22,24
treat (1) 80:15
treated (2) 22:8
23:10
treatment (5) 21:4
21:6,20,21 38:18
treatments (1)
22:15
tried (2) 7:22 60:17

true (3) 67:14,17
99:11
truth (3) 51:22
83:15,17
truthful (1) 83:14
try (5) 6:20 21:10
30:22 62:17 85:20
trying (16) 7:10 8:1
8:11 31:7 59:8
61:9 63:10 67:15
70:21,23 76:2
77:19,22 83:23
88:19 92:6
turn (10) 39:14
43:2 48:5,9,12
52:3 64:4 76:9,14
88:4
turned (6) 48:7
50:21 58:17 59:20
62:16,18
turning (1) 51:5
TV (1) 64:4
twice (1) 94:5
two (15) 14:16 18:9
19:5 27:13 30:13
45:14 50:2,2
59:13 68:13,17
79:23,24 81:20
95:3
Tylenol (1) 24:13
type (4) 25:23,24
30:3 37:18
Tyrone (4) 26:23
28:11 79:15 80:1
Tyrone's (1) 26:24

U

U (3) 23:3 68:18,19
uh-huh (8) 5:15
35:16 42:14 74:11
92:5 95:22 96:6
97:8
um (208) 4:24 6:12
6:15 7:6,13,17,22
8:1,12 9:2,24
10:24 11:22 12:9
12:12 13:21,22,23
13:24 14:15,15,19
15:1,4,6,24 16:16

17:3,14,16,19,22
18:8,10,13,18
19:4,16 20:3,12
20:15,24 21:6,6,7
21:7,10 22:19
23:12,15 24:14
25:5,7 26:13,19
26:20,21 28:10,11
28:11,12 29:23,23
31:18 32:15 33:3
33:11 34:23 36:2
36:6,10,14,14
37:5,9,11,11,12
37:13,23 38:1,12
39:4,4 40:6,7,9
41:2,12,13,14,14
41:18,18,22,22
42:2,5,6,11,23
43:19,23 44:5
45:7,13,13,22
49:2,10,11,18
50:5,6,11,13,13
51:3,10,11,13,24
52:1,19 53:8,24
57:4,5,16,16
58:14,18,20 59:14
59:19 61:13,14
66:12,17 67:14
68:16,20 69:2,15
69:17 70:4,5,13
70:15,21,22,23
71:7,14 72:7 74:2
74:2,4,4,13 75:15
75:23 76:1,22
77:8,17,17,18
80:12 81:16 82:14
85:22 86:1,5,8,16
86:21,22 87:11,16
87:18,20,22 88:3
89:6,6,7 90:2,10
90:13,21,21,22
91:5,7,8,13,21
92:16 93:12,17
94:4,15,16,24,24
95:5,23
unarmed (2) 65:21
87:23
uncles (3) 27:14,16
27:17

undergo (2) 38:3
38:10
underground (2)
25:18,19
understand (9) 6:1
34:2 47:18 56:7
62:4,5 73:16
84:24 97:4
understanding (2)
91:5,7
unfortunately (1)
24:8
uninterrupted (1)
20:7
UNITED (2) 1:1
99:1
University (2)
13:24 14:3
unnamed (2) 1:8
7:22
unofficially (1)
15:7
unrelated (1) 9:14
update (1) 33:16
use (17) 24:7,8
25:13 31:14,16,24
38:14 43:13 44:16
44:18,20 45:15
52:14 76:9,13
77:15 86:8
user (1) 94:16
usually (2) 43:20
95:8

V

V (2) 40:9 100:3
various (2) 77:17
77:20
vehicle (7) 18:23
19:1,3,10,12 51:7
85:2
version (5) 71:14
71:16,16,18,19
victim (1) 73:24
victory (1) 40:9
video (1) 66:14
view (2) 51:2,2
Vinson (2) 40:9,10
violation (3) 56:22

56:24 78:6
violations (1) 78:8
vision (1) 59:2
visit (1) 22:16
visuals (1) 66:18
voluntarily (1) 22:1
volunteer (1) 33:12
volunteers (1) 15:9
vs (1) 1:5

W

W-a-l-l-a-c-e (1)
13:13
wait (2) 5:17 30:24
waive (7) 54:10,13
97:9,10 98:4,7,14
waived (2) 54:14
54:21
walk (1) 64:3
walking (1) 41:3
Wallace (1) 13:12
wanna (1) 43:1
want (10) 5:10 31:6
49:24 62:23,24
63:5 64:6,7 86:9
98:14
wanted (4) 33:6
64:13,15 66:10
wants (2) 62:22,22
Washington (1)
13:11
wasn't (25) 34:24
38:13 40:12 41:2
51:15,16 52:13
61:1,7,13,13,13
61:14,14 66:9
69:8 70:1,16
76:23 79:10 81:6
85:10 91:15 94:16
94:17
watch (3) 26:2,2
66:13
watched (2) 67:2,4
watching (1) 81:14
way (4) 7:24 30:3
37:18 97:1
ways (1) 50:7
we'll (3) 67:23 68:2
97:14

we're (3) 61:22
75:6 97:17
we've (1) 32:24
wearing (2) 45:21
46:1
Wednesday (3)
7:18,18,19
weed (2) 94:4,6
week (7) 6:13 7:13
7:14 32:12,12
45:11 87:21
weird (1) 94:15
went (17) 10:12,19
17:12 20:5 21:7,9
28:19 41:15 56:12
59:18,19 61:6
65:5 85:5 94:13
94:15,16
weren't (2) 42:16
49:15
West (6) 9:2,2,17
10:10 40:1,2
wheel (1) 50:8
Wheeler (4) 10:3,3
10:3,4
when's (1) 91:11
white (8) 60:14,16
68:17 71:7 74:17
74:20 76:13 88:24
window (4) 50:10
50:23,24 51:5
windows (1) 71:10
wish (3) 97:10,11
98:7
witness (8) 32:5,15
32:15,23 33:3
78:20 80:6,9
witnesses (13)
31:20 70:9,11,22
70:23 71:2 72:20
77:21,22 78:11,13
83:3 89:9
woman (1) 74:17
word (2) 16:4
89:19
words (9) 5:3 6:4,5
86:8 95:21,24
96:1 97:3,5
work (5) 15:7,11,20

16:13 17:2
**worked (4)** 15:14
15:21 16:16 17:14
**working (4)** 17:11
25:22 76:2 89:8
**world (2)** 25:15
60:18
**worth (2)** 14:8,10
**wouldn't (6)** 52:4,5
66:10 84:5,6,7
**write (7)** 26:5 29:1
31:22 32:4 83:23
84:2,8
**written (6)** 25:8
30:16 31:19 32:23
33:2 82:24
**wrong (4)** 74:15
79:2 89:20 97:6
**wrongful (2)** 36:9
55:18
**wrongfully (3)** 52:6
53:22 76:1
**wrote (7)** 28:5,10
28:12 29:2 33:15
76:4 77:5

---

**X**

**X (2)** 4:1,6

---

**Y**

**y'all (3)** 67:6 80:7
85:5
**yeah (14)** 13:3,22
21:17 35:15,22,23
36:5 78:23 85:8
92:10 93:11,17
94:21 97:12
**year (16)** 13:19
14:5,5,6,7 16:11
16:12 17:3,6,18
21:9,20 29:9 44:8
45:11 52:6
**year's (2)** 14:8,10
**years (17)** 11:6,11
11:13 12:18 15:1
15:2 17:15 21:5
21:22 24:3,16
25:17,18,18 34:6
35:3 38:14
**yelled (1)** 47:11

**yelling (2)** 61:8,8
**young (3)** 52:9
93:17 95:20

---

**Z**

**zero (1)** 55:7

---

**0**

**084.002657 (2)**
1:17 99:7

---

**1**

**1:39 (1)** 1:15
**10 (1)** 70:8
**10-10 (1)** 87:22
**10-11 (1)** 87:24
**10-4 (1)** 78:2
**100 (1)** 83:10
**101 (1)** 16:19
**11:30 (2)** 39:16
42:13
**11th (1)** 12:12
**13 (2)** 10:18,18
**1353 (2)** 10:24
11:21
**15 (2)** 11:6 12:18
**16 (2)** 10:17 11:10
**16-cv-2089 (2)** 1:5
100:4
**17 (2)** 1:14 100:2
**1760 (1)** 10:17
**18 (2)** 53:19,19
**18-month (3)** 35:11
35:17 36:8
**19 (2)** 4:24 70:8
**1969 (1)** 4:24
**1986 (1)** 14:13
**1989 (1)** 37:6
**1990 (1)** 34:4
**1999 (2)** 15:4,17

---

**2**

**20 (1)** 100:22
**20/20 (1)** 63:20
**2004 (4)** 14:16 15:4
15:15 17:14
**2008 (2)** 17:19 93:2
**2009 (3)** 19:5,6,16
**2010 (2)** 34:20 35:2
**2012 (7)** 20:4,5,6,7

20:13 39:10 91:21
**2013 (3)** 35:7 37:8
37:9
**2015 (12)** 22:10
23:10,20 35:11,15
39:16 41:17 42:13
44:22 45:4,9 90:4
**2016 (6)** 1:14 8:19
8:20 36:3 99:16
100:3
**217 (2)** 1:23 2:7
**22 (1)** 13:12
**2255 (1)** 15:24
**24th (10)** 29:9
39:16 41:17 42:13
44:9,22 45:4,9
90:4 91:16
**25 (1)** 15:11
**25471 (1)** 1:22
**26 (2)** 36:7,8
**28th (1)** 99:16

---

**3**

**3:45 (1)** 98:17
**30 (1)** 13:13
**300 (2)** 9:9 10:9
**330 (3)** 9:2,2,7
**332 (1)** 9:7
**333 (1)** 1:15
**3rd (3)** 8:19,20
18:8

---

**4**

**424-2807 (1)** 2:7
**428-0946 (1)** 1:23
**47 (1)** 11:8

---

**5**

**50 (2)** 47:14 75:8
**50,000 (1)** 55:16

---

**6**

**62523 (1)** 1:15
**62523-1196 (1)** 2:6
**62525-5471 (1)**
1:23

---

**7**

**75 (1)** 15:9
**75th (1)** 15:24

---

**8**

**89 (2)** 37:4 38:13

---

**9**

**90s (2)** 38:21,22
**93 (1)** 34:15
**98 (4)** 20:3,3,5,7
**987 (2)** 40:1,2